# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | * |
| | * |
| vs. | *   Case No. 24-cr-00233-RC |
| | * |
| **CHRISTINA KELSO**, | * |
| Defendant | * |
| | * |

**ooOoo**

## ENTRY OF APPEARANCE

Please enter my appearance as counsel appointed under the Criminal Justice Act on behalf of Defendant Christina Kelso.

Respectfully submitted,

/s/ *Carmen D. Hernandez*
**Carmen D. Hernandez**
Bar No. MD 03366
7166 Mink Hollow Rd
Highland, MD 20777
240-472-3391
chernan7@aol.com

## CERTIFICATE OF SERVICE

I hereby certify that the instant notice was served via ECF on all counsel of record this 24th day May, 2024.

/s/ *Carmen D. Hernandez*
**Carmen D. Hernandez**