IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | * |
| | * |
| vs. | *   Case No. 24-cr-00233-RC |
| | * |
| **CHRISTINA KELSO**, | * |
| Defendant | * |
| | * |

ooOoo

## CONSENT MOTION TO CONTINUE HEARING AND TOLL SPEEDY TRIAL TIME

Christina Kelso, through undersigned counsel, hereby respectfully moves the Court to continue the hearing scheduled for July 17, 2024 to allow Ms. Kelso additional time to review with counsel a plea agreement tendered by the United States. She also consents to the tolling of the speedy trial clock until the schedule of a new hearing. AUSA Anthony Mariano consents to this request.

1. The government has recently tendered a plea agreement to Ms. Kelso.

2. Despite due diligence, additional time is necessary for her to review the plea offer with counsel and determine whether she wishes to accept its terms.

3. Ms. Kelso consents to the exclusion of speedy trial time to allow her to consult with her counsel. The ends of justice served by granting the continuance outweigh the best interest of the public and the defendant in a speedy trial as it will allow Ms. Kelso sufficient time to resolve the case short of trial or prepare for trial. *See* 18 U.S.C. § 3161(h)(7)(A) and (B).

4.   AUSA Anthony Mariano consents to this request.

Respectfully submitted,

*/s/ Carmen D. Hernandez*

**Carmen D. Hernandez**
Bar No. MD 03366
7166 Mink Hollow Rd
Highland, MD 20777
240-472-3391
chernan7@aol.com

### CERTIFICATE OF SERVICE

I hereby certify that the instant notice was served via ECF on all counsel of record this 16th day July, 2024.

*/s/ Carmen D. Hernandez*
**Carmen D. Hernandez**