IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | * |
| | * |
| vs. | *   Case No. 24-cr-00233-RC |
| | * |
| **CHRISTINA KELSO**, | * |
| Defendant | * |
| | * |

**ooOoo**

**ORDER**

Upon consideration of a Consent Motion to Continue Hearing and Toll Speedy Trial Time filed by Christina Kelso, good cause having been shown, it is this _____ day of July, 2024, by the United States District Court for the District of Columbia,

**ORDERED:**

1) that the Motion is hereby **GRANTED; and**

2) that Speedy Trial time is hereby **TOLLED from July 17, 2024 until the date of the next Hearing** on the basis that the ends of justice served by granting the continuance outweigh the best interest of the public and the defendant in a speedy trial as it will allow Ms. Kelso sufficient time to consult with her counsel to resolve the case short of trial or prepare for trial. *See* 18 U.S.C. § 3161(h)(7)(A) and (B).

_____
**HONORABLE RUDOLPH CONTRERAS**
**UNITED STATES DISTRICT JUDGE**