IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | * |
| | * |
| vs. | *   Case No. 24-cr-00233-RC |
| | * |
| CHRISTINA KELSO, | * |
| Defendant | * |
| | * |

ooOoo

## CONSENT MOTION TO CONVERT HEARING TO VIRTUAL STATUS CONFERENCE

Christina Kelso, through undersigned counsel, hereby respectfully moves this Honorable Court to convert the change of plea hearing scheduled for August 20, 2024 to a virtual status conference. AUSA Anthony Mariano consents to this request.

Respectfully submitted,

/s/ Carmen D. Hernandez
**Carmen D. Hernandez**
Bar No. MD 03366
7166 Mink Hollow Rd
Highland, MD 20777
240-472-3391
chernan7@aol.com

## CERTIFICATE OF SERVICE

I hereby certify that the instant notice was served via ECF on all counsel of record this 16th day August, 2024.

/s/ Carmen D. Hernandez
**Carmen D. Hernandez**