# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | * |
| | * |
| vs. | *  Case No. 24-cr-00233-RC |
| | * |
| **CHRISTINA KELSO**, | * |
| Defendant | * |
| | * |

**ooOoo**

## ORDER

Upon consideration of the Consent Motion to Convert Hearing to Virtual Status Conference filed by Christina Kelso, it is this _____ day of August, 2024 by the United States District Court for the District of Columbia,

**ORDERED:**

1) that the Motion is hereby **GRANTED**, and

2) that the in-person hearing scheduled for August 20, 2024 at 10:00 a.m. shall be converted to a virtual status conference**.**

_____
**HONORABLE RUDOLPH CONTRERAS**
**UNITED STATES DISTRICT COURT**