Judicial Notice in the form of an Affidavit of fact and truth of christina, house of kelso Case No.: 24-CR-233 (RC) and any other actions or charges related to these matters

care of; christina; house of kelso

Postal location: [redacted]

Without the U.S.

Gregorian Calendar 17 August 2024

Man/woman acting as Judge Rudolph Contreras RUDOLPH CONTRERAS, man/woman acting as Attorney of the United States and for the District of Columbia Matthew M. Graves MATTHEW M. GRAVES, prosecutor Anthony W. Mariano ANTHONY W. MARIANO and anyone else that these matters may concern.

United States District Court for the District of Columbia

333 Constitution Avenue, N.W.

Washington, D.C. 20001

Notice of dismissal of public defender Carmen D. Hernandez CARMEN D. HERNANDEZ and rescission of all powers of attorney and all consent of, to, for, all Bar members, attorneys, courts, states of, US, USA, corporations, governments, agents, agencies, departments, persons.

Man/woman acting as judge and man/woman acting as attorney of the US and for the District of Columbia,

I, the live, innocent woman christina, house of kelso, do hereby rescind my consent to Bar member counsel and proclaim I shall speak for myself sui juris.

All rights retained, reserved, applied. Without recourse.

The innocent woman known as By: christina: of the house of kelso

LEAVE TO FILE GRANTED
[signature]
8/20/2024