UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Holding a Criminal Term

Grand Jury Sworn in on June 14, 2024

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 24-cr-233** |
| | : | |
| v. | : | **VIOLATIONS:** |
| | : | **18 U.S.C. § 372** |
| **CHRISTINA KELSO,** | : | **(Conspiracy To Impede or Injure Officers)** |
| | : | **18 U.S.C. § 231(a)(3)** |
| Defendant. | : | **(Civil Disorder)** |
| | : | **18 U.S.C. § 1752(a)(1)** |
| | : | **(Entering and Remaining in a Restricted Building or Grounds)** |
| | : | **18 U.S.C. § 1752(a)(2)** |
| | : | **(Disorderly and Disruptive Conduct in a Restricted Building or Grounds)** |
| | : | **40 U.S.C. § 5104(e)(2)(D)** |
| | : | **(Disorderly Conduct on Capitol Grounds)** |

## SUPERSEDING INDICTMENT

The Grand Jury charges that, at all times material to this Superseding Indictment, on or about the dates stated below:

### Introduction

*The 2020 United States Presidential Election and the Official Proceeding on January 6, 2021*

1. The 2020 United States Presidential Election occurred on November 3, 2020.

2. The United States Electoral College ("Electoral College") is a group required by the Constitution to form every four years for the sole purpose of electing the president and vice president, with each state appointing its own electors in a number equal to the size of that state's Congressional delegation.

3. On December 14, 2020, the presidential electors of the Electoral College met in the

state capital of each state and in the District of Columbia and formalized the result of the 2020 U.S. Presidential Election: Joseph R. Biden Jr. and Kamala D. Harris were declared to have won sufficient votes to be elected the next president and vice president of the United States.

4. On January 6, 2021, a Joint Session of the United States House of Representatives and the United States Senate ("the Joint Session") convened in the United States Capitol ("the Capitol") building. The purpose of the Joint Session was to open, count, and resolve any objections to the Electoral College vote of the 2020 U.S. Presidential Election, and to certify the results of the Electoral College vote ("Certification of the Electoral College vote") as set out in the Twelfth Amendment of the Constitution of the United States and 3 U.S.C. §§ 15–18.

### *The Attack at the U.S. Capitol on January 6, 2021*

5. The Capitol is secured 24 hours a day by United States Capitol Police ("Capitol Police"). The Capitol Police maintain permanent and temporary barriers to restrict access to the Capitol exterior, and only authorized individuals with appropriate identification are allowed inside the Capitol building.

6. On January 6, 2021, the exterior plaza of the U.S. Capitol was closed to members of the public.

7. On January 6, 2021, at approximately 1:00 p.m., the Joint Session convened in the Capitol building for the Certification of the Electoral College vote. Vice President Michael R. Pence presided, first in the Joint Session and then in the Senate chamber.

8. A large crowd began to gather outside the Capitol perimeter as the Joint Session got underway. Crowd members eventually forced their way through, up, and over Capitol Police barricades onto the Capitol grounds and advanced to the building's exterior facade. Capitol Police officers attempted to maintain order and stop the crowd from entering the Capitol building, to

which the doors and windows were locked or otherwise secured. Nonetheless, shortly after 2:00 p.m., crowd members forced entry into the Capitol building by breaking windows, ramming open doors, and assaulting Capitol Police officers. Other crowd members encouraged and otherwise assisted the forced entry. The crowd was not lawfully authorized to enter or remain inside the Capitol building or grounds, and no crowd member submitted to security screenings or weapons checks by Capitol Police or other security officials.

9. Shortly thereafter, at approximately 2:20 p.m., members of the House and Senate (including Vice President Pence) were evacuated from their respective chambers. The Joint Session was halted while Capitol Police and other law-enforcement officers worked to restore order and clear the Capitol building and grounds of the unlawful occupants.

10. Later that night, law enforcement regained control of the Capitol building and grounds. At approximately 8:00 p.m., the Joint Session reconvened, presided over by Vice President Pence, who had remained hidden within the Capitol building throughout these events.

11. In the course of these events, over 100 law enforcement officers were injured. The Capitol suffered millions of dollars in damage—including broken windows and doors, graffiti, and residue from pepper spray, tear gas, and fire extinguishers deployed both by crowd members who stormed the Capitol and by Capitol Police officers trying to restore order. Additionally, many media members were assaulted and had cameras and other news-gathering equipment destroyed.

***Conspirators***

12. CHRISTINA KELSO is a 46-year-old resident of Thermal, California.

13. Russell Taylor is a 43-year-old resident of Ladera Ranch, California.

14. Alan Hostetter is a 60-year-old resident of Poolville, Texas.

15. As described herein, KELSO, Taylor, and Hostetter conspired with each other, and

with others known and unknown, to prevent, by force, intimidation, and threat, any person, that is, Members of the United States Congress and law enforcement officers, from discharging any duties of any office, trust, or place of confidence under the United States, and to induce by force, intimidation, and threat, any officer of the United States, that is Members of the United States Congress and law enforcement officers, to leave the place, where their duties as officers were required to be performed.

## COUNT ONE

**(Conspiracy to Impede or Injure Officers,** in violation of Title 18, United States Code, Section 372)

16. The allegations in paragraphs 1 through 15 are realleged and incorporated as if fully set forth in this paragraph.

17. Between approximately December 19, 2020 and January 6, 2021, within the District of Columbia and elsewhere, the defendant, **CHRISTINA KELSO**, did conspire with others known and unknown, to prevent, by force, intimidation, and threat, any person, that is, Members of the United States Congress and law enforcement officers, from discharging any duties of any office, trust, or place of confidence under the United States, and to induce by force, intimidation, and threat, any officer of the United States, that is Members of the United States Congress and law enforcement officers, to leave the place, where their duties as officers were required to be performed.

### Means and Methods of the Conspiracy

*Preparing for January 6, 2021*

18. On December 19, 2020, then-President Donald Trump tweeted, "Peter Navarro releases 36-page report alleging election fraud 'more than sufficient' to swing victory to Trump https://washex.am/3nwaBCe. A great report by Peter. Statistically impossible to have lost the

2020 Election. Big protest in D.C. on January 6th. Be there, will be wild!"

19. On December 19, 2020, KELSO attended a rally in Southern California where Hostetter spoke about then-President Trump's Tweet and the planned events of January 6, 2021. Hostetter told the crowd:

> The most important thing that we saw happen in the last 48 hours—did you see President Trump's Tweet last night, where he asked all patriots to descend on Washington, D.C. on January 6th? Did you see that Tweet last night? January 6th is going to be one of the most important days in the history of this country. We're gonna have an opportunity on January 6th for millions of patriots to show up in Washington, D.C., and have an impact on what happens in that joint session of Congress. That's going to be the last opportunity that we solve this problem constitutionally before we move into the Insurrection Act. One way or another, this problem is going to be solved.

Hostetter continued speaking and told the crowd what he wanted to accomplish on January 6, when Congress was in session:

> Choke that city off, fill it with patriots, and then those people behind the walls of the Senate and the House are gonna be listening to us chanting outside those walls. . . . And they're gonna realize, we have one choice. We either fix this mess and keep America America, or we become traitors, and those five million people outside the walls are gonna drag us out by our hair and tie us to a fucking lamp post. That's their option.

While Hostetter was speaking, KELSO took a photograph of him. On the evening of December 20, 2020, KELSO posted that photograph to her Facebook account. Approximately one minute later, she sent a message to Hostetter over Facebook, writing, "Caravan to D.C.?"

20. As early as December 28, 2020, KELSO was a member of an encrypted Telegram Messenger chat, organized by Alan Hostetter and Russell Taylor, called "The California Patriots-Answer the Call" ("Answer the Call"). The Answer the Call Telegram group was a forum for members to coordinate plans for January 6, 2021. For example, shortly after KELSO joined the group of December 28, 2020, a participant asked, "Does anybody know where we'll be going?" Taylor responded, "The steps of the capital at 12."

21. On December 29, 2020, in the Answer the Call Telegram group, Taylor provided a link to www.wildprotest.com, and wrote, "This says event starts at 10am. I personally want to be on the front steps and be one of the first ones to breach the doors! We will most likely meet at 7:30am at hotel and walk over. Be there by 8:15-8:30." Another individual responded, "I LIKE IT. Be the first ones to storm the Capitol. Go BIG or go home."

22. On December 30, 2020, in the Answer the Call Telegram group, Taylor wrote, "If you are a Californian attending Washington DC January 6 and would like to join we have 100+ California Patriots going. Send me a dm to join our group. Spread the word to other CALIFORNIA Patriots to join us as we March into the Capitol Jan 6. The Plan right now is to meet up at two occasions and locations: 1. Jan 5th 2pm at the Supreme Court steps for a rally. (Myself, Alan, Morton, and Leigh Dundas will be speaking) 2. Jan 6th early 7am meet in front of the Kimpton George Hotel (15 E St NW) we will leave at 7:30am sharp and March (15 mins) to the Capital to meet up with the stop the steal organization and surround the capital. There will be speakers there and we will be part of the large effort for the 'Wild Rally' that Trump has asked us all to be part of."

23. As early as January 2, 2021, KELSO was a member of another encrypted Telegram Messenger chat, also organized by Alan Hostetter and Russell Taylor, called "The California Patriots- DC Brigade" (the "DC Brigade"). In the "about" section that described the purpose of the DC Brigade Telegram chat, Taylor wrote: "This group will serve as the Comms for able bodied individuals that are going to DC on Jan 6. Many of us have not met before and we are all ready and willing to fight. We will come together for this moment that we are called upon."

24. In a series of messages on or about January 1, 2021, Taylor further explained the purpose of the DC Brigade Telegram group. In one message, he explained: "This thread is

6

exclusive to be utilized to organize a group of fighters to have each other's backs and ensure that no one will trample on our rights. Also, if there is key intel that we need to be aware of tor[sic] possible threats." He added: "I am assuming that you have some type of weaponry that you are bringing with you and plates as well." Taylor also asked members to identify if they had previous law enforcement experience, military experience, or "special skills relevant to our endeavors," as well as the planned date and time of their arrival in Washington, D.C. These messages were visible to KELSO when she joined the group.

25. In response, on January 2, 2021, KELSO introduced herself to the DC Brigade Telegram group. She wrote, "Trained in self-defense, Iyengar Yoga, and Modern Buddhism (New Kadampa). Also devout Christian. Arriving Monday midday. Special skills: knife throwing but also, Peace Pilgrim. I see the light in everyone. I wouldn't call myself a diplomat but I have the power to diffuse anger... Modern Buddhism AND Christian faith have given me eyes to see. I'm also great at herbalist First Aid. And I was a Girl Scout. 'Be prepared:' always. Peace."

26. On January 5, 2021, KELSO attended a Virginia Women for Trump rally in front of the United States Supreme Court, at which Hostetter and Taylor spoke as part of a panel of speakers. Hostetter addressed the crowd regarding the 2020 election and the certification proceeding that would take place in Congress the next day. Hostetter said, "That's who beat Donald Trump. Dominion and all the fakes and frauds, led by these vipers behind you in the people's house. They're gonna hear our voice tomorrow. They're gonna hear us loud and clear. We are at war in this country! We are at war." Hostetter continued, "Our voices tomorrow are going to put the fear of God in the cowards and the traitors, the RINOs and the communists of the Democrat Party. They need to know we as a people, 100 million strong, are coming for them if they do the wrong thing!" Hostetter concluded, "I will see you all tomorrow at the front lines. We

are taking our country back!" KELSO was present for and heard these remarks.

27. In his speech at the January 5, 2021 event, Taylor stated:

> I am Russell Taylor and I am a free American. And I stand here in the streets with you in defiance of a communist coup that is set to take over America. But we are awake and we are never going back to sleep. We are free Americans and in these streets, we will fight and we will bleed before we allow our freedom to be taken from us. We declare that we will never bend a knee to the Marxists within Antifa, to the tyrannical Democrat governors who are puppets, and to the deep state commie actors who threaten to destroy America.... But now these anti-Americans have made the fatal mistake, and they have brought out the Patriot's fury onto these streets and they did so without knowing that we will not return to our peaceful way of life until this election is made right, our freedoms are restored, and America is preserved.

KELSO was present for Hostetter's and Taylor's speeches at the U.S. Supreme Court. She posted Taylor's speech on her Facebook account with the message, "We are not going to surrender. We shall fight."

### *January 6, 2021: Participation in the Riot at the U.S. Capitol*

28. On the morning of January 6, 2021, KELSO, Taylor, Hostetter, and other members of the DC Brigade met and walked toward the area of the Washington Monument and the Ellipse, where then-President Trump and others would be speaking. Following that rally in the area of the Washington Monument and the Ellipse, KELSO, Hostetter, and Taylor walked to the U.S. Capitol building.

29. That afternoon, KELSO trespassed on to Capitol Grounds and proceeded forward to the lower portion of the Lower West Terrace, toward a police line. As police were establishing and trying to hold a police line in this area, at approximately 2:05 p.m., KELSO rushed at the police, trying to force herself through an opening in the police line. An officer told KELSO to "Back up!" and she responded, "No!" After she initially rushing the police line, an officer pushed KELSO away from the police line to get her to retreat.

30. But KELSO would not retreat. Instead, KELSO rushed at the police line again. As she was against the police line, police again needed to force her back.

31. Police again pushed KELSO back and deployed pepper spray, in further efforts to get her to retreat. But KELSO did not retreat. Instead, KELSO again moved to the police line. When KELSO was against the police line, police, again, pushed KELSO away from the police line and deployed pepper spray. As KELSO repeatedly rushed the police line, police were calling out for KELSO and other rioters to "get back."

32. After having been pushed back from the police line three times, KELSO returned again to the police line, where she grabbed hold of a bike rack protecting the police line. Again, the police deployed pepper spray. KELSO held on to the bike rack against the police line, and ultimately crouched down, refusing to move.

33. Taylor, carrying a knife in the front chest pocket of his plate carrier vest, and Hostetter also breached Capitol grounds on January 6, 2021. Specifically, at approximately 2:30 p.m., Taylor and Hostetter joined rioters on the Inaugural Stage on the Lower West Terrace of the Capitol. Below him, Taylor observed a line of law enforcement officers attempting to keep the crowd behind a police line on a lower level of the West Terrace. Taylor, seeing the crowd push against that police line, and seeing officers under assault, yelled, "Move forward, Americans! Americans, move forward!" When Taylor observed the police line below breaking, he yelled, "Now's your chance! Move back!" Taylor, turned to the officers a few feet away from him, who were trying to keep the rioters from moving toward the Upper West Terrace and U.S. Capitol building, and yelled, "Last chance boys. Move back!" Taylor, with Hostetter behind him, then joined a group of rioters pushing past law enforcement officers, moved up the stairs onto a structure erected for the Inauguration, and continued moving on to the Upper West Terrace.

34. On the evening of January 6, 2021, KELSO discussed the riot that had taken place on Facebook. To one individual she wrote, "I was surrounded by patriots determined to storm." She added, "It was hectic, of course, and you know…. it seemed like a good idea to storm…. People did get in after all. I'm not sure how we could have played it better."

## COUNT TWO

On or about January 6, 2021, within the District of Columbia, **CHRISTINA KELSO** committed and attempted to commit an act to obstruct, impede, and interfere with a law enforcement officer lawfully engaged in the lawful performance of his/her official duties incident to and during the commission of a civil disorder which in any way and degree obstructed, delayed, and adversely affected commerce and the movement of any article and commodity in commerce and the conduct and performance of any federally protected function.

(**Civil Disorder**, in violation of Title 18, United States Code, Section 231(a)(3))

## COUNT THREE

On or about January 6, 2021, in the District of Columbia, **CHRISTINA KELSO** did knowingly enter and remain in a restricted building and grounds, that is, any posted, cordoned-off, and otherwise restricted area within the United States Capitol and its grounds, where the Vice President was and would be temporarily visiting, without lawful authority to do so.

(**Entering and Remaining in a Restricted Building or Grounds**, in violation of Title 18, United States Code, Section 1752(a)(1))

## COUNT FOUR

On or about January 6, 2021, in the District of Columbia, **CHRISTINA KELSO** did knowingly, and with intent to impede and disrupt the orderly conduct of Government business and

official functions, engage in disorderly and disruptive conduct in and within such proximity to, a restricted building and grounds, that is, any posted, cordoned-off, and otherwise restricted area within the United States Capitol and its grounds, where the Vice President was and would be temporarily visiting, when and so that such conduct did in fact impede and disrupt the orderly conduct of Government business and official functions.

(**Disorderly and Disruptive Conduct in a Restricted Building or Grounds**, in violation of Title 18, United States Code, Section 1752(a)(2))

## COUNT FIVE

On or about January 6, 2021, in the District of Columbia, **CHRISTINA KELSO** willfully and knowingly engaged in disorderly and disruptive conduct within the United States Capitol Grounds and in any of the Capitol Buildings with the intent to impede, disrupt, and disturb the orderly conduct of a session of Congress and either House of Congress, and the orderly conduct in that building of a hearing before or any deliberation of, a committee of Congress or either House of Congress.

(**Disorderly Conduct in a Capitol Building or Grounds**, in violation of Title 40, United States Code, Section 5104(e)(2)(D))

A TRUE BILL:

FOREPERSON.

_[signature]_
Attorney of the United States in
and for the District of Columbia.