| United States District Court for the District of Columbia 333 Constitution Avenue N.W. Washington D.C. 20001 | |
|---|---|
| USA<br><br>v.<br><br>Christina Kelso | **Case # 1:24-cr-00233-RC**<br><br>LEAVE TO FILE GRANTED<br>*[signature]* 11/12/2024 |
| | **Refusal for Cause**<br>**Rules B(1)(c) and E(4)(f)** |

Comes now, Christina of the KELSO family and Redeemed. Title 12 U.S.C. § 411 allows for "Them", "*They* shall be redeemed...*" **to make demand and be removed** from the national debt special drawing rights (SDRs) in the same sense as the original verbiage at section 16 of the 1913 Federal Reserve Act. Christina KELSO, known as Christina Kelso in this Court, has not been arraigned.



U.S. Reserve Assets 3.12
Millions of dollars, end of period

| | Asset | 2021 | 2022 | 2023 | Feb 2024 | Mar 2024 | Apr 2024 | May 2024 | Jun 2024 | Jul 2024 | Aug 2024/p |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Total | 251,235 | 243,758 | 245,152 | 243,687 | 243,802 | 241,602 | 243,656 | 242,120 | 245,221 | 249,094 |
| 2 | Gold stock[1] | 11,041 | 11,041 | 11,041 | 11,041 | 11,041 | 11,041 | 11,041 | 11,041 | 11,041 | 11,041 |
| 3 | Special drawing rights[2 4] | 163,629 | 160,537 | 166,498 | 165,860 | 166,289 | 165,500 | 167,028 | 166,212 | 168,395 | 171,650 |
| 4 | Reserve position in International Monetary Fund[2 5] | 35,832 | 34,970 | 30,296 | 30,909 | 30,502 | 29,746 | 29,231 | 29,625 | 29,428 | 29,065 |
| 5 | Foreign Currencies[5] | 40,736 | 37,209 | 37,316 | 36,877 | 35,990 | 35,316 | 35,758 | 35,243 | 36,357 | 37,316 |

1. Gold held "under earmark" at Federal Reserve Banks for foreign and international accounts is not included in the gold stock of the United States; see table 3.13, line 3. Gold stock is valued at $42.22 per fine troy ounce.  Return to table
2. Special drawing rights(SDRs) are valued according to a technique adopted by the International Monetary Fund (IMF) in July 1974. Values are based on a weighted average of exchange rates for the currencies of member countries. From July 1974 through December 1980, sixteen currencies were used; since January 1981, five currencies have been used. U.S. SDR holdings and reserve positions in the IMF have also been valued on this basis since July 1974.  Return to table
3. Includes allocations of SDR's in the Special Drawing Account in the International Monetary Fund, plus or minus transactions in SDR's.  Return to table
4. Includes holdings of Treasury and Federal Reserve System; consistent with the Quarterly Report on Treasury and Federal Reserve Foreign Exchange Operations, foreign currency denominated assets are shown at market value but rather at amortized cost revalued at current foreign currency market exchange rates in order to report these assets in U.S. dollars. Excludes outstanding reciprocal currency swaps with foreign central banks. As of end-August 2024 there were $137.3 million swaps outstanding.  Return to table
5. IMF data include the reserve tranche position and, as of May 2011, New Arrangements to Borrow.  Return to table

RECEIVED

OCT 3 1 2024

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

*[Search 'Fed Current Assets' for the latest report.]*

**Notice footnote 2, especially** – the coined definition of **'SDR'** is: *"The measure of social conditioning to blindly endorse private credit from the local central bank (Federal Reserve)."*

Donald J. TRUMP has been **GRANTED MOTION TO DISMISS** on a federal case due to the U.S. Department of Justice enacting a prosecutor without any legal authority to prosecute. See **USA v. Trump, et al., case #9:23-cr-80101-AMC, Doc 672.** With the U.S. Supreme Court's decision on presidential immunity for 'J6', Clarence THOMAS commented on the illegal appointment of "Special Counsel" Jack SMITH for those cases, stating: *"A private-citizen cannot criminally prosecute anyone, let alone a former President."* Oaths **prescribed by law** are **required** to federal **officers** as appointees.

That same **GRANTED MOTION TO DISMISS** for TRUMP has cited legal definition of an "**officer**" and **its requirement of oath, bond** and **duties** in **footnote 34, page 44, Doc 672.** It reads;

*Webster's Seventh New Collegiate Dictionary (1971) (defining **"officer"** as one holding an "office of trust, authority, or command," not simply that of an unspecified "office"); Black's Law Dictionary (4th ed. 1951) (defining **"officer"** as "one who is **lawfully** invested with an office," and "one who is charged by a superior power (and particularly by government) with the power and duty of exercising certain functions"); id. (explaining that "**'officer' is distinguished from an 'employee'** in the greater importance, dignity, and independence of his position, in **requirement of oath**, **bond**, more enduring **tenure**, and **fact of duties being prescribed by law**").* **[End – Emboldened for emphasis.]**

By the above definitions of "**officer**", "United States Judges" as "judicial **officers**" are included in those requirements of **oath, bond, tenure and duties prescribed by law**. It will now be made clear that "Judges" alongside DOJ "U.S. Attorney" as prosecutors on Christina's own federal case **have not** fulfilled those requirements to *be* contractually-bound 'officers'. The 'Combined Oaths' attached herein (**taken** and **filed** under 5 U.S.C. § 3332) have been illegally changed from the **text** in 5 U.S.C. § 3331 and 28 U.S.C. § 453 as civil/judicial oaths **only to be prescribed** by Congress under the Constitution. Without signed proper oaths as bonds, the alleged "officers" on **USA v. KELSO** are hereby refused for cause as impersonators of officers under 18 U.S.C. § 912 in violation of Christina's owed due process.

### "The Truth Matters with Tina Peters: Interview with Frank Giustino"

**Streamed on Apr 19, 2024 - 9:00 am EDT**

**[Source, video: <u>rumble.com/v4q9ssh-the-truth-matters-with-tina-peters.html</u>]**



Whistleblower Tina PETERS interviews former "J6 defendant" Frank Rocco GIUSTINO about **USA v. GIUSTINO, case 1:24-cv-00212-JEB**, in which Frank was never told by his court-appointed public defender of an obligated **motion to dismiss** after going uncharged for a year following his initial arrest on a 'J6' complaint. Frank was instead coerced by his own given counsel and prosecutors into a plea "bargain" that could not be legally negotiated. Ironically… these injustices against Frank resulted in exposure of oath-related collusion and fraud affecting the entire federal judiciary and other 'J6' cases. Presiding "Chief Judge" BOASBERG and the U.S. DOJ prosecution did not respond to Frank's pro se filings containing this information nor vacate his plea, before illegally re-arresting Frank for a sentence based around refusal of "authority" that the Court never had – having nothing to do with non-violent parading on 'J6' itself. "Judge JEB" praised Frank at sentencing as **_"obviously… intelligent and able"_** – his public record now also an evidence repository, as seen throughout this 'Refusal for Cause' filing:

*uscode.house.gov* provides the **text** as **prescribed** by Congress for the judicial oath statute:

## Title 28 USC §453. Oaths of justices and judges

Each justice or judge of the United States shall take the following oath or affirmation before performing the duties of his office: "I, _____ XXX, do solemnly swear (or affirm) that I will administer justice without respect to persons, and do equal right to the poor and to the rich, and that I will faithfully and impartially discharge and perform all the duties incumbent upon me as _____ under the Constitution and laws of the United States. **So help me God**."

*[The plain English of "So help me God" as the prescribed text by law is emphasized.]*

(June 25, 1948, ch. 646,  62 Stat. 907 ; Pub. L. 101–650,title IV, §404, Dec. 1, 1990,  104 Stat. 5124 .)

### HISTORICAL AND REVISION NOTES

Based on title 28, U.S.C., 1940 ed., §§241, 372, and District of Columbia Code, 1940 ed., §§11–203, 11–303 (R.S.D.C., §752, 18 Stat. pt. II, 90; Feb. 9, 1893, ch. 74, §3,  27 Stat. 435  ; Mar. 3, 1901, ch. 854, §223, 31 Stat. 1224 ; Mar. 3, 1911, ch. 231, §§136, 137, 257, 36 Stat. 1135  , 1161; Feb. 25, 1919, ch. 29, §4, 40 Stat. 1157 ).

This section consolidates sections 11–203 and 11–303 of District of Columbia Code, 1940 ed., and section 372 of title 28, U.S.C., 1940 ed., with that portion of section 241 of said title 28 providing that judges of the Court of Claims shall take an oath of office. The remainder of said section 241 comprises sections 171 and 173 of this title.

The phrase "justice or judge of the United States" was substituted for "justices of the Supreme Court, the circuit judges, and the district judges" appearing in said section 372, in order to extend the provisions of this section to judges of the Court of Claims, Customs Court, and Court of Customs and Patent Appeals and to all judges of any court which may be created by enactment of Congress. See definition in section 451 of this title.

The Attorney General has ruled that the expression "any judge of any court of the United States" applied to the Chief Justice and all judges of the Court of Claims. (21 Op. Atty. Gen. 449.)

### EDITORIAL NOTES

#### AMENDMENTS

**1990**-Pub. L. 101–650 substituted "under the Constitution" for "according to the best of my abilities and understanding, agreeably to the Constitution".

### STATUTORY NOTES AND RELATED SUBSIDIARIES

#### EFFECTIVE DATE OF 1990 AMENDMENT

Amendment by Pub. L. 101–650 effective 90 days after Dec. 1, 1990, see section 407 of Pub. L. 101–650, set out as a note under section 332 of this title.

# OATH OF OFFICE FOR UNITED STATES JUDGES

### (Title 28, Sec. 453 and Title 5, Sec. 3331, United States Code)

I, _____ James Emanuel Boasberg _____ , do solemnly swear (or affirm) that I will administer justice without respect to persons, and do equal right to the poor and to the rich, and that I will faithfully and impartially discharge and perform all the duties incumbent upon me as United States District Judge for the District of Columbia under the Constitution and laws of the United States; and that I will support and defend the Constitution of the United States against all enemies, foreign and domestic; that I will bear true faith and allegiance to the same; that I take this obligation freely, without any mental reservation or purpose of evasion; and that I will well and faithfully discharge the duties of the office on which I am about to enter. SO HELP ME GOD.

_____
(Signature of Appointee)

Subscribed and sworn to (or affirmed) before me this ___1st___ day

of __April, 2011.__

J Truman Morrison

Actual abode: (b) (6)

Official station*

Date of birth (b) (6)

Date of Entry on Duty __4/1/11__

_____
.* Title 28, sec. 456 United States Code as amended.

# OATH OF OFFICE FOR UNITED STATES JUDGES

(Title 28, Sec. 453 and Title 5, Sec. 3331, United States Code)

I, _____Beryl Alaine Howell_____, do solemnly swear (or affirm) that I will

administer justice without respect to persons, and do equal right to the poor and to the

rich, and that I will faithfully and impartially discharge and perform all the duties

incumbent upon me as United States District Judge for the District of Columbia under the

Constitution and laws of the United States, and that I will support and defend the

Constitution of the United States against all enemies, foreign and domestic; that I will

bear true faith and allegiance to the same; that I take this obligation freely, without any

mental reservation or purpose of evasion; and that I will well and faithfully discharge the

duties of the office on which I am about to enter. SO HELP ME GOD.

_____
(Signature of Appointee)

Subscribed and sworn to (or affirmed) before me this ___21st_____

day of _____January, 2011_____

_____

| | |
|---|---|
| Actual abode: | (b) (6) |
| Official station* | United States District Court for the District of Columbia |
| Date of birth | (b) (6) |
| Date of Entry on Duty | January 21, 2011 |

---

* Title 28, sec. 456 United States Code as amended.

# APPOINTMENT AFFIDAVITS

United States Attorney _____          11/05/2021
(Position to which Appointed)                        (Date Appointed)


Department of Justice          U.S. Attorney's Office        District of Columba
(Department or Agency)         (Bureau or Division)          (Place of Employment)


I, Matthew M. Graves _____, do solemnly swear (or affirm) that--

## A. OATH OF OFFICE

I will support and defend the Constitution of the United States against all enemies, foreign and domestic; that I will bear true faith and allegiance to the same; that I take this obligation freely, without any mental reservation or purpose of evasion; and that I will well and faithfully discharge the duties of the office on which I am about to enter. So help me God.

## B. AFFIDAVIT AS TO STRIKING AGAINST THE FEDERAL GOVERNMENT

I am not participating in any strike against the Government of the United States or any agency thereof, and I will not so participate while an employee of the Government of the United States or any agency thereof.

## C. AFFIDAVIT AS TO THE PURCHASE AND SALE OF OFFICE

I have not, nor has anyone acting in my behalf given, transferred, promised or paid any consideration for or in expectation or hope of receiving assistance in securing this appointment.

(b)(6)
_____
(Signature of Appointee)

Subscribed and sworn (or affirmed) before me this 5th day of _November_, 2021

at _Washington_          _DC_
      (City)             (State)

(SEAL)                   _____
                         (Signature of Officer)

                         Chief Judge

Commission expires _N/A_
(If by a Notary Public, the date of his/her Commission should be shown)

Note - If the appointee objects to the form of the oath on religious grounds, certain modifications may be permitted pursuant to the Religious Freedom Restoration Act. Please contact your agency's legal counsel for advice.



## ADMINISTRATIVE OFFICE OF THE
## UNITED STATES COURTS

JAMES R. BAUGHER
Associate Director
Department of Administrative Services

WASHINGTON, D.C. 20544

MICHAEL L. SMITH
Chief Human Resources Officer
Human Resources Office

August 6, 2024

Frank Rocco Giustino



Dear Sirs:

This is in response to your request for a copy of the oath of office form for the following judges. The Administrative Office of the United States Courts does not release copies of a judge's signed oath of office. However, this letter will confirm that these judges have been appointed as a judge and took the oath of office prescribed by law as noted below. The text of the oath of office for judges may be found in the United States Code at 28 U.S.C. § 453 and 5 U.S.C. § 3331. Please also note that United States Judges are not issued bonds.

| Name and Title | Oath of Office Date |
|---|---|
| Steven I. Locke<br>Magistrate Judge<br>Eastern District of New York | July 23, 2014 |
| Zia M. Faruqui<br>Magistrate Judge<br>District of Columbia | September 14, 2020 |
| G. Michael Harvey<br>Magistrate Judge<br>District of Columbia | February 13, 2015 |
| Robin M. Meriweather<br>Magistrate Judge<br>District of Columbia | January 10, 2017 |

Page 2

Christopher P. Tuite                    February 5, 2018
Magistrate Judge
Middle District of Florida

Please note that the Administrative Office does not provide appointment affidavits or letters of appointment.

Thank you for your inquiry.

Sincerely,

Judges Compensation and
Retirement Division

- - - *End of Correspondence* - - -

[The Administrative Office of the United States Courts' response envelope to 'J6'er' Frank Rocco:]

OHR-JCRSD
ADMINISTRATIVE OFFICE OF THE
UNITED STATES COURTS
WASHINGTON, D.C. 20544

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE $300

NEOPOST          FIRST-CLASS MAIL
08/06/2024  $000.69⁰
US POSTAGE

ZIP 20544
041M11456930


Frank Rocco Giustino

The Administrative Office of the United States Courts (or 'AO') as shown has admitted through its correspondence with 'J6'er' Frank Rocco that *"United States Judges are not issued bonds"* – with copies of signed "Magistrate" oaths as bonds he requested – unreleased… only *said* to be taken by law. Among these requested "Magistrate Judges" are Zia M. FARQUI and G. Michael HARVEY, also being the alleged judicial officers on Christina's magistrate judge **case #1:24–mj–00160–ZMF** for 'J6' cases.

The AO's statement *"United States Judges are not issued bonds"* has immediate implications – one being that "judges" as "judicial officers" do not match the definitions of an ***"officer"*** that were provided in the **GRANTED** dismissal of Donald J. TRUMP – that an ***"'officer' is distinguished from an 'employee'*** *in the greater importance, dignity, and independence of his position, in **requirement of oath, bond**, more enduring **tenure**, and **fact of duties being prescribed by law**"*. Additionally, the AO's statement on bonding implies the *"oath of office **prescribed by law**"* were never truly signed as bonds.

The AO states that the **text** for the **judicial oath of office** according to 28 U.S.C. § 453 ***is prescribed by law.*** Seeing signed oaths for Rudolph CONTRERAS' current and former D.C. "Chief Judges", James Emanuel BOASBERG and Beryl Alaine HOWELL – they are, **clearly – not by law.** HOWELL as witness signing to "U.S. Attorney" Matthew M. GRAVES' oath is an indictment in itself.

Christina's court-appointed public defender Carmen HERNANDEZ had previously refused in assisting Christina with a simple request for copies of her "Judge" CONTRERAS and "AUSA" Anthony William MARIANO's oaths, simultaneously advising to alleged "defendant" Christina that CONTRERAS being her presiding "Judge" is not infallible or immune from mistakes. Carmen's stance is 'key' reason as to why proper oaths as a bonds are required by alleged 'officers' – or there would be no recourse for errors made on their behalf. Christina received the 'Combined Oath' of CONTRERAS from the Justice Department via FOIA Request – asking for his oaths to the statutes the AO had cited:



**U.S. Department of Justice**
Office of Information Policy
*Sixth Floor*
*441 G Street, NW*
*Washington, DC 20530-0001*

Telephone: (202) 514-3642

September 23, 2024

Christina Kelso



Re:     FOIA-2024-03676
        DRH

Dear Christina Kelso:

This responds to your Freedom of Information Act (FOIA) request dated and received in this Office on September 20, 2024, seeking the oath of office for Judge Rudolph Contreras.

A search has been conducted, and one record, totaling one page, has been located that is responsive to your request. I have determined that this material can be disclosed with withholdings made pursuant to Exemption 6 of the FOIA, 5 U.S.C. § 552(b)(6), which pertains to information the disclosure of which would constitute a clearly unwarranted invasion of personal privacy. Please be advised that we have considered the foreseeable harm standard when reviewing records and applying FOIA exemptions.

For your information, Congress excluded three discrete categories of law enforcement and national security records from the requirements of the FOIA. *See* 5 U.S.C. § 552(c) (2018). This response is limited to those records that are subject to the requirements of the FOIA. This is a standard notification that is given to all our requesters and should not be taken as an indication that excluded records do, or do not, exist.

You may contact our FOIA Public Liaison, Valeree Villanueva, for any further assistance and to discuss any aspect of your request at: Office of Information Policy, United States Department of Justice, Sixth Floor, 441 G Street, NW, Washington, DC 20530-0001; telephone at 202-514-3642.

Additionally, you may contact the Office of Government Information Services (OGIS) at the National Archives and Records Administration to inquire about the FOIA mediation services they offer. The contact information for OGIS is as follows: Office of Government Information Services, National Archives and Records Administration, Room 2510, 8601 Adelphi Road, College Park, MD 20740-6001; e-mail at ogis@nara.gov; telephone at 202-741-5770; toll free at 1-877-684-6448; or facsimile at 202-741-5769.

If you are not satisfied with this Office's determination in response to this request, you may administratively appeal by writing to the Director, Office of Information Policy, United States Department of Justice, Sixth Floor, 441 G Street, NW, Washington, DC 20530-0001, or

you may submit an appeal through OIP's FOIA STAR portal by creating an account following the instructions on OIP's website: https://www.justice.gov/oip/submit-and-track-request-or-appeal. Your appeal must be postmarked or electronically submitted within ninety days of the date of my response to your request. If you submit your appeal by mail, both the letter and the envelope should be clearly marked "Freedom of Information Act Appeal." If possible, please provide a copy of your original request and this response letter with your appeal.

Sincerely,

Douglas R. Hibbard
Chief, Initial Request Staff

# OATH OF OFFICE FOR UNITED STATES JUDGES

(Title 28, Sec. 453 and Title 5, Sec. 3331, United States Code)

I, _____ Rudolph Contreras _____, do solemnly swear (or affirm) that I will administer justice without respect to persons, and do equal right to the poor and to the rich, and that I will faithfully and impartially discharge and perform all the duties incumbent upon me as United States District Judge for the District of Columbia under the Constitution and laws of the United States; and that I will support and defend the Constitution of the United States against all enemies, foreign and domestic; that I will bear true faith and allegiance to the same; that I take this obligation freely, without any mental reservation or purpose of evasion; and that I will well and faithfully discharge the duties of the office on which I am about to enter. SO HELP ME GOD.

_____
(Signature of Appointee)

Subscribed and sworn to (or affirmed) before me this _____ 1st _____ day

of ___ April 2012 _____.

_____
Royce C. Lamberth
Chief Judge, U.S. District Court.

Actual abode: ▮(b)(6)▮

Official station*

Date of birth ▮(b)(6)▮

Date of Entry on Duty ___ 04/01/2012 ___

---

* Title 28, sec. 456 United States Code as amended.

# OATH OF OFFICE FOR UNITED STATES JUDGES

### (Title 28, Sec. 453 and Title 5, Sec. 3331, United States Code)

I, _____ Rudolph Contreras _____, do solemnly swear (or affirm) that I will administer justice without respect to persons, and do equal right to the poor and to the rich, and that I will faithfully and impartially discharge and perform all the duties incumbent upon me as United States District Judge for the District of Columbia under the Constitution and laws of the United States; and that I will support and defend the Constitution of the United States against all enemies, foreign and domestic; that I will bear true faith and allegiance to the same; that I take this obligation freely, without any mental reservation or purpose of evasion; and that I will well and faithfully discharge the duties of the office on which I am about to enter. SO HELP ME GOD.

_____
(Signature of Appointee)

Subscribed and sworn to (or affirmed) before me this _____ 1st _____ day of _____ April 2012 _____.

_____
Chief Judge, U.S. District Court

Actual abode: (b)(6)

Official station [*]

Date of birth (b)(6)

Date of Entry on Duty 04/01/2012

_____

[*] Title 28, sec. 456 United States Code as amended.

## Statute Investigation / Fraud Upon the Court

## Verify and Witness for Yourself:

The **text** *"So help me God"* is changed illegally to *"SO HELP ME GOD"* on 'Combined Oaths'.

Let it be known, that this is not just about religion or God, but that one **cannot change the legal text**

on the oath of office and still have an intact fidelity bond between themselves and 'We the People'.

'**NOTE.**' on federal officers' filed 'SF-61' as an Appointment Affidavits highlights *"So help me God."*

**NOTE.—***The oath of office must be administered by a person specified in 5 U.S.C. 2903. The words "So help me God" in the oath and the word "swear" wherever it appears above should be stricken out when the appointee elects to affirm rather than swear to the affidavits; only these words may be stricken and only when the appointee elects to affirm the affidavits.*

Also, is the '**Note**' stipulated on the revised 'SF-61' in 2002 for federal officers as civil servants:

**Note -** *If the appointee objects to the form of the oath on religious grounds certain modifications may be permitted pursuant to the Religious Freedom Restoration Act. Please contact your agency's legal counsel for advice.*

*https://www.congress.gov/bill/103rd-congress/house-bill/1308*

**Passed Senate amended (10/27/1993)**

*Religious Freedom Restoration Act of 1993 - Prohibits any agency, department, or official of the United States or any State (the government) from substantially burdening a person's exercise of religion even if the burden results from a rule of general applicability, except that the government may burden a person's exercise of religion only if it demonstrates that application of the burden to the person: (1) furthers a compelling governmental interest; and (2) is the least restrictive means of furthering that compelling governmental interest.*

*Sets forth provisions pertaining to judicial relief, attorney's fees, and applicability.*

*Declares that: (1) nothing in this Act shall be construed to interpret the clause of the First Amendment to the Constitution prohibiting the establishment of religion; (2) the granting of government funding, benefits, or exemptions, to the extent permissible under that clause, shall not constitute a violation of this Act; and (3) as used in this Act, "granting" does not include the denial of government funding, benefits, or exemptions.*

The aforementioned "notes" meticulously describe the sanctity of the verbiage prescribed by Congress regarding signed and filed oaths of office. A federal officer included in the fidelity bonding (regardless of religious preferences) cannot alter the oath of office more than to strike-through *"So help me God"* and the word *"swear"* for *affirm.* While the CAPITONYM combined with "swear or affirm" makes a certain amount of sense to attorneys, these changes are patently illegal without Congress.

Again, the AO has stated that the **text** for signed judicial oaths of office according to 28 U.S.C. § 453 for "United States Judges" ***are*** to be **prescribed by law,** as aforementioned in their mailed correspondence with 'J6'er' Frank Rocco as he had received it. The links found in Title 28 U.S.C. § 453 support this theme that **only** Congress can change the **text** for the **facts of duties** on these oaths:

https://uscode.house.gov/statviewer.htm?volume=27&page=435

> FIFTY-SECOND CONGRESS...
>
> > *"...Sec. 3 That each of said justices, before he enters upon the duties of his office, shall take **the oath prescribed by law** to be taken by the judges of the courts of the United States."* **[Emphasis added]**

The judicial oath's 1990-revision changes "agreeably to" to "under" - a minor change, but nowhere is *"So help me God"* changed to *"SO HELP ME GOD."* All of the links in the statute have been carefully investigated for any such revision. The Congress of 1911, Page 1161 shows the oath, like all places and examples – as exactly spelled as *"So help me God",* but **not being spelled** in the corporative CAPITONYM form as subterfuge: *"SO HELP ME GOD."*

Federal "Judge" Timothy M. BURGESS of Alaska had removed his signatures from his oath of office before it was published on PACER! This and the pre-1990 judicial oath for Justice REHNQUIST on the following pages strongly evidences herein that altering oaths is **both illegal and unlawful;**

"Judge" BURGESS **redacted** his signatures on his estopped oath of office *before* published on PACER.

## OATH OF OFFICE FOR UNITED STATES JUDGES

(Title 28, Sec. 453 and Title 5, Sec. 3331, United States Code)

(TMB)

I, Timothy M. Burgess, . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ., do solemnly swear (or affirm) that I will administer justice without respect to persons, and do equal right to the poor and to the rich, and that I will faithfully and impartially discharge and perform all the duties incumbent upon me as . United States District Judge . . . . . . . under the Constitution and laws of the United States; and that I will support and defend the Constitution of the United States against all enemies, foreign and domestic; that I will bear true faith and allegiance to the same; that I take this obligation freely, without any mental reservation or purpose of evasion; and that I will well and faithfully discharge the duties of the office on which I am about to enter. So Help Me God.

Redacted Signature

Timothy M. Burgess

Subscribed and sworn to (or affirmed) before me this . 23rd . . . . . . . . . . . . . day of . . January . . . . . . . . . . . . . . . . . . . . . . . . 2006,

Redacted Signature

FOIA EXEMPTION b6

Actual abode [redacted]

Official station* . . Anchorage . . . . . . . . . . . . . . . . . . . . .

Date of birth . . . . . . . . . . . [Redacted] . . . . . . . . . . . . . . . .

1  Date of entry on duty . . . 1/23/06 . . . . . . . . . . .

John W. Sedwick
United States District Judge

*Title 28, sec. 456 United States Code, as amended.

Below is a proper judicial oath for Justice REHNQUIST – as prescribed by Congress and law.

Compare oath to 28 U.S.C. § 453 before its 1990-amendment and the September 1789 Judiciary Act.

Case 1:23-cr-00016-JEB    Document 59    Filed 09/26/23    Page 5 of 81

### Supreme Court of the United States

No. ----- October Term, 1985

I, WILLIAM H. REHNQUIST, do solemnly swear that I will administer justice without respect to persons, and do equal right to the poor and to the rich, and that I will faithfully and impartially discharge and perform all the duties incumbent upon me as Chief Justice of the United States according to the best of my abilities and understanding, agreeably to the Constitution and laws of the United States.

So help me God.

Subscribed and sworn to before me this this twenty-sixth day of September, 1986.

Below, 'J6' "AUSA" Douglas G. COLLYER under GRAVES on **USA v. GIUSTINO** admitted

to court-appointed public defender Evan Flinn SUGAR and his "J6 defendant" Frank Rocco that he

himself **never signed anything** for his **required oath of office to appointment of "AUSA"** at all!

[**Case 1:24-cv-00212-JEB** below in reference to **case #1:23-cr-00016-JEB** and "AUSA" COLLYER.]

6/23/23, 1:22 AM                                ES [ ████████@pm.me | Proton Mail

Case 1:24-cv-00212-JEB    Document 1-1    Filed 01/13/24    Page 242 of 331

She could not confirm nor deny the existence of the verified oaths I've been looking for, while also assuring me that they are still actively searching for them as of this very moment. They have not stopped the search, in which then an appeal could be made post-search if I wanted - or sooner before the search ends, if I desired.

I am currently uncomfortable signing anything in agreement until I have a validated certified copy of the oaths of office to the related judges on my case.

Since you wanted me to make a decision by Tuesday today, I have decided to take the option you gave me to delay the decision for plea bargaining, for as far long as September - as you originally said could be possible at our meeting. Please let me know when this is confirmed and how far it is pushed back.

I want to put a file onto court record of my exact reasonings/circumstances for delay, verbatim to how I want it said, without only being given the opportunity to file at the last second of a plea bargain or hearing. Is this possible for you to do this for me? I'm going to want to do this soon. Thank you.

------- Original Message -------

On Thursday, January 12th, 2023 at 4:55 PM, Evan Sugar <Evan.Sugar@fd.org> wrote:

The plan would be that on the date of the plea, at the hearing, before you enter the plea, I would ask the prosecutor to confirm that he took the proper oath and the judge to take judicial notice that he as do all district court judges took the proper oath.

Based on everything I discussed with my counterpart at the federal defenders in DC and the prosecutor I think that is the best and really only way to accomplish what you are trying to accomplish. The prosecutor confirmed my understanding that he never signed anything when he took the oath and that a verbal oath is the common practice. I believe the same to be the case for federal judges. So, I don't think there is any document (certified or not) that confirms it.

↳ *Prosecutor doesn't know written oaths!*

US attorneys take the same oath as members of the executive and legislative branches: "I do solemnly swear (or affirm) that I will support and defend the Constitution of the United States against all enemies, foreign and domestic; that I will bear true faith and allegiance to the same; that I take this obligation freely, without any mental reservation or purpose of evasion; and that I will well and faithfully discharge the duties of the office on which I am about to enter: So help me God." The prosecutor in this case confirmed to me that he took that oath and will confirm it on the record.

Federal judges take this oath: "I do solemnly swear (or affirm) that I will administer justice without respect to persons, and do equal right to the poor and to the rich, and that I will faithfully and impartially discharge and perform all the duties incumbent upon me as [district court judge] under the Constitution and laws of the United

Below, after public defender Evan SUGAR is told by 'J6' "AUSA" Douglas G. COLLYER the

prosecution's oath(s) was never signed, SUGAR tells 'J6'er' Frank Rocco **no signed oaths exist at all!**

**[Case 1:24-cv-00212-JEB** below in reference to **case #1:23-cr-00016-JEB** and Evan Flinn SUGAR.]

6/23/23, 1:22 AM                                              ES | ⬛⬛⬛⬛⬛ @pm.me | Proton Mail
                        Case 1:24-cv-00212-JEB    Document 1-1   Filed 01/13/24   Page 241 of 331

## RE: Clarification

| From | Evan Sugar ⬛⬛⬛⬛⬛ |
| To | Frank R. Giustino ⬛⬛⬛⬛⬛ |
| Date | Wednesday, January 18th, 2023 at 10:26 AM |

Hi Frank,

I spoke to the courtroom deputy for one of the district court judges in Central Islip, and she confirmed what I thought about the oath. She said the oath is taken orally in court and that there is no signed document.

Evan Sugar

Assistant Federal Defender

Federal Defenders of New York

770 Federal Plaza | Central Islip, NY 11722

(631) 712-6502 (office)

(917) 656-4574 (mobile)

(631) 712-6505 (fax)

evan_sugar@fd.org

*Pubic Defender saying
there is no written/signed
Oath of Office!
No document!!*

**From:** Frank R. Giustino <⬛⬛⬛⬛⬛@pm.me>
**Sent:** Tuesday, January 17, 2023 12:39 AM
**To:** Evan Sugar <Evan_Sugar@fd.org>
**Subject:** RE: Clarification

EXTERNAL SENDER

Hey, Evan. Thank you for responding to my request regarding the oaths and attempting to find answers for me.

The Public Liaison at the DoJ finally got back to me over the phone on the evening of the 13th regarding my FOIA Request for the judges' verified oaths of office, after I initially sent it out 3 months prior.

Below, 'J6'er' Frank Rocco's public defender Evan SUGAR warned Frank against the "oversized egos" of "judges" being "self-satisfied people" – and that if Frank made court filings containing signed oaths of judges, it could lead to a harsher 'J6' sentence – with Evan even sanctioned.

[**Case 1:24-cv-00212-JEB** below is reference to **case #1:23-cr-00016-JEB** and Evan Flinn SUGAR.]

6/29/23, 2:17 AM    Case 1:24-cv-00212-JEB    Document 1-1    Filed 01/13/24    Page 244 of 331

## RE: Hey, Evan. Before Plea Arraignment.

From    Frank R. Giustino ‹

To    Evan Sugar ‹Evan_Sugar@fd.org›

Date    Tuesday, January 31st, 2023 at 5:14 PM

Thank you for your honesty, Evan! Appreciated.

------- Original Message -------
On Tuesday, January 31st, 2023 at 4:57 PM, Evan Sugar ‹Evan_Sugar@fd.org› wrote:

> Hi Frank.
>
> I'll answer your questions in order.
>
> I think it would be potentially unethical to file the letter you wrote because it does not advance any interest of yours in a way that is legally significant. I do not believe you would be preserving an issue as I don't think one exists, and that if one did exist (the judge was unlawfully on the bench after never taking the oath) it would not be waivable because it would be a jurisdictional issue. Filing the letter has the potential to harm you because it could be frowned upon by the judge-some version of who does this guy think he is asking for my papers. I can't guarantee that it would have an impact on sentencing but I can't guarantee that it wouldn't.
>
> I did not say that filing the letter could jeopardize my law license. I said it could potentially expose me to sanctions (there are many sanctions, not just suspension or disbarment). The reason for that is I as your lawyer have no good faith basis to conclude that any of the judges involved did not take the oath of office. If I file a letter asking for proof it is possible that it could be interpreted as me claiming that I had reason to believe the proof didn't exist. That sort of accusation could (not necessarily would) lead to sanctions.
>
> I think I mostly addressed this in question one. Judges can be (I don't know this judge so I don't know if it is the case for him) self-satisfied people. Like everyone, they have egos and judges egos can be oversized. A judge being asked to prove he is legally a judge by someone who he possibly if not probably views as someone who played some sort of role in an attempted insurrection might make you stand out and not in a good way. I want you to blend in to all the other people who got probation. The only standing out I want is for good things.
>
> I think I mostly addressed this in questions one and three. I don't know that it would lead to a harsher sentence but I think it possibly could lead to a harsher sentence. And since there is no upside with any legal significance, and since you can presumably get this information through FOIA, that risk is not worth it.

Below, J6'er' Frank Rocco's court-appointed public defender Evan Flinn SUGAR clearly states

that if either "Judge" BOASBERG or HOWELL did not take the judicial oath required under 28 U.S.C.

§ 453 as provided by FOIA, these judges would lack jurisdiction to hear a plea or impose a sentence.

[**Case 1:24-cv-00212-JEB** below is reference to **case #1:23-cr-00016-JEB** and D.C. "Chief Judges".]

7/2/23, 9.10 PM                                      EFS | ⬛⬛⬛@pm.me | Proton Mail

Case 1:24-cv-00212-JEB   Document 1-1   Filed 01/13/24   Page 247 of 331

## RE: Brunson Decision & Confirmation

| From | Evan Sugar <Evan_Sugar@fd.org> |
| --- | --- |
| To | Frank R. Giustino <⬛⬛⬛@pm.me> |
| Date | Tuesday, February 14th, 2023 at 12:51 PM |

Hi Frank,

To summarize our conversation about the oath issue. My view is that, if as a result of your FIOA request or otherwise, you find out that Judge Boasberg or potentially Judge Howell did not take the oath of office as required under 28 USC 453, you would have grounds to vacate (if you find out prior to sentencing) or appeal (if after sentencing your plea). I think the claim would be that the court lacked jurisdiction to hear your plea and impose your sentence. Like I said in my office, I think the chance of that being the case is very close to zero, but as long as it remains important to you, I encourage you to pursue the FOIA request.

I obviously cannot guarantee results, but if you receive information that supports a vacatur or appellate motion I will assist as much as my organization permits me to.

Let me know if you need anything else.

Best,

Evan

Evan Sugar

Assistant Federal Defender

Federal Defenders of New York

770 Federal Plaza | Central Islip, NY 11722

(631) 712-6502 (office)

(917) 650-1524 (mobile)

(631) 712-6505 (fax)

James Emanuel BOASBERG is the current "Chief Judge" of the United States District Court for the District of Columbia where Rudolph CONTRERAS acts as "Judge" for Christina on her case. BOASBERG was calmly addressed by 'J6'er' Frank Rocco regarding BOASBERG's own oath issue. Frank Rocco donned a red 'MAGA' hat in his Status Conference while BOASBERG ignored a direct question about his oath's nonconformity – not admitting to reading oath-files he **GRANTED** for Frank.

**[Source: USA v. GIUSTINO, case #1:23-cr-00016-JEB, Doc 47 transcript, page 5 – "Boxed" for clarity.]**

```
1          So to begin with, I asked you if you wanted a new
2    lawyer, and you said no.  Are you seeking a new lawyer in this
3    matter?
4          I can tell you right now, if you have a problem with
5    one of the oaths, you can raise that on appeal, but I am not
6    withdrawing as the judge, nor am I vacating your plea simply
7    because you have some fabricated issue regarding the oath.
8          THE DEFENDANT:  It's not a fabricated issue.  Judge
9    Boasberg, can you please explain to me why your oath of office
10   does not conform exactly to the statute?
11         THE COURT:  Okay.  Next question.  Do you want to
12   proceed with Mr. Sugar as your attorney, or are you seeking a
13   new lawyer?  And if you are seeking a new lawyer, I will need
14   to ask you what he hasn't done.
15         THE DEFENDANT:  Mr. Boasberg, have you seen and signed
16   my file as of May 30?  Did you sign that file that I have on
17   record right now?  It's document 36.  Did you sign that?
18         THE COURT:  I gave you leave to file it is what I did.
19         THE DEFENDANT:  Right, you gave leave to file.  And
20   that leave to file, you had to read that, correct?
21         THE COURT:  No.  I just saw that it's a document you
22   want to place on the record, and I permitted you to place it on
23   the record.
24         THE DEFENDANT:  So you didn't need to read any of the
25   contents?  You just had to just sign it and stamp it and that's
```

"Document 36" below (refused for cause) is one of 'J6'er' Frank Rocco's filings "Chief Judge" BOASBERG did not acknowledge reading, even though he **GRANTED** it onto the federal court record himself by his own signature. BOASBERG's direct officer for pretrial services, Mallori BRADY, also submitted this document to BOASBERG in one of Frank's pretrial reports – days before Frank's Status Conference itself. It begs the question: If BOASBERG as "Chief Judge" does not need to read filings he permits onto record for his alleged "defendants", did he ever read his own oath before signing it?

Case 1:23-cr-00016-JEB  Document 36  Filed 05/30/23  Page 6 of 13

## OATH OF OFFICE FOR UNITED STATES JUDGES

(Title 28, Sec. 453 and Title 5, Sec. 3331, United States Code)

I, _____ James Emanuel Boasberg _____, do solemnly swear (or affirm) that I will administer justice without respect to persons, and do equal right to the poor and to the rich, and that I will faithfully and impartially discharge and perform all the duties incumbent upon me as <u>United States District Judge for the District of Columbia</u> under the Constitution and laws of the United States; and that I will support and defend the Constitution of the United States against all enemies, foreign and domestic; that I will bear true faith and allegiance to the same; that I take this obligation freely, without any mental reservation or purpose of evasion; and that I will well and faithfully discharge the duties of the office on which I am about to enter. SO HELP ME GOD.

_Handwritten across text: "Refusal for Cause"_

_Handwritten: "NO!!"_

_____
(Signature of Appointee)

Subscribed and sworn to (or affirmed) before me this 1st day
of April, 2011.

_____
J Truman Morrison

Actual abode: (b) (6)
Official station*
Date of birth (b) (6)
Date of Entry on Duty 4/1/11

1

* Title 28, sec. 456 United States Code as amended.

"J6 attorneys" like "AUSA" Douglas G. COLLYER under "U.S. Attorney" GRAVES and court-appointed public defender Evan SUGAR were **not** telling *"the truth"* about signed oaths even existing. Even the "Chief Judge" of D.C. is unwilling to answer questions about his own (defective) oath. This all contradicts the U.S. Department of Justice's own definition of an "oath" itself (verbal *or* signed);

O

_____

**oath** - A promise to tell the truth.

**[Source: justice.gov/usao/justice-101/glossary#o]**

Clearly, as already seen throughout this 'Refusal for Cause' filing, the signed documented oaths for these alleged U.S. Department of Justice "attorneys" and alleged "U.S. judges" **do exist** – and are required in their proper, prescribed form by Congress under the Constitution… or they are **not** bonded.

Without a proper judicial oath signed, "administrative law judges" are **not judges** in Article III.

## "A Live Conversation with Supreme Court Associate Justice Neil Gorsuch"

[Video Source: <u>youtube.com/watch?v=BaW1-dBkjKo</u> - Watch from the 47:56 time stamp.]



Neil GORSUCH discusses his book *"Over Ruled: The Human Toll of Too Much Law"* (Published on **8/06/2024**).

**Here is a comment from U.S. Supreme Court's Neil M. GORSUCH on fake vs. *"real judges"*:**

**Interviewer:** *"One point you (GORSUCH) make in the book, is how Americans are ten times more likely to line up before an **administrative judge than a federal Court**, and in these... **administrative judges, they play prosecutor and judge... and how different is that from the federal judiciary** and why is it increasing so much on the regulatory and executive side?"*

**GORSUCH:** *"Yeah, so, **what are administrative judges**, how might you encounter them? If you are regulated... and you are prosecuted by the agency, many of them have the opportunity rather than to bring their charges against you in Court – they can bring them before their own **employees**. Okay? For civil matters. You know, **if they just want money from you** – [smiles] just money – Right? Or to close your business or to take away your license. Right? Your livelihood. Um, these, they call themselves **'administrative law judges'**. We used to call them 'hearing officers', **but now they like to wear robes...** ...you are ten times more likely to wind up in front of one of **those judges** than... **a real judge.**" [smiles]*

# Supreme Court of the United States

*October Term, 2016*

I, NEIL M. GORSUCH, do solemnly swear that I will support and defend the Constitution of the United States against all enemies, foreign and domestic; that I will bear true faith and allegiance to the same; that I take this obligation freely, without any mental reservation or purpose of evasion; and that I will well and faithfully discharge the duties of the office on which I am about to enter.

So help me God.

Subscribed and sworn to before me

this 10th day of April, 2017

_____

Chief Justice of the United States

# APPOINTMENT AFFIDAVITS

Associate Justice, Supreme Court of the United States

*(Position to which Appointed)*

04/07/2017

*(Date Appointed)*

The Supreme Court of the U.S.

*(Department or Agency)*        *(Bureau or Division)*

Washington, D.C.

*(Place of Employment)*

I, _____ NEIL M. GORSUCH _____, do solemnly swear (or affirm) that--

## A. OATH OF OFFICE

I will support and defend the Constitution of the United States against all enemies, foreign and domestic; that I will bear true faith and allegiance to the same; that I take this obligation freely, without any mental reservation or purpose of evasion; and that I will well and faithfully discharge the duties of the office on which I am about to enter. So help me God.

## B. AFFIDAVIT AS TO STRIKING AGAINST THE FEDERAL GOVERNMENT

I am not participating in any strike against the Government of the United States or any agency thereof, and I will not so participate while an employee of the Government of the United States or any agency thereof.

## C. AFFIDAVIT AS TO THE PURCHASE AND SALE OF OFFICE

I have not, nor has anyone acting in my behalf, given, transferred, promised or paid any consideration for or in expectation or hope of receiving assistance in securing this appointment.

*(Signature of Appointee)*

Subscribed and sworn (or affirmed) before me this 10th day of April _____, 2017

at Washington

*(City)*

District of Columbia

*(State)*

*(Signature of Officer)*

(SEAL)

Commission expires_____
(If by a Notary Public, the date of his/her Commission should be shown)

Chief Justice of the United States

*(Title)*

Note - If the appointee objects to the form of the oath on religious grounds, certain modifications may be permitted pursuant to the Religious Freedom Restoration Act. Please contact your agency's legal counsel for advice.

U.S. Office of Personnel Management
The Guide to Processing Personnel Actions

NSN 7540-00-634-4015

Standard Form 61
Revised August 2002
Previous editions not usable

# Supreme Court of the United States

*October Term, 2016*

I, NEIL M. GORSUCH, do solemnly swear that I will administer justice without respect to persons, and do equal right to the poor and to the rich, and that I will faithfully and impartially discharge and perform all the duties incumbent upon me as Associate Justice of the Supreme Court of the United States under the Constitution and laws of the United States.

So help me God.

Subscribed and sworn to before me
this 10th day of April, 2017

Associate Justice of the Supreme Court

# OATH OF OFFICE FOR UNITED STATES JUDGES

(Title 28, Sec. 453 and Title 5, Sec. 3331, United States Code)

I,  Neil M. Gorsuch _____, do solemnly swear (or affirm)

that I will administer justice without respect to persons, and do equal right to the poor and

to the rich, and that I will faithfully and impartially discharge and perform all the duties

incumbent upon me as United States Circuit Judge _____ under the Constitution
                                    · for the Tenth Circuit
and laws of the United States; and that I will support and defend the Constitution of the

United States against all enemies, foreign and domestic; that I will bear true faith and

allegiance to the same; that I take this obligation freely, without any mental reservation or

purpose of evasion; and that I will well and faithfully discharge the duties of the office on

which I am about to enter. SO HELP ME GOD.

(Signature of Appointee)

Subscribed and sworn to (or affirmed) before me this ___ 10th ___ day

of  August, 2006 _____.

**FOIA EXEMPTION (b)(6)**

Actual abode:

Official station        Denver, Colorado

Date of birth                    1967

Date of Entry on Duty   August 10, 2006

* Title 28, sec. 456 United States Code as amended.

On August 6th, 2023, exactly one year *before* Justice Neil GORSUCH's book *"Over Ruled: The Human Toll of Too Much Law"* is published – the official social media account for Donald J. TRUMP on 'Truth Social' "ReTruths" an interview involving Department of Defense consultant Dr. Jan discussing the Treaty of 1871 and gold (which is fine white powder), making mention to the bankrupt United States corporation. This corporation as a municipality is what the *"administrative law judges"* and their *"employees"* as mentioned by GORSUCH are persecuting Americans under for protesting on January 6th, 2021. Mr. TRUMP himself calls Dr. Jan's interview a *"masterpiece"* for the public to see:



**Donald J. Trump** ✓
@realDonaldTrump

Dr. Jan Halper-Hayes is fantastic. Everyone has got to watch her interview on election fraud with the poor sap who got taken apart by her. Thank you Don Jr. for putting this masterpiece out for the public to see. WITCH HUNT!



**19.1k** ReTruths  **34.7k** Likes                    Aug 06, 2023, 7:19 PM

**[Video Source, Truth Social: truthsocial.com/@realDonaldTrump/110845227764397486]**

# APPOINTMENT AFFIDAVITS

Secretary of Defense                                                   01/22/2021

(Position to which Appointed)                                          (Date Appointed)


DoD                          **OSD**                          Arlington, Virginia

(Department or Agency)       (Bureau or Division)             (Place of Employment)


I,    Lloyd James Austin III                                      , do solemnly swear (or affirm) that--

## A. OATH OF OFFICE

I will support and defend the Constitution of the United States against all enemies, foreign and domestic; that I will bear true faith and allegiance to the same; that I take this obligation freely, without any mental reservation or purpose of evasion; and that I will well and faithfully discharge the duties of the office on which I am about to enter. So help me God.

## B. AFFIDAVIT AS TO STRIKING AGAINST THE FEDERAL GOVERNMENT

I am not participating in any strike against the Government of the United States or any agency thereof, and I will not so participate while an employee of the Government of the United States or any agency thereof.

## C. AFFIDAVIT AS TO THE PURCHASE AND SALE OF OFFICE

I have not, nor has anyone acting in my behalf, given, transferred, promised or paid any consideration for or in expectation or hope of receiving assistance in securing this appointment.


                                                                (Signature of Appointee)


Subscribed and sworn (or affirmed) before me this 22nd day of  January                        , 2021

at  Arlington                              Virginia
         (City)                             (State)

                                                                (Signature of Officer)

        (SEAL)

Commission expires                                              Interim DA&M
(If by a Notary Public, the date of his/her Commission should be shown)        (Title)

Note - If the appointee objects to the form of the oath on religious grounds, certain modifications may be permitted pursuant to the Religious Freedom Restoration Act. Please contact your agency's legal counsel for advice.

U.S. Office of Personnel Management
The Guide to Processing Personnel Actions

NSN 7540-00-634-4015

Standard Form 61
Revised August 2002
Previous editions not usable

According to what 'J6'er' Frank Rocco of **USA v. GIUSTINO** has told Christina, Frank's fired ineffective pro bono legal counsel Carolyn STEWART had personally informed Frank right before STEWART was first assigned to his 'J6' case that capitalization of words can hold legal significance for corporations. Using a verified 'X' social media account that is (ironically) named @end_lawfare, STEWART acknowledges further that *"So help me God"* was clearly capitalized to *"SO HELP ME GOD"* on the "Combined Oaths" for the D.C. "judges" that Frank as her former client had filed prior.

**Stewart Country Law PA** ✓ @end_lawfare · Sep 23                          ⋯
Replying to @FrankRoccoG and @Sarsfieldlii
As far as I can discern, each judge had a ceremony where they verbally took the oath. That's all the Constitution required. The use of caps is NOT a capitonym here because the meaning of the words did not change. Claim of void oaths fails. Wrong. Judges followed the law.

However, despite STEWART acknowledging words on the "Combined Oaths" have been capitalized, she is quick to defend the "Judges" signing theirs – who have clearly not followed the law. Such illegal changing of oaths as bonds is fraud committed against Americans like Frank and Christina. A verbal oath does not replace the mandatory taken oath and affidavit filed by law under 5 U.S.C. § 3332 and § 3331, as present on the "Combined Oaths" as civil/judicial oaths for federal "judges."

Additionally, STEWART did not provide proof that the (potentially legally-altering) capitalization has not changed the intended meaning of *"So help me God"* codified by Congress under the Constitution and **God** – by changing to *"SO HELP ME GOD."* Regardless, signed oaths of office are contractual bonds and can only be changed by Congress – no matter the capitalization's meaning.

Turning attention to Black's Law Dictionary and its definition of "administrative officer"…

An "administrative officer" (also being an "administrative law judge" as Justice GORSUCH mentioned) are *"Politically and as used in constitutional law, an officer of the executive department of government, and generally one of inferior rank ; **legally, a ministerial** or executive officer, as **distinguished from a judicial officer**. People v. Salsbury, 134 Mich. 537, 96 N. W. 936."*

"Administrative officer" by legal definition is *"distinguished from a judicial officer".* "Judges", such as HOWELL, BOASBERG and Rudolph CONTRERAS in Christina's case, are not judicial officers. having not signed proper judicial oaths as contracts within the administrative process. These "Judges" are unlawfully using Article I administrative courts for their criminal cases, making them the opposite of the *"real judges"* as judicial officers ruling in Article III courts – as GORSUCH alludes to.

Also by definition, "administrative officers" are legally "ministerial". Webster Dictionary's various definitions for "ministerial" describes it as *1.* **of, relating to, or characteristic of a minister or the ministry;** *2. a: being or having the* **characteristics of an act or duty prescribed by law** *as part of the duties of an administrative office, b: relating to or being an act done after ascertaining the existence of a specified state of facts in obedience to a legal order* **without exercise of personal judgment or discretion;** *3. acting or active as an* **agent** *.* [**Emboldened for emphasis**].

Further exploring definitions of "minister" and "ministry" shows these titles as having overlap in meanings with religion and law, with one definition of "minister" as *"one officiating or assisting the officiant in church worship"* and another being *"a high officer of state entrusted with the management of a division of governmental activities"*. "Ministry" is the "body of minsters of religion", with Webster also noting that "ministry" is *"**often capitalized**"* when referring to *"the body of ministers governing a nation or state from which a smaller cabinet (see CABINET   entry 1sense 3b) is sometimes selected"* or *"the group of ministers constituting a cabinet"*. *"CABINET: a body of advisers of a head of state".*

Without proper civil/judicial oaths prescribed by law, "administrative law judges" (described by GORSUCH) such as HOWELL, BOASBERG and CONTRERAS *are* distinguishable "administrative officers" from properly bonded "judicial officers", with TRUMP's attorneys further distinguishing them from "officer" and "employee" – and Dr. Jan's mention of their employer: the U.S. corporation. Also, considering "administrative officers" by definition are "legally ministerial" – "ministerial" is ambiguous between its own law and religious definitions – further making STEWART's assertion that the capitalization *"SO HELP ME GOD"* is not CAPITONYM a baseless legal stance. *"So help me God"* was not struck-through, but instead illegally changed – for possible corporate and "ministerial" reasons.


'J6'er' Frank Rocco's **Doc 59 pages 46 – 49** highlights Carolyn STEWART's consistently misleading legal advice, which led to her termination on **USA v. GIUSTINO** as ineffective counsel:

| From | Frank R. Giustino < ███████████ @pm.me> |
|------|------|
| To | CStewart esq <CarolStewart_esq@protonmail.com> |
| Date | Thursday, August 24th, 2023 at 1:43 PM |

Carol. You're fired. Effective immediately.





**Stewart Country Law PA** ✔ @end_lawfare · Sep 24

Replying to @FrankRoccoG and @Sarsfieldlii

I told you there was no malpractice. Don't continue to lie and rant. All I wish is that you stop spewing your troubled misunderstandings of the law onto others. J6 defendants have enough trouble as it is.

As seen from 'J6'er' Frank Rocco's **Doc 47** transcript, BOASBERG very much minded Frank questioning his fraudulent oath of office – as Evan SUGAR previously warned. 'J6' pro bono Carolyn STEWART has since told Frank not to *"continue to lie and rant"* about evident malpractice on 'J6' – and yet, she attempts to divert attention away from the importance of signed oaths as binding contracts. Both BOASBERG and STEWART do not like being questioned, so it is likely – they are the liars:



If federal "judges" are signing improper judicial oaths as shown on **USA v. GIUSTINO, case #1:23-cr-00016-JEB, Docs 36, 39 & 59** – they cannot hear criminal cases or make opinions as 'judge'.

For example, here is an opinion by BOASBERG – signed-off *as* an illegal USDC D.C. "Chief Judge":

### Civil Action No. 19-2848 (JEB)

### Page 21:

A.  Threshold Issues

Because they've seen this film before (and they didn't like the ending), Defendants seek to leave out the side door. Cf. Taylor Swift, Exile, on Folklore (Republic Records 2020).

**[Source: ecf.dcd.uscourts.gov/cgi-bin/show_public_doc?2019cv2848-68]**

**[End]**

TRUMP writes his own opinion referencing Taylor SWIFT – being more legal than JEB's:



Pictured: ***"I HATE TAYLOR SWIFT!"*** capitalized, unrelated to *"SO HELP ME GOD"* CAPITONYM.

**[Source, 'Truth Social': truthsocial.com/@realDonaldTrump/113142103182027626]**

Despite all of the evidence of state and federal oath violations 'J6'er' Frank Rocco had added to the federal Court of Record – BOASBERG ignored all of it – with no allowance for its discussion in their own hearings. In September of 2023, offices of both the FBI and USMS were submitted this fraud on the United States District Court for the District of Columbia and U.S. Department of Justice relating to the refused for cause oaths on **USA v. GIUSTINO** herein. 'J6'er' Frank Rocco was provided with proof of delivery. The USMS, now aware of fraud through tip-line – still illegally arrested Frank in Florida with a **SEALED** bench warrant **ORDERED** by BOASBERG in defiance of Frank's abatement.



A copy of the **SEALED** bench warrant was provided to 'J6'er' Frank Rocco in a Florida courtroom while hidden from the record – with no signature or date of the illegal arrest present. When a signed warrant was provided for the record by BOASBERG (months after Frank demanded for it while serving an illegal sentence), it was signed... with a wrong arrest date. USDC D.C. is falsely arresting and sentencing 'J6'ers' lawfully abating illegal hearings due to blatant contractual oath-bonding fraud.

Case 1:24-cv-00212-JEB   Document 1-1   Filed 01/13/24   Page 29 of 331

AO 442 (Rev 01/09) Arrest Warrant

1137153

## UNITED STATES DISTRICT COURT

for the

District of Columbia ▾

U.S. MARSHAL -DC PM4:26
RECEIVED SEP 29 '23

United States of America
v.
FRANK ROCCO GIUSTINO

    Case No.   23cr18-JEB

*Defendant*

### ARREST WARRANT

To:    Any authorized law enforcement officer

    **YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   FRANK ROCCO GIUSTINO
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☑ Order of the Court

This offense is briefly described as follows:

09/29/2023 - Minute Entry for proceedings held before Chief Judge James E. Boasberg: Case called for Sentencing on 9/29/2023 as to FRANK ROCCO GIUSTINO (1). Defendant FAILED TO APPEAR. The Court ORDERS a NO BOND warrant issued as to FRANK ROCCO GIUSTINO(1). Bond Status of Defendant: FAILED TO APPEAR/WARRANT TO ISSUE; Court Reporter: Tammy Nestor; Defense Attorney: Pro Se; US Attorney: Douglas Collyer; Pretrial Officer: Christine Schuck. (nbn) (Entered: 09/29/2023)

Date:  09/29/2023

                                  *Issuing officer's signature*

City and state:   WDC

                 James E. Boasberg, USDC Chief Judge
                    *Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____ at *(city and state)* _____ |

Date:

                              *Arresting officer's signature*

                              *Printed name and title*

## Fraud Upon the Prosecution (U.S. Department of Justice)

## Verify and Witness for Yourself:

The U.S. Department of Justice persecuting Christina has already acknowledged the importance of "procedural compliance" for any signed, executed and filed oaths of office by their alleged attorneys. All of the following applies to Matthew M. GRAVES and Anthony William MARIANO, as explained.

**10.06.23. - Special Counsel Oath Jack Smith** (Source, weblink by U.S. Department of Justice:)

https://www.justice.gov/d9/2023-10/10.06.23.%20-%20Special%20Counsel%20Oath%20Jack%20Smith.pdf

This website contains the memorandum to the illegal Appointment Order of "Special Counsel" John L. Smith (also commonly known as "Jack SMITH") in which the Justice Department reveals that a "missing" witness signature on an oath's filed 'SF-61' **is a notable defect** – requiring that the entire oath of office is to be re-administered in order for it to be considered faithfully **"signed and executed."**

By this logic, a Justice Department attorney's oath as bond **must** be witnessed by a valid officer, with both signatures of an appointee and witnessing officer viewable on the 'SF-61' affidavits and oath.

For the record attached herein, is the same (now declared illegal) Appointment Order enacted by "Attorney General" Merrick B. GARLAND of *"private citizen"* SMITH – having a particular 'ring' to it. This Appointment Order by GARLAND would inevitably be used *against* SMITH by TRUMP's defense attorneys in the aforementioned **GRANTED MOTION TO DISMISS** by CANNON.. Both the Appointment Order and its associated dismissal cites legal information which makes mention to oaths being **required** and **prescribed by law** to the appointments of Justice Department attorneys.

This U.S. DOJ memorandum proves Jack SMITH was **unquestionably** unbound by his required oath of office until **9/14/2023** *while* opening **two cases** against Donald J. TRUMP. The first indictment from SMITH opened on **6/08/2023, case #9:23-cr-80101-AMC,** as presided by the refused for cause Aileen Mercedes CANNON – **6/08/23** being the **same exact day** that D.C. "Chief Judges" BOASBERG & HOWELL were **originally** refused for cause on **case #1:23-cr-00016-JEB** by 'J6'er' Frank Rocco of **USA v. GIUSTINO.** The second indictment on TRUMP from SMITH for 'J6' opened on **8/01/2023, case #1:23-cr-00257-TSC,** as presided by the refused for cause Tanya Sue CHUTKAN.


**--- GARLAND's illegal Appointment Order for Jack SMITH below and on following pages. ---**

**--- Most relevant points to any illegal DOJ oaths are <u>underlined</u> for clarity. ---**



**U.S. Department of Justice**

Justice Management Division

Human Resources

---

*Washington, D.C. 20530*


MEMORANDUM FOR THE RECORD

SUBJECT:        <u>Oath of Office,</u> John L. Smith

**EXECUTIVE SUMMARY:** This memorandum serves as record that an appointment affidavit (SF 61) has been signed and executed for the appointment of John L. Smith, Special Counsel. On November 18, 2022, John L. Smith was appointed by Attorney General Merrick B. Garland to serve as the Special Counsel by Order No. 5559-2022.

**DISCUSSION:** Mr. Smith signed an SF 61 on November 20, 2022. Upon reviewing documentation, <u>it was discovered that a witness signature was missing</u> (more than likely as Mr. Smith was on boarded while overseas). JMD/Human Resources consulted with the JMD/Office of General Counsel (OGC) to ensure proper corrective action. OGC's recommendation and advice was to <u>readminister the oath of office and execute a new SF 61 to ensure procedural compliance.</u>

Attachments

A. Attorney General Order 5559-2022
B. SF 61, signed and <u>executed on 9/14/2023</u>
C. SF 61, signed on 11/20/2022

# APPOINTMENT AFFIDAVITS

Special Counsel

(Position to which Appointed)

11/18/2022

(Date Appointed)

U.S. Department of Justice

(Department or Agency)

Office of the Special Counsel

(Bureau or Division)

Washington, DC, United States

(Place of Employment)

I,  John Luman Smith  , do solemnly swear (or affirm) that--

## A. OATH OF OFFICE

I will support and defend the Constitution of the United States against all enemies, foreign and domestic; that I will bear true faith and allegiance to the same; that I take this obligation freely, without any mental reservation or purpose of evasion; and that I will well and faithfully discharge the duties of the office on which I am about to enter. So help me God.

## B. AFFIDAVIT AS TO STRIKING AGAINST THE FEDERAL GOVERNMENT

I am not participating in any strike against the Government of the United States or any agency thereof, and I will not so participate while an employee of the Government of the United States or any agency thereof.

## C. AFFIDAVIT AS TO THE PURCHASE AND SALE OF OFFICE

I have not, nor has anyone acting in my behalf, given, transferred, promised or paid any consideration for or in expectation or hope of receiving assistance in securing this appointment.

(Signature of Appointee)

Subscribed and sworn (or affirmed) before me this _14_ day of _September_ , _2023_

at _Washington_     _DC_
(City)            (State)

(SEAL)

(Signature of Officer)

Commission expires _____
(If by a Notary Public, the date of his/her Commission should be shown)

(Title)

Note - If the appointee objects to the form of the oath on religious grounds, certain modifications may be permitted pursuant to the Religious Freedom Restoration Act. Please contact your agency's legal counsel for advice.

U.S. Office of Personnel Management
The Guide to Processing Personnel Actions

EOD:DJ01 USA Staffing

NSN 7540-00-634-4015

Standard Form 61
Revised August 2002
Previous editions not usable

# APPOINTMENT AFFIDAVITS

_Special Counsel_      _11/18/22_
(Position to which Appointed)      (Date Appointed)

_Department of Justice_      _Washington DC_
(Department or Agency)    (Bureau or Division)      (Place of Employment)

I, _John L. Smith_ , do solemnly swear (or affirm) that—

## A. OATH OF OFFICE

I will support and defend the Constitution of the United States against all enemies, foreign and domestic; that I will bear true faith and allegiance to the same; that I take this obligation freely, without any mental reservation or purpose of evasion; and that I will well and faithfully discharge the duties of the office on which I am about to enter. So help me God.

## B. AFFIDAVIT AS TO STRIKING AGAINST THE FEDERAL GOVERNMENT

I am not participating in any strike against the Government of the United States or any agency thereof, and I will not so participate while an employee of the Government of the United States or any agency thereof.

## C. AFFIDAVIT AS TO THE PURCHASE AND SALE OF OFFICE

I have not, nor has anyone acting in my behalf, given, transferred, promised or paid any consideration for or in expectation or hope of receiving assistance in securing this appointment.

_____
(Signature of Appointee)

Subscribed and sworn (or affirmed) before me this _20_ day of _November_ , _2022_

at _____ _____
     (City)          (State)

     (SEAL)               _____
                                     (Signature of Officer)

Commission expires_____ _____
(If by a Notary Public, the date of his/her Commission should be shown)          (Title)

Note - If the appointee objects to the form of the oath on religious grounds, certain modifications may be permitted pursuant to the Religious Freedom Restoration Act. Please contact your agency's legal counsel for advice.

U.S. Office of Personnel Management
The Guide to Processing Personnel Actions

Print

Save      Reset

NSN 7540-00-634-4015

Standard Form 61
Revised August 2002
Previous editions not usable



### Office of the Attorney General
### Washington, D. C. 20530

ORDER NO. 5559-2022

APPOINTMENT OF JOHN L. SMITH AS SPECIAL COUNSEL

By virtue of the authority vested in the Attorney General, including 28 U.S.C. §§ 509, 510, 515, and 533, in order to discharge my responsibility to provide supervision and management of the Department of Justice, and to ensure a full and thorough investigation of certain matters, I hereby order as follows:

(a) John L. Smith is appointed to serve as Special Counsel for the United States Department of Justice.

(b) The Special Counsel is authorized to conduct the ongoing investigation into whether any person or entity violated the law in connection with efforts to interfere with the lawful transfer of power following the 2020 presidential election or the certification of the Electoral College vote held on or about January 6, 2021, as well as any matters that arose or might arise directly from this investigation or that are within the scope of 28 C.F.R. § 600.4(a). This authorization does not apply to prosecutions that are currently pending in the District of Columbia, as well as future investigations and prosecutions of individuals for offenses they committed while physically present on the Capitol grounds on January 6, 2021. Those investigations and prosecutions remain under the authority of the United States Attorney for the District of Columbia. Further delineation of the authorizations between the Special Counsel and the United States Attorney for the District of Columbia will be provided as necessary and appropriate.

(c)   The Special Counsel is further authorized to conduct the ongoing investigation referenced and described in the United States' Response to Motion for Judicial Oversight and Additional Relief, *Donald J. Trump v. United States*, No. 9:22-CV-81294-AMC (S.D. Fla. Aug. 30, 2022) (ECF No. 48 at 5–13), as well as any matters that arose or may arise directly from this investigation or that are within the scope of 28 C.F.R. § 600.4(a).

(d)   The Special Counsel is authorized to prosecute federal crimes arising from the investigation of these matters.  The Special Counsel is also authorized to refer to the appropriate United States Attorney discrete prosecutions that may arise from the Special Counsel's investigation.

(e)   Sections 600.4 to 600.10 of title 28 of the Code of Federal Regulations are applicable to the Special Counsel.


_____11/18/22_____
Date

_____
Merrick B. Garland
Attorney General


2

------ **End of Merrick GARLAND's Appointment Order of "Special Counsel" Jack SMITH** ------

This Appointment Order is deemed illegal by TRUMP's lawyers and "Judge" Aileen M. CANNON:

# OATH OF OFFICE FOR UNITED STATES JUDGES

(Title 28, Sec. 453 and Title 5, Sec. 3331, United States Code)

I, ___Aileen Mercedes Cannon_____, do solemnly swear (or affirm)

that I will administer justice without respect to persons, and do equal right to the poor and

to the rich, and that I will faithfully and impartially discharge and perform all the duties

incumbent upon me as __United States District Judge for the Southern District of Florida__

under the Constitution and laws of the United States; and that I will support and defend the

Constitution of the United States against all enemies, foreign and domestic; that I will bear

true faith and allegiance to the same; that I take this obligation freely, without any mental

reservation or purpose of evasion; and that I will well and faithfully discharge the duties of

the office on which I am about to enter. SO HELP ME GOD.

_____
(Signature of Appointee)

Subscribed and sworn to (or affirmed) before me this ____23rd_____ day

of ___November, 2020_____.

_____
K. Michael Moore, Chief U.S. District Judge

Actual abode:          (b) (6)

Official station*      Fort Pierce, FL

Date of birth          (b) (6)

Date of Entry on Duty  11/23/2020

---

\* Title 28, sec. 456 United States Code as amended.

# OATH OF OFFICE FOR UNITED STATES JUDGES

(Title 28, Sec. 453 and Title 5, Sec. 3331, United States Code)

I, __Aileen Mercedes Cannon__ do solemnly swear (or affirm) that I will administer justice without respect to persons, and do equal right to the poor and to the rich, and that I will faithfully and impartially discharge and perform all the duties incumbent upon me as United States District Judge for the Southern District of Florida under the Constitution and laws of the United States; and that I will support and defend the Constitution of the United States against all enemies, foreign and domestic; that I will bear true faith and allegiance to the same; that I take this obligation freely, without any mental reservation or purpose of evasion; and that I will well and faithfully discharge the duties of the office on which I am about to enter. SO HELP ME GOD.

_____
(Signature of Appointee)

Subscribed and sworn to (or affirmed) before me this ___23rd___ day of ___November, 2020___.

K M Moore

K. Michael Moore, Chief U.S. District Judge

Actual abode:          (b) (6)
Official station*       Fort Pierce, FL
Date of birth          (b) (6)
Date of Entry on Duty   11/23/2020

---

* Title 28, sec. 456 United States Code as amended.

A recent filing relating to Donald J. TRUMP's presidential immunity was submitted by Jack SMITH to then be unsealed by refused for cause "Judge" CHUTKAN. It was pointed out on social media by apparent "Former US DOJ Double Ass't AG, Admin. Law Aficionado" Jeff CLARK that SMITH and SMITH's subordinates, Molly GASTON and Thomas P. WINDOM, make no mention of being at the U.S. Department of Justice in said filing, below. According to CLARK – who is former U.S. DOJ – this appears unusual. CLARK claims that it is likely SMITH, GASTON and WINDOM are considering themselves as an *"extra-constitutional Forth Branch of government"* because they are no longer listing their institutional affiliation – for the purpose of SMITH (**without** a legal appointment and binding oath) to persecute TRUMP outside of the confines of the U.S. Department of Justice itself.


**['Boxed' for clarity – Notice no "U.S. Department of Justice" affiliation mentioned by SMITH.]**

Case 1:23-cr-00257-TSC    Document 252    Filed 10/02/24    Page 165 of 165


Furthermore, based on the determination that all the conduct described in Section I is not immune from prosecution, and because Section I encompasses all the allegations in the superseding indictment, the Court should further specify: (3) that the defendant is subject to trial on the superseding indictment; and (4) that the Government is not prohibited at trial from using evidence of the conduct described in Section I, subject at a later date to non-immunity based objections and this Court's admissibility rulings under the Federal Rules of Evidence.

Respectfully submitted,

JACK SMITH
Special Counsel

/s/ Molly Gaston
Molly Gaston
Thomas P. Windom
Senior Assistant Special Counsels
950 Pennsylvania Avenue NW
Room B-206
Washington, D.C. 20530

**[Source, 'X' post by former DOJ @JeffClarkUS: x.com/JeffClarkUS/status/1841571578674339916]**

 **Jeff Clark** ✓
@JeffClarkUS

As I digest this document, I will post reactions.

But let me start with the first thing that jumps out at me: The document is signed as pictured below. ***There is no mention that Jack Smith and his subordinates are at the U.S. Department of Justice.***

As if you needed any better indication that they regard themselves as an extra-constitutional Fourth Branch of government. They are no longer listing their institutional affiliation.

(Though they list their address as that building that many DOJ alums call "Main Justice" at 9th and Pennsylvania Aves., or more formally the Robert F. Kennedy Justice Building. Presumably, the name of the building is not used (and I can tell you that is standard on DOJ court filings coming out of Main Justice) because in either variant of the building's name DOJ would have to use the word "Justice.")

Now stop to think why Jack Smith might have done this: It raises the question of whether use of *any* Justice Department organ to go after a former President of the United States is constitutional and could comport with the Supreme Court's July 1, 2024 immunity decision in *Trump v. United States.*

> Furthermore, based on the determination that all the conduct described in Section I is not immune from prosecution, and because Section I encompasses all the allegations in the superseding indictment, the Court should further specify: (3) that the defendant is subject to trial on the superseding indictment; and (4) that the Government is not prohibited at trial from using evidence of the conduct described in Section I, subject at a later date to non-immunity based objections and this Court's admissibility rulings under the Federal Rules of Evidence.
>
> Respectfully submitted,
>
> JACK SMITH
> Special Counsel
>
> /s/ Molly Gaston
> Molly Gaston
> Thomas P. Windom
> Senior Assistant Special Counsels
> 950 Pennsylvania Avenue NW
> Room B-206
> Washington, D.C. 20530

---

 **Kyle Cheney** ✓ @kyledcheney · Oct 2

BREAKING: Judge CHUTKAN has unsealed Jack Smith's 165-page redacted motion re presidential immunity. Read it here: storage.courtlistener.com/recap/gov.usco...

Last edited 4:10 PM · Oct 2, 2024 · **282K** Views

Jack SMITH's aforementioned subordinates GASTON and WINDOM were already notified by 'J6'er' Frank Rocco via email last year, **8/10/23**, regarding the refused for cause oath of their presiding "Judge" Tanya CHUTKAN, as well as the oaths of D.C. "Chief Judges" BOASBERG and HOWELL.:

Case 1:23-cr-00016-JEB    Document 59    Filed 09/26/23    Page 59 of 81

## CHUTKAN's Oath of Office Refused for Cause - Effective Immediately

From    Frank R. Giustino <░░░░░░░░░@pm.me>

To    joseph.cooney@usdoj.gov, molly.gaston@usdoj.gov, thomas.windom@usdoj.gov

Date    Thursday, August 10th, 2023 at 7:41 PM

There has been a violation of <u>28 USC 453: Oaths of Justices and Judges</u> in Case # 1:23-cr-00257-TSC-1 against Donald John TRUMP. Attached.

NOTE the change to the CAPITONYM: "SO HELP ME GOD." for presiding "judge" CHUTKAN's certified Oath of Office.

This deviation of oath includes the former and current chief "judges" of D.C., HOWELL and BOASBERG - also fraudulently acting as judges and effectively refused for cause already on J6 record, Case # 23-cr-16. Attached.

This court is unlawful and functioning under a falsified jurisdiction of the bankrupt UNITED STATES CORPORATION (USA) and Federal Reserve up against We the People. The BIDEN administration and all prosecutors involved in this falsely conducted case have been put on NOTICE of the Refusals, with me nicely demanding that you withdraw from the prosecution of Donald John and move to exonerate him and his follower base, by all names, as well as from other January 6th cases if any, on behalf of Frank Rocco Giustino and the American people.

"Justice" has a name. Thank you!

**19.85 MB**    19 files attached

| | |
|---|---|
| CHUTKAN Oath of Office.jpg 70.04 KB | CHUTKAN Appointment Affidavits.jpg 98.55 KB |
| CHUTKAN R4C with message.jpg 2.45 MB | CHUTKAN R4C.png 7.62 KB |
| 28 U.S. Code § 453 Violation on Case # 123-cr-00257-TSC-1..png 378.60 KB | HOWELL R4C 39.png 678.62 KB |
| BOASBERG R4C 39.png 696.48 KB | 18 USC 2384 Seditious conspiracy.pdf 84.59 KB | §2381. Treason.pdf 264.35 KB |
| UNITED STATES v. THROCKMORTON. 'Fraud vitiates every thing...'.png 165.19 KB | |
| Doc 46 DEFAULT JUDGMENT Page 10.png 989.79 KB | Doc 46 DEFAULT JUDGMENT Page 12.png 1.12 MB |
| Doc 46 DEFAULT JUDGMENT Page 13.png 1.07 MB | Doc 46 DEFAULT JUDGMENT Page 20.png 1.19 MB |
| Doc 46 DEFAULT JUDGMENT Page 11.png 1.49 MB | FRIEDRICH R4C.png 538.86 KB | HOGAN R4C.png 542.49 KB |

Molly GASTON (specifically) provided proof of delivery on the refused oaths to 'J6'er' Frank Rocco:

Case 1:23-cr-00016-JEB    Document 59    Filed 09/26/23    Page 60 of 81

TRUMP prosecutors (USA) Joseph COONEY, Molly GASTON, Thomas WINDOM (trained attorneys in the specificity of contracts, such as capitalization) have been sent this necessary information with attachments. Proof of service was retrieved by Frank Rocco via automatic replies: [EXTERNAL] from COONEY and GASTON, specifically. Jonathan HOOKS was also sent the same email information for reassurance of delivery, due to the following prosecutors being busy "on detail assignment." Frank Rocco never received a human response.

### Automatic reply: [EXTERNAL] CHUTKAN's Oath of Office Refused for Cause – Effective Immediately

| From | joseph.cooney@usdoj.gov <Joseph.Cooney@usdoj.gov> |
|------|------|
| To | Frank R. Giustino < ██████ @pm.me> |
| Date | Thursday, August 10th, 2023 at 7:44 PM |

I am currently on detail assignment and will forward your email for response. If you are in need of an immediate response, please contact Jonathan Hooks at 202-252-7796 and/or jonathan.hooks@usdoj.gov.

### Automatic reply: [EXTERNAL] CHUTKAN's Oath of Office Refused for Cause – Effective Immediately

| From | molly.gaston@usdoj.gov <Molly.Gaston@usdoj.gov> |
|------|------|
| To | Frank R. Giustino < ██████ @pm.me> |
| Date | Thursday, August 10th, 2023 at 7:44 PM |

I am currently on a detail assignment. Please contact Jon Hooks at jonathan.hooks@usdoj.gov or 202.252.7796.

Among the attachments sent, were reminders by Frank Rocco of seditious conspiracy and treason, refused for caused oaths of HOWELL, BOASBERG, FRIEDRICH and HOGAN, proof of service on BIDEN (WH Counsel) with the Refusals *(See – Doc 46)* and most relevant to Donald John's Case – the Tanya S. CHUTKAN fraudulent oath with demand, refused for cause.

# OATH OF OFFICE FOR UNITED STATES JUDGES

(Title 28, Sec. 453 and Title 5, Sec. 3331, United States Code)

I, _____ Tanya S. Chutkan _____, do solemnly swear (or affirm) that I will administer justice without respect to persons, and do equal right to the poor and to the rich, and that I will faithfully and impartially discharge and perform all the duties incumbent upon me as a United States District Judge for the District of Columbia under the Constitution and laws of the United States; and that I will support and defend the Constitution of the United States against all enemies, foreign and domestic; that I will bear true faith and allegiance to the same; that I take this obligation freely, without any mental reservation or purpose of evasion; and that I will well and faithfully discharge the duties of the office on which I am about to enter, SO HELP ME GOD.

_____
(Signature of Appointee)

Subscribed and sworn to (or affirmed) before me this 25th day of July, 2014.

_____

Actual abode: ▮▮▮▮▮▮▮

Official station*    Washington, D.C.

Date of birth    ▮▮▮▮▮▮▮

Date of Entry on Duty    July 25, 2014

---

* Title 28, sec. 456 United States Code as amended.

Case 1:23-cr-00016-JEB    Document 36    Filed 05/30/23    Page 6 of 13

# OATH OF OFFICE FOR UNITED STATES JUDGES

### (Title 28, Sec. 453 and Title 5, Sec. 3331, United States Code)

I, _____ James Emanuel Boasberg _____, do solemnly swear (or affirm) that I will administer justice without respect to persons, and do equal right to the poor and to the rich, and that I will faithfully and impartially discharge and perform all the duties incumbent upon me as United States District Judge for the District of Columbia under the Constitution and laws of the United States; and that I will support and defend the Constitution of the United States against all enemies, foreign and domestic; that I will bear true faith and allegiance to the same; that I take this obligation freely, without any mental reservation or purpose of evasion; and that I will well and faithfully discharge the duties of the office on which I am about to enter. SO HELP ME GOD.

_____
(Signature of Appointee)

Subscribed and sworn to (or affirmed) before me this _____ day

of __April, 2011__.

_____
J Truman Morrison

**Actual** abode:          (b) (6)
**Official station**\*
**Date of birth**          (b) (6)
**Date of Entry on Duty**    4/1/11

_____
\* Title 28, sec. 456 United States Code as amended.

Case 1:24-cr-00233-RC    Document 26    Filed 11/12/24    Page 54 of 119
Case 1:23-cr-00016-JEB    Document 39    Filed 06/08/23    Page 6 of 7

Case 1:23-cr-00016-JEB    Document 36    Filed 05/30/23    Page 10 of 13

# OATH OF OFFICE FOR UNITED STATES JUDGES

(Title 28, Sec. 453 and Title 5, Sec. 3331, United States Code)

I, ___Beryl Alaine Howell___, do solemnly swear (or affirm) that I will administer justice without respect to persons, and do equal right to the poor and to the rich, and that I will faithfully and impartially discharge and perform all the duties incumbent upon me as United States District Judge for the District of Columbia under the Constitution and laws of the United States, and that I will support and defend the Constitution of the United States against all enemies, foreign and domestic; that I will bear true faith and allegiance to the same; that I take this obligation freely, without any mental reservation or purpose of evasion; and that I will well and faithfully discharge the duties of the office on which I am about to enter. SO HELP ME GOD.

_____
(Signature of Appointee)

Subscribed and sworn to (or affirmed) before me this __21st__

day of _____January, 2011_____

_____
Royce C. Lamberth

Actual abode:          (b) (6)

Official station*      United States District Court for the District of Columbia

Date of birth          (b) (6)

Date of Entry on Duty  January 21, 2011

---

* Title 28, sec. 456 United States Code as amended.

The refused for cause oaths of CHUTKAN, BOASBERG and HOWELL were also provided to Donald J. TRUMP's lawyers by 'J6'er' Frank Rocco. TRUMP's lawyers later addressed CHUTKAN's lacking decorum towards the duties of the judicial oath – also citing **statutory text**: *"So help me God."*

Case 1:23-cr-00016-JEB    Document 59    Filed 09/26/23    Page 51 of 81

"Judge" Tanya S. CHUTKAN has been reported by the media as well-aware of the secret rulings of former "chief judge" Beryl Alaine HOWELL. CHUTKAN's (also written) Oath of Office came into question by "defendant" Donald John TRUMP and his lawyers, as of recently.

Case 1:23-cr-00257-TSC    Document 50    Filed 09/11/23    Page 8 of 9

decide in the *Palmer* or *Priola* sentencings, the public can reasonably understand that her views on President Trump derive from extrajudicial sources. *See Liteky v. United States*, 510 U.S. 540, 554–56 (1994).

Every judge must uphold her oath of office. That is, to "faithfully and impartially discharge and perform all duties incumbent upon me under the Constitution and law of the United States. So help me God." 28 U.S.C. § 453. The foundation of that oath is a judicial branch designed by our founders to be entirely impartial and avoiding even the perception of prejudgment. Our system guarantees that the government prove a defendant guilty, in front of a jury of his peers, as part of a trial without any suggestion of partiality on the part of the presiding judge. Only when all three prongs are present and beyond dispute does our system function as intended.

(Proper "So help me God." capitonym conforming to U.S.C. & Congress, underlined for clarity.)

One month prior to the above **MOTION for RECUSAL** of CHUTKAN for TRUMP, "Judge" CHUTKAN's written oath was already requested via FOIA by Frank Rocco over his concern for the "J6" justice system and Donald John's own J6 prosecution. The following FOIA Response was delivered by the DOJ in record-timing, within a day of the FOIA.gov Request.

In May 2023, 'vaxxCHOICE' members attorney Todd CALLENDER and researcher Lisa MCGEE publicly discuss in an interview their own findings of defective or missing oaths of public servants within positions of U.S. government. MCGEE's mention of BOASBERG's defective oath is specifically highlighted by 'J6'er' Frank Rocco in Court within his below **USA v. GIUSTINO, Doc 59 'Interlocutory Allocution', page 71 – GRANTED** onto federal record by BOASBERG himself. Aside from this interview, **Doc 59** cites 'vaxxCHOICE's 'Writ of Quo Warranto' served **(emphasis on *"served"*)** to Matthew M. GRAVES and includes a pictured meet between Frank and Rudy GIULIANI:

Case 1:23-cr-00016-JEB   Document 59   Filed 09/26/23   Page 71 of 81

From the following video interview, MCGEE also confirms BOASBERG as having a defective oath via her own FOIA Request – the same oath that the DOJ provided to Frank Rocco.

**"BBN, May 26, 2023 - MISSING OATHS:**
Biden officials are impostors who swear no allegiance to the United States (feat. Todd Callender)"
05/26/2023 // Mike Adams

https://rumble.com/v2q6btq-bbn-may-26-2023-missing-oaths-biden-officials-swear-no-allegiance-to-the-un.html



Source: Rumble Screenshot

Timestamp for transcript below from the above video interview: 47:59 – 49:16

Mike ADAMS: *"There's another contingent of people who believe that the BIDEN Administration is a theatrical… …projection of – like, they're bluffing. They're all impostors, they're not really in-charge and that there's a continuity of government, like TRUMP is still the President, and… is actually in charge and they're waiting for some big unveiling event or something… I mean, what you're presenting here, kinda actually might feed into that narrative, you could say."*

Lisa MCGEE (researcher, associate of Todd CALLENDER, Esq.): *"Yeah, it could. …how far has it gone back? Ya know, was TRUMP not really in office either? If the oaths haven't been properly – if they're not properly executed, and not filed with the federal register? What is interesting, we did – which may be to your point – when we, when I filed the FOIA for the… Chief Judge of the United States District Courts in Washington D.C. - that's a, ya know, heavy hitter – James BOASBERG… it came back shockingly like within a couple of days – it's defective."*

The below **Doc 59 page 66** shows the event in July 2023 where Rudy GIULIANI's team was handed directly the refused for cause oaths of BOASBERG and HOWELL **(USA v. GIUSTINO, Doc 39)** by 'J6'er' Frank Rocco. Rudy would later find himself in a case presided by the refused for cause "Judge" HOWELL soon thereafter. As said to Christina by Frank Rocco, Todd CALLENDER's law firm 'Disabled Rights Advocates PLLC' was also sent **Doc 39** pages, with MCGEE even seeing **Doc 59** containing evidence that GIULIANI received the fraudulent oaths from Frank before. However, later in May 2024, CALLENDER (with MCGEE assisting off-camera) would interview GIULIANI over his case presided by HOWELL – with no mention from either party about what Frank had given them.

Case 1:23-cr-00016-JEB   Document 59   Filed 09/26/23   Page 66 of 81

In July 2023, a folder containing comprehensive detail of malpractice and D.C. oath fraud on J6 CASE # 23-cr-00016 was personally handed-off by Frank Rocco to the team of former New York City Mayor Rudolph "Rudy" W. GIULIANI upon meet. The folder – also containing business cards, with Frank asking on a card for Rudy and his team to give it to "Donald."




Frank Rocco Giustino

Case # 23-cr-16

January 6ᵗʰ and the Oaths.

## "Truth Be Told - Rudy Giuliani"

**[Video Source, @VaxxCHOICE on 'X': x.com/i/broadcasts/1vAGRvWZLMzGl]**







**VaxxCHOICE**
@VaxxCHOICE

**Follow**

### Truth Be Told - Rudy Giuliani

Ended May 3, 2024

May 3rd, 2024, GIULIANI and CALLENDER discuss the inhumane treatment of 'J6'ers' by the federal government and even the defective oaths of federal "judges" and "U.S. attorneys", but make no mention of 'J6'er' Frank Rocco having already given their groups the **USA v. GIUSTINO Doc 39** refused for cause oaths of D.C. "Chief Judges" BOASBERG and HOWELL – almost an entire year earlier before this Rudy interview aired. As already shown, both vaxxCHOICE and GIULIANI are mentioned by Frank Rocco on 'J6' federal record in the **Doc 59** filing **GRANTED** by BOASBERG. According to Frank, 'vaxxCHOICE' researcher Lisa MCGEE was given **Doc 59**, even supporting it – but MCGEE refused to provide Frank the (according to her) defective oath of Matthew M. GRAVES… all *before* Frank was illegally arrested and sentenced with GRAVES being his own 'J6' persecutor.

Leading up to the **12:40** time stamp of this interview and after, Rudy talks about his realization that his "judge" is the same USDC D.C. former "Chief Judge" HOWELL who was *"bloodthirsty"* for 'J6'ers' – forgotten by GIULIANI by name, but added in by the interview's editor: Time stamp **13:07**.



At **22:55**, CALLENDER interrupts GIULIANI to mention the 'Writ of Quo Warranto' he and MCGEE had **"filed"** (but *only* actually served) with the "U.S. Attorney" Matthew M. GRAVES following the acquired defective oath of "AG" Merrick GARLAND – with CALLENDER also making passing mention that the oath of "U.S. Attorney" GRAVES is defective, as well – which it certainly is.

CALLENDER states, *"... **under 5 U.S.C. 3331 and 3332**, everything they do is **void ab initio**, they don't have any authority whatsoever, is the governing law. And so, what I'm saying to you, is that it would be worthwhile to figure out who this judge is and let us see what her oath of office looks like, and whether she has any authority to even be sitting in that seat."* (Confirmed as "Judge" HOWELL).

Rudy, as if never given HOWELL's oath by Frank prior – accepts CALLENDER's proposition.

According to 'X' posts on social media by 'vaxxCHOICE's' very own Lisa MCGEE, Lisa confusingly claims 'J6'er' Frank Rocco never commented on the oaths 'vaxxCHOICE' shared. In fact, Frank took the information provided in 'vaxxCHOICE's' 'Writ of Quo Warranto' one step further and filed reference to it on his own January 6th case for **USA v. GIUSTINO, Doc 59 pages 68. 69 and 70**! The defective oath for GRAVES, attached in this 'Refusal for Cause' filing herein, was never provided by Lisa to pro se Frank Rocco when needed. Frank's **Doc 59** filing is likely the closest 'vaxxCHOICE' has ever gotten their 'Writ' onto a federal Court of Record – **GRANTED** by BOASBERG, no less!



**Lisa McGee** @LisaMcGee0802 · Jun 6    •••
Replying to @FrankRoccoG @a_mayson529 and @IvanRaiklin
@FrankRoccoG Your hostility, and false accusations against me, Todd Callender, @vaxxchoice, @RudyGiuliani expose your agenda. Why don't you comment on the Oaths we did share with you? Why don't you mention the legal advice we gave you re: Graves Oath? You are a fraud & a liar.

MCGEE unjustly calls 'J6'er' Frank Rocco a *"fraud & a liar"* – meanwhile, MCGEE's own attorney-partner Todd CALLENDER incorrectly stated he **"filed"** their 'Writ' with GRAVES *during* their Rudy GIULIANI interview. According to MCGEE's own words, it was only *"served"* – **not filed**:



**Lisa McGee** @LisaMcGee0802 · Jun 6    •••
Replying to @FrankRoccoG @VaxxCHOICE and 2 others
Frank, best in your endeavors.

Due to your false accusation, we suggest you educate yourself with the legal process of a Writ Quo Warranto. They aren't filed, they are served, which is exactly what we did.



oag.ca.gov
Legal Opinions of the Attorney General - Quo Warranto
What Is Quo Warranto? Quo warranto is a special form of legal action used to resolve a dispute over whethe...

"**JUST IN: Judge Orders Rudy Giuliani to Give Control of Manhattan Penthouse Apartment,**

**Valuables, and Luxury Items to Georgia Election Workers**"

**By Cristina Laila - Oct. 22, 2024 8:00 pm**

[Source, **thegatewaypundit.com/2024/10/just-judge-orders-rudy-giuliani-give-control-manhattan/**]



*The defamation suit was related to Giuliani's statements about surveillance video from the State Farm Arena tabulation center on election night in 2020.*

**Judge Beryl Howell** *unilaterally decided that Rudy Giuliani was guilty of defamation after he was late turning in a financial statement in the case.*

[End]

According to 'J6'er' Frank Rocco, the above pictured gentleman next to Rudy GIULIANI is the assistant to Rudy who was before served (not "filed" with) documented federal oath fraud found on 'J6' case **#1:23-cr-00016-JEB** by Frank Rocco himself in July 2023. Frank would later *serve and* file in the USDC D.C. mention of CALLENDER and MCGEE's 'Writ' as shown on the following pages:

**USA v. GIUSTINO, Doc 59, pages 68, 69 and 70**, originally filed by 'J6'er' Frank Rocco:

**[Source, 'Writ of Quo Warranto' as publicly provided (and still un-filed) by 'vaxxCHOICE':**

**drive.google.com/file/d/1KCR3P38BSNCbtPzH1rxigYbiMRxOKouZ/view]**

Case 1:23-cr-00016-JEB    Document 59    Filed 09/26/23    Page 68 of 81

Researcher Lisa MCGEE of vaxxCHOICE with the help of Todd S. CALLENDER, Esq.
created a Writ of Quo Warranto, handed directly to US Attorney Matthew GRAVES – GRAVES
as also prosecuting Frank Rocco for a non-violent redressing of grievances on January 6th, 2021.
This Writ contains information on missing or defective oaths of BIDEN Administration
"officials" including US AG Merrick B. GARLAND, resulting from that of DOJ FOIA Requests.

*http://www.standardnewswire.com/news/8980819007.html*

### Lawfulness of Biden Administration Cabinet in Question Upon Failure to Produce Oaths of Office

**Disabled Rights Advocates, PLLC**
**DRAdvocates.com**

**Ferguson Law, P.A.**

NEWS PROVIDED BY
VaxxCHOICE
April 14, 2023

WASHINGTON, April 14, 2023 /Standard Newswire/ -- On April 12, 2023, Todd S. Callender, Esq. of DIsabled Rights Advocates PLLC, and Kenneth W. Ferguson, Esq. of Ferguson Law, P.A., filed on Petition for Writ of Quo Warranto, on behalf of Petitioner, Lisa McGee, to the US Attorney in the District of Columbia, requesting: 1) true, correct and non-defective required affidavits of Oaths of Office for the appointed and elected cabinet members of the Biden Administration; or the immediate removal of all named parties for failure to abide their this statutory requirement; and 3) if removed, then to void all their official acts ab initio.

Ms. McGee petitions the US Attorney, under their jurisdiction, to require the presentation of said affidavits within ten days proving the constitutional and statutory requirements to hold their office(s) have been met. These individuals include: Director of Center of Disease Control and Prevention and of Toxic Substances and Disease Registry, Rochelle Walensky; U.S. Secretary of Treasury, Janet Yellen; U.S. Secretary of Energy, Jennifer Granholm; Food and Drug Administration, Principal Deputy Commissioner, Janet Woodcock; U.S. Secretary of Health and Human Services, Xavier Becerra; Transportation Secretary, Pete Buttigieg; Secretary of State, Antony Blinken; Secretary of the Department of Homeland Security, Alejandro Mayorkas; Secretary of Education, Dr. Miguel A. Cardona; Secretary of Commerce, Gina M. Raimondo; Department of Justice, Attorney General Merrick Garland; Commissioner of Food and Drug Administration, Robert M. Califf M.D.; Secretary of Labor, Marty Walsh; Deputy Secretary of Labor, Julie Su; and Vice President, Kamala Harris.

Ms. McGee previously sought the required affidavits via the Freedom of Information Act requests (FOIA); and not one of the aforesaid appointees have produced a compliant affidavit consistent with the statute. Either the affidavit(s) are nonexistent, wanting, or the appointee has failed or refused to provide the mandated affidavit to hold their respective offices.

This lack of Constitutional and statutory requirement thereby nullifies, or at a minimum, calls into question the legitimacy of their appointments or positions. The absence of these mandatory Oath of Office affidavits shifts the burden to the appointees to prove to Ms. McGee and the US Attorney their bona fides. The production of these statutorily required affidavits is also required by law.

Missing Oaths of Office will render a majority of the Biden Administration Cabinet unlawful and their official acts from the date of appointment void. Failure to produce the affidavit(s) to the US Attorney will provide the necessary jurisdiction to the Federal District Court of Washington D.C. to issue said Writ Quo Warranto.

**About VaxxCHOICE**
*VaxxCHOICE is the leading resource hub of legal and wellness tools and information to support our right to make individual health decision and retain our innate sovereignty.*

SOURCE VaxxCHOICE

CONTACT: Paula Jo Lentz, paula@vaxxchoice.com

Related Links

vaxxchoice.com

As a result of MCGEE's FOIA Requests, it was found that AG Merrick GARLAND in particular is missing his appointee date on the Appointment Affidavits as a civil oath, and is not properly notarized or sworn. Reminder: That US Attorney Matthew GRAVES prosecuting those who attended the January 6th, 2021 Electron Integrity Protest, has this Writ information. There is no judicial or sovereign immunity for those committing such fraud, or those who are complicit.

Now attached are the civil oaths of "Attorney General" Merrick B. GARLAND (**missing** his 'Date Appointed'), "U.S. Attorney" Matthew M. GRAVES (his **signature redacted** with "Chief Judge" Beryl A. HOWELL as **witness**) and one 'J6' "AUSA" Eric BOYLAN (**both his signatures redacted**):

Case 1:23-cr-00016-JEB   Document 59   Filed 09/26/23   Page 70 of 81

# APPOINTMENT AFFIDAVITS

_____ Attorney General _____
(Position to which Appointed)                    _____
                                                 (Date Appointed)

_____ Department of Justice    Office of the AG    Washington, DC
(Department or Agency)                    (Bureau or Division)    (Place of Employment)

I, _____ Merrick B. Garland _____, do solemnly swear (or affirm) that—

## A. OATH OF OFFICE
I will support and defend the Constitution of the United States against all enemies, foreign and domestic; that I will bear true faith and allegiance to the same; that I take this obligation freely, without any mental reservation or purpose of evasion; and that I will well and faithfully discharge the duties of the office on which I am about to enter. So help me God.

## B. AFFIDAVIT AS TO STRIKING AGAINST THE FEDERAL GOVERNMENT
I am not participating in any strike against the Government of the United States or any agency thereof, and I will not so participate while an employee of the Government of the United States or any agency thereof.

## C. AFFIDAVIT AS TO THE PURCHASE AND SALE OF OFFICE
I have not, nor has anyone acting in my behalf, given, transferred, promised or paid any consideration for or in expectation or hope of receiving assistance in securing this appointment.

_____
(Signature of Appointee)

Subscribed and sworn (or affirmed) before me this 11th day of March _____, 2021

at Washington _____    D.C.
          (City)              (State)

                                        _____
                                        (Signature of Officer)

          (SEAL)

Commission expires_____    Assistant Attorney General /A
(If by a Notary Public, the date of his/her Commission should be shown)    (Title)

Note – If the appointee objects to the form of the oath on religious grounds, certain modifications may be permitted pursuant to the Religious Freedom Restoration Act. Please contact your agency's legal counsel for advice.

U.S. Office of Personnel Management          Standard Form 61
The Guide to Processing Personnel Actions    Revised August 2002
                                             NSN 7540-00-634-4015    Previous editions not usable

# APPOINTMENT AFFIDAVITS

United States Attorney
*(Position to which Appointed)*

11/05/2021
*(Date Appointed)*

Department of Justice
*(Department or Agency)*

U.S. Attorney's Office
*(Bureau or Division)*

District of Columba
*(Place of Employment)*

I, Matthew M. Graves _____ , do solemnly swear (or affirm) that--

## A. OATH OF OFFICE

I will support and defend the Constitution of the United States against all enemies, foreign and domestic; that I will bear true faith and allegiance to the same; that I take this obligation freely, without any mental reservation or purpose of evasion; and that I will well and faithfully discharge the duties of the office on which I am about to enter. So help me God.

## B. AFFIDAVIT AS TO STRIKING AGAINST THE FEDERAL GOVERNMENT

I am not participating in any strike against the Government of the United States or any agency thereof, and I will not so participate while an employee of the Government of the United States or any agency thereof.

## C. AFFIDAVIT AS TO THE PURCHASE AND SALE OF OFFICE

I have not, nor has anyone acting in my behalf, given, transferred, promised or paid any consideration for or in expectation or hope of receiving assistance in securing this appointment.

(b)(6)

*(Signature of Appointee)*

Subscribed and sworn (or affirmed) before me this 5th day of November , 2021

at Washington                    D C
          *(City)*              *(State)*

(SEAL)

*(Signature of Officer)*

Chief Judge

Commission expires N/A
*(If by a Notary Public, the date of his/her Commission should be shown)*

*(Title)*

Note - If the appointee objects to the form of the oath on religious grounds, certain modifications may be permitted pursuant to the Religious Freedom Restoration Act. Please contact your agency's legal counsel for advice.

U.S. Office of Personnel Management
The Guide to Processing Personnel Actions

NSN 7540-00-634-4015

Standard Form 61
Revised August 2002
Previous editions not usable

# APPOINTMENT AFFIDAVITS

AUSA
_____

09/12/2022
_____

*(Position to which Appointed)*

*(Date Appointed)*

Department of Justice
_____

U.S. Attorney Office
_____

Washington, DC
_____

*(Department or Agency)*

*(Bureau or Division)*

*(Place of Employment)*

I, Eric Boylan
_____ , do solemnly swear (or affirm) that--

## A. OATH OF OFFICE

I will support and defend the Constitution of the United States against all enemies, foreign and domestic; that I will bear true faith and allegiance to the same; that I take this obligation freely, without any mental reservation or purpose of evasion; and that I will well and faithfully discharge the duties of the office on which I am about to enter. So help me God.

## B. AFFIDAVIT AS TO STRIKING AGAINST THE FEDERAL GOVERNMENT

I am not participating in any strike against the Government of the United States or any agency thereof, and I will not so participate while an employee of the Government of the United States or any agency thereof.

## C. AFFIDAVIT AS TO THE PURCHASE AND SALE OF OFFICE

I have not, nor has anyone acting in my behalf, given, transferred, promised or paid any consideration for or in expectation or hope of receiving assistance in securing this appointment.

(b)(6)

*(Signature of Appointee)*

Subscribed and sworn (or affirmed) before me this 12 day of September , 2022

at _____ Washington _____

*(City)*

D.C.
_____

*(State)*

(b)(6)

(SEAL)

*(Signature of Officer)*

Commission expires_____

*(If by a Notary Public, the date of his/her Commission should be shown)*

Human Resources Officer
_____

*(Title)*

Note - If the appointee objects to the form of the oath on religious grounds, certain modifications may be permitted pursuant to the Religious Freedom Restoration Act. Please contact your agency's legal counsel for advice.

U.S. Office of Personnel Management
The Guide to Processing Personnel Actions

NSN 7540-00-634-4015

Standard Form 61
Revised August 2002
Previous editions not usable

The oaths of Matthew GRAVES and his assisting "AUSA" for his +1,500 'J6' persecutions such as Christina's are either lacking viewable signatures, or admittedly -- have not been signed at all, such as the case of "AUSA" Douglas G. COLLYER on **USA v. GIUSTINO**. Considering what former DOJ Jeff CLARK stated about Jack SMITH not mentioning his institutional affiliation with the "U.S. Department of Justice" on SMITH's recent filing (following the **GRANTED MOTION TO DISMISS** that ruled SMITH has no legal authority to prosecute, no less), it is also possible that GRAVES and his own "AUSA" subordinates (Anthony MARIANO included) are trying to circumvent constitutional prosecutions by omitting such signatures on their own oaths of office as binding contracts with 'J6'ers'.

For example, while both of the signatures for Eric BOYLAN's oath of office are redacted (similarly to the illegal oath of "Judge" Timothy M. BURGESS after being refused for cause), BOYLAN's *own* signature is not redacted on a 'J6'-related case document – but hidden on his oath. Eric's signature below is visible on his plea agreement for his "J6 defendant" from an unrelated case.

*Matthew M. Graves/mjr*
Matthew M. Graves
United States Attorney

By: _____
Eric Boylan
Assistant United States Attorney

Why does an "AUSA" for 'J6' under GRAVES such as Eric BOYLAN hide his signature on his oath... but not hide his signature on a plea agreement he offered for his own "January 6th defendant"?

Most importantly, Beryl A. HOWELL without a proper oath, is not a "Chief Judge" as **witness** to GRAVES' oath. Therefore, GRAVES' oath as bond is void ab initio – never being legally **signed or executed**. Anthony MARIANO has already been put on notice of these oaths, now refused for cause:

# ATTN: U.S. DOJ - URGENT NOTICE of Statutory Violations ("J6" Cases)

From   Frank R. Giustino <█████████ ⬛pm.me⬛>

To     anthony.mariano2@usdoj.gov, eric.boylan@usdoj.gov

Date   Saturday, October 5th, 2024 at 6:21 AM

---

**ATTN: U.S. ATTORNEY'S OFFICE FOR THE DISTRICT OF COLUMBIA** and prosecuting "attorneys" for which it concerns,

Blatant statutory violations of **5 U.S.C. § 3331, 5 U.S.C. § 3332,** and **28 U.S.C. § 453** have been found to have affected all associated cases belonging to "U.S. Attorney" Matthew M. GRAVES, former "Chief Judge" Beryl Alaine HOWELL and current "Chief Judge" James Emanuel BOASBERG of the District of Columbia.

Taken, signed and filed oaths of office as bonds are meant to be prescribed by Congress **in specific text** under (and to) the Constitution as contracts made to 'We the People'. Oaths are also to be recognized as contractual bonds between "January 6th defendants" and their "AUSA" prosecutors, such as with Anthony Williams Mariano and Eric Boylan in this email and any "January 6th defendants" they surely have.

**See attachments:** The certified signed oaths of office on record for USDC D.C. "Chief Judges" Beryl Alaine HOWELL & James Emanuel BOASBERG are defective and refused for cause for the illegally-made change to the prescribed legal **text,** *"So help me God."* These signed judicial oaths have had the line changed to the corporative CAPITONYM *"SO HELP ME GOD"*, being not in accordance with the aforementioned oath statutes by law. "Judge" Rudolph CONTRERAS has been found recently to have had the same "SO HELP ME GOD" defect on his judicial oath of office, as well as Tanya S. CHUTKAN - alongside other alleged judicial officers already refused for cause on court record by estoppel. (See - Documents 36, 39 and 59 on <u>case #23-cr-16</u>.)

**See attachments:** The Administrative Office of the United States Courts has clarified in their correspondence with me that the **text** according to the oath statutes they cite are prescribed by law - needing to be used as such on the oaths of office of officers. These officers include "J6" magistrates that The Office lists by name in their letter as having signed documented oaths with copies they could not provide me. They're declaring "United States Judges" are "not issued bonds." If judges are not being issued bonds, this would imply the improper "SO HELP ME GOD" oaths have been signed and filed for these "judges", as oaths with the CAPITONYM are not legally-compliant contracts as actual bonds. Fraud.

**See attachments:** The U.S. DOJ (which your office works for) has already admitted oaths of office for their DOJ attorneys must be "procedurally compliant" when signed and filed or they are not considered executed. Read <u>the memorandum to the Appointment Order of Jack SMITH</u> where it is recognized by the DOJ that an officer's witnessing signature is important for the execution of the oath of "Special Counsel", being a DOJ prosecutor. This importance applies to the "U.S. Attorney" Matthew GRAVES and his "AUSA", too - with the oaths of GRAVES and Eric BOYLAN also having redacted their oaths' signatures, attached to this email.

Most important to Matthew M. GRAVES and any of his "AUSA" reading this, is the fact that the refused for cause "Chief Judge" Beryl Alaine HOWELL has signed as witness to the oath of Matthew M. GRAVES. Being that HOWELL is not a judicial officer by a proper oath as bond, the oath of GRAVES as the "U.S. Attorney" is unexecuted and defective - void ab initio. There is no bonded "U.S. Attorney" in the "January 6th" prosecutions. The GRAVES oath proves he cannot legally criminally prosecute.

See attachments: A case in New York's Supreme Court involving Alvin BRAGG and Eric ADAMS has shown there is no sovereign immunity for violating an oath as contract. There is also no judicial immunity from contractual fraud in the federal courts where "J6" cases are being unlawfully conducted by bad actors without proper oaths of office. Now, with anyone reading this email recognizing fraud in the oaths as contractual bonds, see UNITED STATES v. THROCKMORTON, and know "Fraud vitiates every thing..."

For all reasons I've stated and brought attention to, any prosecutions being conducted under GRAVES and his "AUSA" on behalf of this U.S. DOJ and USA are clearly **illegal.**

The presiding federal courts where these enacted criminal prosecutions are taking place, are also **illegal** - with no lawful or legal judges to be found by proper oaths as contract.

Without any ability for GRAVES and his subordinates to legally criminally prosecute in their cases, all indictments and charges associated with these "attorneys" mentioned herein must be dropped against their "J6 defendants", whom of which are being ruthlessly injured by these contractually unbound prosecutions - as shown. Those reading this email as "attorneys" must recognize the specificity and importance of a proper contract.

Recognize and apply this information, by law. There is no lawful or legal option other than to **CEASE & DESIST** your prosecutions being conducted alongside Matthew M. GRAVES against innocent Americans - by your own accepted civil oaths as contract - with GRAVES now refused for cause below, effective immediately.

You have been notified by a concerned American, Frank Rocco.

'Justice' has a name. Giustino.

# APPOINTMENT AFFIDAVITS

United States Attorney
*(Position to which Appointed)*

11/05/2021
*(Date Appointed)*

Department of Justice
*(Department or Agency)*

U.S. Attorney's Office
*(Bureau or Division)*

District of Columbia
*(Place of Employment)*

I, Matthew M. Graves , do solemnly swear (or affirm) that--

## A. OATH OF OFFICE

I will support and defend the Constitution of the United States against all enemies, foreign and domestic; that I will bear true faith and allegiance to the same; that I take this obligation freely, without any mental reservation or purpose of evasion; and that I will well and faithfully discharge the duties of the office on which I am about to enter. So help me God.

## B. AFFIDAVIT AS TO STRIKING AGAINST THE FEDERAL GOVERNMENT

I am not participating in any strike against the Government of the United States or any agency thereof, and I will not so participate while an employee of the Government of the United States or any agency thereof.

## C. AFFIDAVIT AS TO THE PURCHASE AND SALE OF OFFICE

I have not, nor has anyone acting in my behalf, given, transferred, promised or paid any consideration for or in expectation or hope of receiving assistance in securing this appointment.

(b)(6)

*(Signature of Appointee)*

Subscribed and sworn (or affirmed) before me this 5th day of November , 2021

at Washington
*(City)*

D C
*(State)*

(SEAL)

*(Signature of Officer)*

Chief Judge
*(Title)*

Commission expires N/A
*(If by a Notary Public, the date of his/her Commission should be shown)*

Note - If the appointee objects to the form of the oath on religious grounds, certain modifications may be permitted pursuant to the Religious Freedom Restoration Act. Please contact your agency's legal counsel for advice.

U.S. Office of Personnel Management
The Guide to Processing Personnel Actions

NSN 7540-00-634-4015

Standard Form 61
Revised August 2002
Previous editions not usable

## OATH OF OFFICE FOR UNITED STATES JUDGES

(Title 28, Sec. 453 and Title 5, Sec. 3331, United States Code)

I,_____Beryl Alaine Howell_____ do solemnly swear (or affirm) that I will administer justice without respect to persons, and do equal right to the poor and to the rich, and that I will faithfully and impartially discharge and perform all the duties incumbent upon me as United States District Judge for the District of Columbia under the Constitution and laws of the United States, and that I will support and defend the Constitution of the United States against all enemies, foreign and domestic; that I will bear true faith and allegiance to the same; that I take this obligation freely, without any mental reservation or purpose of evasion; and that I will well and faithfully discharge the duties of the office on which I am about to enter. SO HELP ME GOD.

(Signature of Appointee)

Subscribed and sworn to (or affirmed) before me this __21st_____

day of_____January, 2011_____

Actual abode:            (b) (6)

Official station*        United States District Court for the District of Columbia

Date of birth            (b) (6)

Date of Entry on Duty    January 21, 2011

---

* Title 28, sec. 456 United States Code as amended.

**12.33 MB**   13 files attached   2 embedded images

BOASBERG R4C.png 567.68 KB

HOWELL R4C.png 505.73 KB

Rudolph CONTRERAS Oath.pdf 215.15 KB

CHUTKAN R4C.png 437.90 KB

The Administrative Office of the United States Courts Response Page 1.jpg 646.75 KB

The Administrative Office of the United States Courts Response Page 2.jpg 185.10 KB

GRAVES Oath.png 102.94 KB

BOYLAN Oath.png 473.22 KB

GARLAND Oath.png 528.66 KB

BRAGG & ADAMS Oath Violations (Federal Record).png 694.28 KB

Email - BOASBERG & HOWELL jurisdictional issues without proper oaths.png 297.74 KB

Email - J6 AUSA Douglas G. COLLYER Admitting His Oath Unsigned.png 611.59 KB

HOWELL R4C.png 505.73 KB

GRAVES R4C.jpg 3.35 MB

GRAVES R4C.jpg 3.35 MB

# APPOINTMENT AFFIDAVITS

Trial Attorney
*(Position to which Appointed)*

01/17/2017
*(Date Appointed)*

Department of Justice
*(Department or Agency)*

Antitrust
*(Bureau or Division)*

Washington, DC
*(Place of Employment)*

I, Anthony W. Mariano _____, do solemnly swear (or affirm) that--

## A. OATH OF OFFICE

I will support and defend the Constitution of the United States against all enemies, foreign and domestic; that I will bear true faith and allegiance to the same; that I take this obligation freely, without any mental reservation or purpose of evasion; and that I will well and faithfully discharge the duties of the office on which I am about to enter. So help me God.

## B. AFFIDAVIT AS TO STRIKING AGAINST THE FEDERAL GOVERNMENT

I am not participating in any strike against the Government of the United States or any agency thereof, and I will not so participate while an employee of the Government of the United States or any agency thereof.

## C. AFFIDAVIT AS TO THE PURCHASE AND SALE OF OFFICE

I have not, nor has anyone acting in my behalf, given, transferred, promised or paid any consideration for or in expectation or hope of receiving assistance in securing this appointment.

(b) (6)

*(Signature of Appointee)*

Subscribed and sworn (or affirmed) before me this 17 day of January , 2017

at _____ Washington _____     DC
   *(City)*                    *(State)*

(SEAL)

(b) (6)

Commission expires_____     *Human Resources Assistant*
*(If by a Notary Public, the date of his/her Commission should be shown)*     *(Title)*

Note - If the appointee objects to the form of the oath on religious grounds, certain modifications may be permitted pursuant to the Religious Freedom Restoration Act. Please contact your agency's legal counsel for advice.

U.S. Office of Personnel Management
The Guide to Processing Personnel Actions

NSN 7540-00-634-4015

Standard Form 61
Revised August 2002
Previous editions not usable

## "Heat Map of January 6th Defendants Across the United States"

by Ryan Goodman October 17, 2024

**[Source, ustsecurity.org/104036/heat-map-january-6th-defendants-2/]**

*"The graphic below is a "Heat Map" of the United States displaying the hometown origins of all the defendants charged for federal crimes allegedly committed in connection with the January 6th attack on the U.S. Capitol (identified by general location and not by name). The map reflects the work of the largest criminal investigation in U.S. history. It shows the sprawling network of actors who participated, to different degrees, in an event that the Justice Department and FBI define as an act of domestic terrorism. A list of the most common federal offenses charged in the January 6th cases is provided below.*

*The Heat Map can be toggled to show either (a) all of the approximately 1,500 defendants or (b) only the 100 defendants who are leaders, members or associates of the Proud Boys, the militia group with the most specific premeditated plan to attack the Capitol. We hope this information will be valuable to scholars, journalists, policymakers, and the general public.*

*Users of the Heat Map may derive some direct lessons from the information provided, or use it as a building block along with other information in making assessments. In a separate essay, Tom Joscelyn relies on the Heat Map along with other research to assess the Proud Boys' organizational structure, plans for January 6th, and future threats.*

*In my view, three insights can be gleaned from the Heat Map's information about the total population of January 6th defendants. I describe those three insights below the map, as well as some caveats about use of the data."*

**[Continued...]**

[Continued...]

## Heat Map

Filter by

☐ January 6th Defendants Connected to the Proud Boys



*"We are grateful to the exceptional team at NPR for their detailed <u>database</u> of January 6th Capitol riot cases, from which we drew the data. **All errors are our own."** [Emboldened for emphasis].*

[**"All errors are our own"**, as attorney Ryan GOODMAN makes it clear in his article. GOODMAN himself and <u>justsecurity.org</u> take responsibility for **"all errors"** based on "data" 'NPR's team and their "detailed database of January 6th Capitol riot cases" gathered on Christina and +1,500 other Americans being illegally charged by the DOJ's refused for cause "U.S. Attorney", Matthew M. GRAVES.]:

[Continued…]

[Continued…]

## Most Common Federal Offenses Charged in January 6th Capitol Riot Cases

| FELONIES | | |
|---|---|---|
| 18 U.S. Code § 111 | Assaulting, resisting, or impeding certain officers or employees | • assaulting, resisting, or impeding law enforcement officers<br><br>• inflicting bodily injury on certain officers |
| 18 U.S. Code § 231 | Civil disorders | • civil disorder<br><br>• interfering with a law enforcement officer during a civil disorder |
| 18 U.S. Code § 372 | Conspiracy to impede or injure officer | • conspiring to prevent an officer of the United States from discharging a duty |
| 18 U.S. Code § 1519 | Destruction, alteration, or falsification of records in Federal investigations and bankruptcy | • corruptly altering, destroying, mutilating or concealing a record |
| 18 U.S. Code § 1361 | Government property or contracts | • destruction of government property (if over $1,000) |
| 18 U.S. Code § 641 | Public money, property or records | • theft of government property (if over $1,000) |

[Continued…]

**[Continued…]**

| | | |
|---|---|---|
| 18 U.S. Code § 1752 | Restricted building or grounds | • entering and remaining in a restricted building or grounds if done with use or carrying a deadly or dangerous weapon or firearm or if done with result of significant bodily injury<br><br>• disorderly and disruptive conduct in a restricted building or grounds if done with use or carrying a deadly or dangerous weapon or firearm or if done with result of significant bodily injury<br><br>• engaging in physical violence in a restricted building or grounds if done with use or carrying a deadly or dangerous weapon or firearm or if done with result of significant bodily injury |
| 18 U.S. Code § 2384 | Seditious conspiracy | • Seditious conspiracy |
| 18 U.S. Code § 1512 | Tampering with a witness, victim, or an informant | • tampering with documents or proceedings |

**[Continued…]**

[Continued...]

| MISDEMEANORS | | |
|---|---|---|
| 18 U.S. Code § 1361 | Government property or contracts | • destruction of government property (if under $1,000) |
| 18 U.S. Code § 641 | Public money, property or records | • theft of government property (if under $1,000) (examples: theft of an "area closed" sign, an American flag, a flagpole) |
| 18 U.S. Code § 1752 | Restricted building or grounds | • entering and remaining in a restricted building or grounds<br><br>• disorderly and disruptive conduct in a restricted building or grounds<br><br>• engaging in physical violence in a restricted building or grounds |
| 40 U.S. Code § 5104 | Unlawful activities | • disorderly conduct in a Capitol Building<br><br>• entering and remaining on the floor of congress<br><br>• entering and remaining in the gallery of congress<br><br>• committing an act of violence in the Capitol Building or grounds<br><br>• parading, demonstrating, or picketing in a Capitol Building<br><br>• stepping, climbing, removing, or injuring property on capitol grounds |

[End.]



# Ryan Goodman

**Co-Editor-in-Chief**

Ryan Goodman (@rgoodlaw) is founding co-editor-in-chief of *Just Security*. He is the Anne and Joel Ehrenkranz Professor of Law and Co-Director of the Reiss Center on Law and Security at New York University School of Law. He served as Special Counsel to the General Counsel of the Department of Defense (2015-16).

Ryan is also a Professor of Politics and Professor of Sociology at NYU. He was the inaugural Rita E. Hauser Professor of Human Rights and Humanitarian Law at Harvard Law School. He received a J.D. from Yale Law School, a Ph.D. from Yale University, and a B.A. from the University of Texas at Austin. He is a member of the Department of State's Advisory Committee on International Law, a member of the Council on Foreign Relations, a member of the US Naval War College's Board of Advisers for International Law Studies, a Distinguished Fellow at the National Institute of Military Justice, and a former member of the Board of Editors of the American Journal of International Law. Ryan is also on LinkedIn.

**Areas of Expertise**: *National Security Law, International Law, Law of Armed Conflict, Use of Force, Human Rights Law.*

## Articles by this author:



**Trump Trials Clearinghouse**
by Norman L. Eisen, Ryan Goodman, Siven Watt and Francois Barrilleaux
Oct 18th, 2024



**Heat Map of January 6th Defendants Across the United States**
by Ryan Goodman
Oct 17th, 2024

The database weblink provided by Ryan GOODMAN leads to an 'NPR' article, containing Christina:

## "The Jan. 6 attack:

## The cases behind the biggest criminal investigation in U.S. history"

### UPDATED OCTOBER 11, 2024 - 5:26 PM ET

[Source: npr.org/2021/02/09/965472049/the-capitol-siege-the-arrested-and-their-stories]

*Editor's note: This story was first published on Feb. 9, 2021. It is regularly updated and includes explicit language.*

On Jan. 6, 2021, supporters of then-President Donald Trump stormed the U.S. Capitol, injuring 140 law enforcement officers, forcing a panicked evacuation of the nation's political leaders, and threatening the peaceful transfer of power.

Five people died during or soon after the riot, and more than $2.9 million worth of damage was done to the Capitol. Rioters brought firearms, knives, hatchets, pepper spray, baseball bats and other improvised weapons to the Capitol grounds and prosecutors say many of those weapons were used to assault police. The Federal Bureau of Investigation considers the attack an act of domestic terrorism. In response, the Department of Justice launched the largest criminal investigation in U.S. history.

The FBI continues to make arrests for charges stemming from the insurrection, though at a slower pace than in the earliest months of the investigation. The FBI has estimated that around 2,000 people took part in criminal acts on Jan. 6. At the current pace of arrests, the government appears unlikely to charge all of those individuals before the statute of limitations lapses for many offenses on Jan. 5, 2026, according to an NPR analysis.

**[Continued...]**

**[Continued...]**

# How many people have been charged for Jan. 6?

*Cumulative charges by month as of Oct. 11*



**Notes**

For this analysis, NPR gathered data on arrest dates from the Department of Justice's website as well as executed arrest warrants filed in federal court. In some instances, DOJ data appeared to conflate the date a warrant was issued with the date of arrest. A small number of defendants were charged but not formally arrested. In those cases, NPR used the date of the filing of the charges in lieu of an arrest date.

**[Continued...]**

**[Continued…]**

The U.S. Supreme Court is also set to weigh arguments about the scope of a felony charge brought in more than 340 Capitol riot cases, including the federal criminal case against Trump himself: obstruction of an official proceeding. The court's decision could have implications for hundreds of Jan. 6 defendants.

NPR is tracking every federal criminal case stemming from that day's events. This database makes publicly available — and searchable — information on hundreds of cases, including alleged affiliation with extremist ideologies and past or present police or military experience.

## An overview of the cases so far

- Number of people charged, federal: 1,516

- Number of people who have pleaded guilty: 973

- Number of individuals who have completed jury, bench, or stipulated bench trials: 238

- Number with mixed verdicts: 69

- Number convicted on all charges: 166

- Number acquitted of all charges: 3

- Number of people sentenced: 1,000

- Percentage of people sentenced who have received prison time: 64

- Median sentence for those who received prison time, in days: 180

- Number of cases dismissed, federal: 12

## Explore the Jan. 6 Capitol riot cases

*Click on the buttons below or use the search criteria to narrow your results. Clicking on more options will further narrow the results. The charges were last updated on Oct. 11.*

SEARCH THE DATABASE

| Christina K | All states... ∨ | Any charges... ∨ | Any case status... ∨ |

New/updated    Military/law enforcement ties    Ties to extremist or fringe groups?    Sentenced

**[Continued…]**

**[Continued...]**

| NAME | SUMMARY | CHARGES |
|---|---|---|
|  **Christina Katherine Kelso** Thermal, California | Christina Kelso was arrested on May 8, 2024, in Thermal, Calif. | **Federal:** Conspiracy to Impede or Injure Officers; Civil Disorder; Entering and Remaining in a Restricted Building or Grounds; Disorderly and Disruptive Conduct in a Restricted Building or Grounds; Disorderly Conduct in a Capitol Building or Grounds (See...) |

## Notes

Ages current as of charge date.

Credit: Department of Justice; Saul Loeb/AFP via Getty Images (Barnett); Grayson County Detention Center (Beckley); Grapevine Texas Police Department via AP (Brock); Jon Cherry/Getty Images (Bru); Win McNamee/Getty Images (Chansley); Win McNamee/Getty Images (Colt); Montgomery County Jail via AP (Crowl); Will Price/West Virginia Legislative Photography (Evans); Jim Bourg/Reuters (Gionet); Joseph Prezios/AFP via Getty Images (Ianni); Mike Theiler/Reuters (Jensen); Win McNamee/Getty Images (Adam Johnson); Thomas Kienzle/AP (Keller); FBI (Khater); Collin County Sheriff's Office via AP (Rhodes); Saul Loeb/AFP via Getty Images (Sherrill)

## About this story

*This is a project from NPR's Investigations and News Apps teams. NPR's Tom Dreisbach, Meg Anderson, Dina Temple-Raston, Monika Evstatieva, Barbara Van Woerkom, Arezou Rezvani, Barrie Hardymon, Tim Mak, Austin Fast, Emine Yücel, Allison Mollenkamp, Nick McMillan, and Noah Caldwell contributed reporting to this project; NPR's Connie Hanzhang Jin and Alyson Hurt built the database; and NPR's Emily Bogle, Catie Dull, Michele Abercrombie, Di'Amond Moore, and Grace Widyatmadja identified photographs.*

**[End.]**

As seen earlier, the AO admits 'J6' "Magistrate" Zia M. FARUQUI ("ZMF") **is not bonded.**

The 'NPR' database uses Christina's magistrate judge **case 1:24-mj-00160-ZMF Doc 1-1** 'Statement of Facts' as <u>source</u> for its article/database, also being the source for Ryan GOODMAN's "J6 heat map":

Records provided by Enterprise Rent-A-Car confirmed that KELSO rented a 2020 Chevy Equinox on December 31, 2020 from an Enterprise location in Indio, California and returned it back to the same location on January 15, 2021.

As part of its investigation, the FBI identified a Facebook account associated with KELSO. KELSO's Facebook account included her status as Facebook friends with R.T. and A.H., both leaders of the DC Brigade Telegram group. Content posted on KELSO's Facebook page confirms KELSO's presence in Washington, D.C. on January 5, 2021 through January 6, 2021. For example, on January 7, 2021, KELSO posted the below photograph of herself in the area of the Washington Monument.



On January 6, 2021, KELSO posted the below photograph of herself in the area of the Washington Monument.



## "Human behavior will determine when the Covid-19 pandemic ends, CDC director says"

By <u>Aya Elamroussi</u> and Mallika Kallingal, CNN
6 minute read - Updated 9:33 PM EDT, Thu October 7, 2021

*(CNN) — The US is making headway in its battle against <u>Covid-19</u> – with infection and hospitalization rates on the decline after a surge fueled by the highly transmissible <u>Delta variant</u>.*

*But, **Centers for Disease Control and Prevention Director Dr. Rochelle Walensky** said Thursday, human behavior will ultimately determine how and when the pandemic ends.*

*"We have a lot of the science right now. We have vaccines, and what we can't really predict is human behavior. Human behavior in this pandemic hasn't served us very well," she said.*

*There are still pockets of unvaccinated people in the US who are not protected. "The virus isn't stupid. It's going to go there," Walensky added.*

*The CDC director said the pandemic has been divisive, and the nation's ability to end it depends on the ability for people to take collective action.*

*"We are battling with one another and not battling with the common foe, which is the virus itself," she said.*



*A Safeway pharmacist on prepares to give a Pfizer Covid-19 booster shot in San Rafael, California, on October 1. Justin Sullivan/Getty Images*

**[End.]**

# APPOINTMENT AFFIDAVITS

Senior Advisor
_(Position to which Appointed)_

01/20/2021
_(Date Appointed)_

Health and Human Services
_(Department or Agency)_

CDC
_(Bureau or Division)_

Washington, DC
_(Place of Employment)_

I, Rochelle Paula Walensky , do solemnly swear (or affirm) that—

## A. OATH OF OFFICE

I will support and defend the Constitution of the United States against all enemies, foreign and domestic; that I will bear true faith and allegiance to the same; that I take this obligation freely, without any mental reservation or purpose of evasion; and that I will well and faithfully discharge the duties of the office on which I am about to enter. So help me God.

## B. AFFIDAVIT AS TO STRIKING AGAINST THE FEDERAL GOVERNMENT

I am not participating in any strike against the Government of the United States or any agency thereof, and I will not so participate while an employee of the Government of the United States or any agency thereof.

## C. AFFIDAVIT AS TO THE PURCHASE AND SALE OF OFFICE

I have not, nor has anyone acting in my behalf, given, transferred, promised or paid any consideration for or in expectation or hope of receiving assistance in securing this appointment.

_(Signature of Appointee)_

Subscribed and sworn (or affirmed) before me this 20 day of January , 2021

at Washington
_(City)_

District of Columbia
_(State)_

Michelle Monroe
_(Signature of Officer)_

(SEAL)

Commission expires_____
(If by a Notary Public, the date of his/her Commission should be shown)

Director, Executive Resouces Div, OHR
_(Title)_

Note - If the appointee objects to the form of the oath on religious grounds, certain modifications may be permitted pursuant to the Religious Freedom Restoration Act. Please contact your agency's legal counsel for advice.

U.S. Office of Personnel Management
The Guide to Processing Personnel Actions

NSN 7540-00-634-4015

Standard Form 61
Revised August 2002
Previous editions not usable

**"Biden message to unvaccinated: 'Our patience is wearing thin'"**

**9 September 2021 – BBC**

[Video Source, bbc.com/news/av/world-us-canada-58510013]



President Biden delivered a blunt message to the 25% of Americans who are not yet vaccinated against Covid-19.

"We've been patient, but our patience is wearing thin," he said.

**[End.]**

# "COVID-19: Democratic Voters Support Harsh Measures Against Unvaccinated"
## Thursday, January 13, 2022 – Rasmussen Reports

While many voters have become skeptical toward the federal government's response to the COVID-19 pandemic, a majority of Democrats embrace restrictive policies, including punitive measures against those who haven't gotten the COVID-19 vaccine.

A new Heartland Institute and Rasmussen Reports national telephone and online survey finds that 48% of voters favor President Joe Biden's plan to impose a COVID-19 vaccine mandate on the employees of large companies and government agencies. That includes 33% who Strongly Favor the mandate. Forty-eight percent (48%) are opposed to Biden's vaccine mandate, including 40% who Strongly Oppose the mandate. (To see survey question wording, click here.)

Voters are similarly divided over the federal government's top COVID-19 expert, Dr. Anthony Fauci. Forty-five percent (45%) view Fauci favorably, including 28% who have a Very Favorable impression of him. Forty-eight percent (48%) have an unfavorable impression of Fauci, including 34% who have a Very Unfavorable view of him.

The even split among voters is the result of deep partisan divisions. While 78% of Democratic voters support the Biden administration's COVID-19 vaccine mandate plan, only 22% of Republicans and 41% of voters not affiliated with either major party support the vaccine mandate. And many Democrats would support even harsher measures, including fines for Americans who won't get the COVID-19 vaccine and criminal punishment for vaccine critics.

"After two excruciatingly long years, likely voters are beginning to question the federal government's handling of the pandemic," said Chris Talgo, senior editor and research fellow at The Heartland Institute, which commissioned this poll. "First and foremost, likely voters are beginning to sour on Dr. Anthony Fauci, who seems to have lost credibility after countless flip-flops."

Talgo continued: "Moreover, almost half of likely voters oppose President Biden's vaccine mandates, which seem less about stopping the spread of COVID-19 and more about increasing the power of the federal government. When asked about several other potential strategies, such as fining those who refuse to get vaccinated, the consensus among likely voters is that the federal government should do less, not more."

The survey of 1,016 U.S. Likely Voters was conducted on January 5, 2022 by the Heartland Institute and Rasmussen Reports. The margin of sampling error is +/- 3 percentage points with a 95% level of confidence. Field work for all Rasmussen Reports surveys is conducted by Pulse Opinion Research, LLC. See methodology.

The survey found that 75% of likely Democratic voters – but only 21% of Republicans and 38% of unaffiliated voters – have a favorable opinion of Dr. Fauci. Among other findings of the survey:
**[Continued...]**

– Fifty-eight percent (58%) of voters would oppose a proposal for federal or state governments to fine Americans who choose not to get a COVID-19 vaccine. However, 55% of Democratic voters would support such a proposal, compared to just 19% of Republicans and 25% of unaffiliated voters.

– Fifty-nine percent (59%) of Democratic voters would favor a government policy requiring that citizens remain confined to their homes at all times, except for emergencies, if they refuse to get a COVID-19 vaccine. Such a proposal is opposed by 61% of all likely voters, including 79% of Republicans and 71% of unaffiliated voters.

– Nearly half (48%) of Democratic voters think federal and state governments should be able to fine or imprison individuals who publicly question the efficacy of the existing COVID-19 vaccines on social media, television, radio, or in online or digital publications. Only 27% of all voters – including just 14% of Republicans and 18% of unaffiliated voters – favor criminal punishment of vaccine critics.

– Forty-five percent (45%) of Democrats would favor governments requiring citizens to temporarily live in designated facilities or locations if they refuse to get a COVID-19 vaccine. Such a policy would be opposed by a strong majority (71%) of all voters, with 78% of Republicans and 64% of unaffiliated voters saying they would Strongly Oppose putting the unvaccinated in "designated facilities."

– While about two-thirds (66%) of likely voters would be against governments using digital devices to track unvaccinated people to ensure that they are quarantined or socially distancing from others, 47% of Democrats favor a government tracking program for those who won't get the COVID-19 vaccine.

How far are Democrats willing to go in punishing the unvaccinated? Twenty-nine percent (29%) of Democratic voters would support temporarily removing parents' custody of their children if parents refuse to take the COVID-19 vaccine. That's much more than twice the level of support in the rest of the electorate – seven percent (7%) of Republicans and 11% of unaffiliated voters – for such a policy.

The survey also found that more black voters (63%) than whites (45%), Hispanics (55%) or other minorities (32%) support Biden's vaccine mandate for government workers and employees of large companies.

President Biden's strongest supporters are most likely to endorse the harshest punishments against those who won't get the COVID-19 vaccine. Among voters who have a Very Favorable impression of Biden, 51% are in favor of government putting the unvaccinated in "designated facilities," and 54% favor imposing fines or prison sentences on vaccine critics. By contrast, among voters who have a Very Unfavorable view of Biden, 95% are against "designated facilities" for the unvaccinated and 93% are against criminal punishment for vaccine critics.

As the Omicron variant of COVID-19 produces a spike in cases nationwide, about three-quarters of Americans are already vaccinated against the coronavirus, and two-thirds of those have gotten booster shots.

Most Americans are concerned about new variants of the COVID-19 virus, but Democrats are more concerned than others, and place more trust in vaccines to protect against the disease. **[End.]**

# "New York Supreme Court reinstates all employees fired for being unvaccinated, orders backpay"

## State Supreme Court found that being vaccinated 'does not' stop the spread of COVID-19

**By Anders Hagstrom** - Fox News
**Published October 25, 2022 12:13pm EDT**

_A New York state Supreme Court ordered all New York City employees who were fired for not being vaccinated to be reinstated with back pay._

_The court found Monday that "being vaccinated does not prevent an individual from contracting or transmitting COVID-19." New York City Mayor Eric Adams claimed earlier this year that his administration would not rehire employees who had been fired over their vaccination status. NYC fired roughly 1,700 employees for being unvaccinated earlier this year after the city adopted a vaccine mandate under former Mayor Bill de Blasio._

_Many of those fired were police officers and firefighters._



**The New York state Supreme Court has reinstated all employees who were fired for not being vaccinated, ordering back pay and saying their rights had been violated. (Mike Coppola/Getty Images)**

**[Continued…]**

*FDNY-Uniformed Firefighters Association President Andrew Ansbro and FDNY-Uniformed Fire Officers Association President Lt. James McCarthy condemned Adams earlier this year after the mayor allowed an exception to the vaccine mandate for athletes and performers, even as firefighters were still being fired over their status. The pair called on the city to expand the exception to all New Yorkers.*

*FDNY-Uniformed Firefighters Association President Andrew Ansbro and FDNY-Uniformed Fire Officers Association President Lt. James McCarthy condemned Adams earlier this year after the mayor allowed an exception to the vaccine mandate for athletes and performers, even as firefighters were still being fired over their status. The pair called on the city to expand the exception to all New Yorkers.*

*"We're here to say that we support the revocation of the vaccine mandate that the mayor announced on Thursday," McCarthy said. "We think that it should be extended as well. We support the revocation of the mandate for the athletes and performers that work in New York City. We think that the people that work for New York City should also have the mandate relocated for them."*

*"If you're going to remove the vaccine mandate for certain people in the city, you need to remove it for everybody in the city," Ansbro said. "If you're going to follow the science, science is going to tell you there isn't any danger right now, and putting hundreds of firefighters, police officers and other emergency workers out of work is not in the best interest of the city. It's not safe."*

**[End.]**

When D.C. "Chief Judge" BOASBERG **GRANTED** leave to file **Doc 59** for 'J6'er' Frank Rocco, Frank cited reference to *another* case in New York's Supreme Court **[#2023-04059]** involving Eric ADAMS and Alvin BRAGG's own oath violations. **[Video: instagram.com/reel/CpfcFCfAFSf/]**

The petitioners of that case, the New York de jure Assembly, lawfully defied unlawful medical mandates forced by alleged public servants – then seeking oath remedy *against* those such as ADAMS who have gone outside their intended duties. Poetically – Christina, Frank Rocco and New York de jure Assembly members all individually advocated for medical freedom during a time when public servants were brazenly weaponized against their world since 2020. Following 'J6'er' Frank Rocco, the New York de jure Assembly and Donald J. TRUMP himself – clearly, state and federal governments arrested the wrong New Yorkers – now needing to face their own jurisdictional issues. See the following pages.

'J6'er' Frank Rocco referenced Eric ADAMS oath violations on federal record, **9/26/23** – with

ADAMS later federally indicted on **9/26/24 – one exact year later.** ADAMS was the only mayor

mentioned in Frank's **Doc 59** 'Interlocutory Allocution', alongside fraudulent oaths of 'J6' "judges":

Case 1:23-cr-00016-JEB    Document 59    Filed 09/26/23    Page 65 of 81

Petitioner Raymond 'savingsovereignty' filing on behalf of the New York de jure
Assembly against Mayor Eric Leroy ADAMS and Alvin L. BRAGG, Jr. in the Supreme Court of
State of New York, cites importance of an oath as bond. Public servants must conform to not just
a lawful oath in writing, but a proper decorum of duties to We the People, by the Constitution.



Source: @savingsovereignty Instagram Post (March 7ᵗʰ, 2023) Screenshots

Raymond captions his filing on social media, weeks *before* D.A. BRAGG indicts TRUMP.

Raymond: "The reason this is possible is because the system operates on presumption,
presumption that you consent through your actions to commercial jurisdiction. Commerce is
regulated through contracts. Social compacts are used to pull you into commercial jurisdiction
without you even knowing it. Now contracts are within the private realm, the administrative
process is private correspondence between you and, in this case, a public servant. Public servants
swear an oath to the constitution, which is also a contract to the people. We on the
@newyork_dejure stress that you accept the oath of office of all your local and state public
servants as a contract. Once that's done, they're not only bond through their duties as public
servants but also now bound by contract." *(See – Doc 39, Page 1, Footnote 2 & SDR definition)*

Following the federal indictment of Eric ADAMS on **9/26/24**, the aforementioned New York de jure Assembly posted a YouTube video on **10/03/24** elaborating on their success in filing a 'Summary Inquiry' remedy within New York's Supreme Court against ADAMS and BRAGG **[#2023-04059]** as they now await its delayed appeal – being oath issues unprotected by sovereign (or judicial) immunity.

### "We The People vs. Eric Adams"

**[Video Source: <u>youtu.be/rbljzIPm-5o?si=THjmMMD08p280jue</u>]**



The video captions: *"We the People are the Cure! Five Everyday NY'ers challenging the Mayor of NYC's authority in the Supreme Court with a remedy that you have to power to utilize! Don't miss this educational roundtable breaking down the steps you can take to assert your rights without lawyers or representation. Follow us on IG and X @NewYork_dejure For more information, check out our website www.nydejure.info"*

The de jure argued in Court *even* prosecutors lack immunity from unlawful and illegal oath-violations – a fact that applies to attorneys on both a state and federal-level: including for 'J6' cases.

Public servants such as Governors, Mayors, and Attorney Generals must abide by oaths to federal and state constitutions as contracts. As said in New York de jure Assembly vs. Eric ADAMS and Alvin BRAGG in New York Supreme Court – sovereign immunity cannot apply to oath violations.

The Office of Governor Ron DESANTIS (Florida) was notified by 'J6'er' Frank Rocco regarding federal oath fraud and threats of unlawful incarceration from D.C. against Frank on **USA v. GIUSTINO**. Evidence of fraud on the United States District Court and U.S. Department of Justice was provided on September 27th, 2023, with no further response back from the Governor's Office following a proof of delivery email. His Attorney General, Ashley MOODY, has previously reportedly shown interest in investigating the DOJ over 'January 6' prosecutions, but has not taken any necessary action against Matthew M. GRAVES and his "AUSAs" such as Eric BOYLAN who are terrorizing 'J6'ers' in the State of Florida. The Office of Governor DESANTIS is ignoring Frank's submitted evidence of federal oath fraud involving persecutions of Americans (some of which who have since committed suicide) which includes Floridians – violating his own signed accepted oath of office, attached herein:

## Automatic reply: ATTN: Department of Justice Oath of Office Fraud - Threats of Violence on J6'er Frank Rocco Giustino

| | |
|---|---|
| From | Governor RonDeSantis <GovernorRon.DeSantis2023@eog.myflorida.com> |
| To | Frank R. Giustino <█████████@pm.me> |
| Date | Wednesday, September 27th, 2023 at 9:30 PM |

Thank you for contacting Governor Ron DeSantis.

Due to the volume of emails sent to the Governor, there may be a delay in responding to your e-mail. You may wish to view the Governor's web site, flgov.com, which provides information on current issues and answers to frequently asked questions.

Thank you again for taking the time to contact Governor DeSantis.

Office of Governor Ron DeSantis
www.flgov.com
@GovRonDeSantis Please note that under Florida law correspondence sent to the Governor's Office, which is not confidential or exempt pursuant to chapter 119 of the Florida Statutes, is a public record made available upon request.

# OATH OF OFFICE

RECEIVED

## (Art. II. § 5(b), Fla. Const.)

**STATE OF FLORIDA**

2018 DEC 13 PM 2:10

County of Leon

I do solemnly swear (or affirm) that I will support, protect, and defend the Constitution and Government of the United States and of the State of Florida; that I am duly qualified to hold office under the Constitution of the State, and that I will well and faithfully perform the duties of

## Governor

(Title of Office)

on which I am now about to enter, so help me God.

[NOTE: If you affirm, you may omit the words "so help me God." *See* § 92.52, Fla. Stat.]

*Signature*

Sworn to and subscribed before me this 13th day of December, 2018.

*Signature of Officer Administering Oath or Notary Public*

DIANE MOULTON
MY COMMISSION # GG 115932
EXPIRES: October 19, 2021
Bonded Thru Notary Public Underwriters

*Print, Type, or Stamp Commissioned Name*

*Personally Known* ☑ **OR**    *Produced Identification* ☐

*Type of Identification Produced* _____

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

# ACCEPTANCE

**I accept the office listed in the above Oath of Office.**

Mailing Address:    ☐ Home    ☑ Office

400 South Monroe Street

Street or Post Office Box

Tallahassee, FL 32399

City, State, Zip Code

Ron DeSantis

**Print Name**

*Signature*

**DS-DE 56 (Rev. 11/16)**

# OATH OF OFFICE

(Art. II. § 5(b), Fla. Const.)

RECEIVED

2023 JAN -3 AM 9: 59

DIVISION OF ELECTIONS
TALLAHASSEE, FL

**STATE OF FLORIDA**

County of  Leon

I do solemnly swear (or affirm) that I will support, protect, and defend the Constitution and Government of the United States and of the State of Florida; that I am duly qualified to hold office under the Constitution of the State, and that I will well and faithfully perform the duties of

## Governor

(Title of Office)

on which I am now about to enter, so help me God.

[NOTE:  If you affirm, you may omit the words "so help me God." *See* § 92.52, Fla. Stat.]

Signature

Sworn to and subscribed before me by means of ✔ physical presence or online notarization, this **3rd** day of **January**, **2023**.

Signature of Officer Administering Oath or of Notary Public

Susan L. Smith

Print, Type, or Stamp Commissioned Name of Notary Public

SUSAN L. SMITH
MY COMMISSION # GG 922609
EXPIRES: January 19, 2024
Bonded Thru Notary Public Underwriters

Personally Known ☑ **OR**      Produced Identification ☐

Type of Identification Produced _____

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

# ACCEPTANCE

**I accept the office listed in the above Oath of Office.**

Mailing Address:  ☐ Home  ☑ Office

400 S. Monroe St.

Street or Post Office Box

Tallahassee, FL 32399

City, State, Zip Code

Ron DeSantis

Print Name

Signature

**DS-DE 56 (Rev. 02/20)**

**Breanna Morello** ✓
@BreannaMorello



EXCLUSIVE: Florida AG Ashley Moody expressed interest in investigating the DOJ for violating the Constitutional rights of Florida residents being prosecuted for January 6.

@AGAshleyMoody's office has since backed down from her stance.

Moody's office even forwarded one J6er's letter asking for help straight to the FBI.

Moody responds to my report and so much more!

Take a listen:



7:05 PM · Apr 15, 2024 · **143.2K** Views



**[Source, @BreannaMorello 'X' post: x.com/BreannaMorello/status/1780009706922135821]**

AG MOODY's Office deflects a proper investigation into DOJ by stating they cannot prosecute DOJ.



AG MOODY **gives** a 'J6'er's letter for help **to** the FBI – who are working with unbound "Magistrates".



[Source, @BreannaMorello 'X' post: x.com/BreannaMorello/status/1780009706922135821]

HAND DELIVERED

# OATH OF OFFICE

### (Art. II. § 5(b), Fla. Const.)

**STATE OF FLORIDA**

RE...

2019 JA. -2 PM 1: 02

County of Hillsborough

TALL...

I do solemnly swear (or affirm) that I will support, protect, and defend the Constitution and Government of the United States and of the State of Florida; that I am duly qualified to hold office under the Constitution of the State, and that I will well and faithfully perform the duties of

### Attorney General

### (Title of Office)

on which I am now about to enter, so help me God.

|NOTE: If you affirm, you may omit the words "so help me God." *See* § 92.52, Fla. Stat.|

Signature

Sworn to and subscribed before me this 20th day of December 2018

Signature of Officer Administering Oath or of Notary Public

Print, Type, or Stamp Commissioned Name of Notary Public

Personally Known ☐   **OR**   Produced Identification ☒

Type of Identification Produced

*[Notary seal: LEE I. SPIEGEL / JUN 16, 2023 / #GG100918 / NOTARY PUBLIC STATE OF FLORIDA]*

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

# ACCEPTANCE

**I accept the office listed in the above Oath of Office.**

Mailing Address:    ☐ Home    ☑ Office

PL-01 The Capitol

Street or Post Office Box

Tallahassee, FL 32399

City, State, Zip Code

Ashley Moody

Print Name

Signature

**DS-DE 56 (Rev. 11/16)**

If what the "undersigned state attorneys general" are saying in the below letter is true – in being *"committed to the protection of public safety, the rule of law and the U.S. Constitution"* of the (not actually democratic) republic, then they all must investigate the U.S. Districts Courts – within and outside of the AGs respective state boundaries – and the U.S. Department of Justice. Oaths of federal "judges" and "U.S. attorneys" are proven deviant within this 'Refusal for Cause', so state AGs by oath must protect 'We the People' from impersonators of officers committing acts of violence – not aiding it.

Jan 13, 2021
**Contact** Kylie Mason
**Phone** 850-245-0150



OFFICE OF
**ATTORNEY GENERAL**
**ASHLEY MOODY**
— *Stronger, Safer Florida* —

## Attorney General Ashley Moody News Release

### AG Moody joins State AGs in Condemning Attack on the U.S. Capitol

TALLAHASSEE, Fla.—Attorney General Ashley Moody today joined a bipartisan coalition of 50 states, territories, and the District of Columbia, in sending a letter to Acting U.S. Attorney General Jeffrey A. Rosen condemning the Jan. 6 riot at the U.S. Capitol and stating such actions cannot be allowed to go unchecked.

The letter, led by Colorado Attorney General Phil Weiser, District of Columbia Attorney General Karl Racine, Idaho Attorney General Lawrence Wasden and Nebraska Attorney General Doug Peterson, reads:

> "We, the undersigned state attorneys general, are committed to the protection of public safety, the rule of law, and the U.S. Constitution. We are appalled that on January 6, 2021, rioters invaded the U.S. Capitol, defaced the building, and engaged in a range of criminal conduct—including unlawful entry, theft, destruction of U.S. government property, and assault. Worst of all, the riot resulted in the deaths of individuals, including a U.S. Capitol Police officer, and others were physically injured. Beyond these harms, the rioters' actions temporarily paused government business of the most sacred sort in our system—certifying the result of a presidential election.
>
> We all just witnessed a very dark day in America. The events of January 6 represent a direct, physical challenge to the rule of law and our democratic republic itself. Together, we will continue to do our part to repair the damage done to institutions and build a more perfect union. As Americans, and those charged with enforcing the law, we must come together to condemn lawless violence, making clear that such actions will not be allowed to go unchecked.
>
> Thank you for your consideration of and work on this crucial priority."

Florida was joined by the attorneys general of Alabama, Alaska, Arizona, Arkansas, California, Colorado, Connecticut, Delaware, the District of Columbia, Georgia, Guam, Hawaii, Idaho, Illinois, Iowa, Kansas, Kentucky, Maine, Maryland, Massachusetts, Michigan, Minnesota, Mississippi, Missouri, Nebraska, Nevada, New Hampshire, New Jersey, New Mexico, New York, North Carolina, North Dakota, Northern Mariana Islands, Ohio, Oklahoma, Oregon, Pennsylvania, Rhode Island, South Carolina, South Dakota, Tennessee, Utah, Vermont, Virgin Islands, Virginia, Washington, West Virginia, Wisconsin and Wyoming.

EXECUTIVE DEPARTMENT
STATE OF CALIFORNIA

## OATH OF OFFICE
### ATTORNEY GENERAL

To fill the vacancy created upon the resignation of
Xavier Becerra, for the term fixed by law

I, ROB BONTA, do solemnly swear (or affirm) that I will support and defend
the Constitution of the United States and the Constitution of the State of
California against all enemies, foreign and domestic; that I will bear true faith
and allegiance to the Constitution of the United States and the Constitution of
the State of California; that I take this obligation freely, without any mental
reservation or purpose of evasion; and that I will well and faithfully discharge the
duties upon which I am about to enter.

SIGNED AND SUBSCRIBED on this 23rd
day of April 2021:

ROB BONTA
Attorney General

ADMINISTERED BY AND BEFORE:

GAVIN NEWSOM
Governor of California

"U.S. Judges" and this prosecution under Matthew GRAVES are not bonded while being assisted by the FBI for 'J6' arrests. Those assisting the FBI should be considered as aiding and abetting impersonators in false arrests against Americans who rightfully attended the January 6th, 2021 protest.

Promoters and/or self-proclaimed "sedition hunters" allegedly aiding and abetting FBI in false arrests:

**Ryan J. Riley** / **nbcnews.com/author/ryan-reilly-ncpn1288345** / **@ryanjreilly** on **x.com/ryanjreilly**

**SeditionData** / **@SeditionData** on **x.com/SeditionData**

**Kay** / **@OSINTyeti** on **x.com/OSINTyeti**

**Patr10tic** / **@patr10tic** on **x.com/patr10tic** (featured anonymously by **KHOU 11 News Houston**)

**Cory Cullington** (he/him – to clarify if any confusion) / **@CoryCullington** on **x.com/CoryCullington**

**seditionhunters.org** / **@SeditionHunters** on **x.com/SeditionHunters**

93.8K posts



<div style="display:flex; align-items:center;">( ⋯ )  ( 🔍 )  ( ✉ )  **Follow**</div>

## Ryan J. Reilly ✔

@ryanjreilly

@NBCNews Justice reporter. 📚Author of SEDITION HUNTERS, one of Publishers Weekly's best books of 2023 tiny.cc/SeditionHunters SIGNAL: ryanjreilly.62 🚲

💼 Journalist   ◉ Washington, DC   🔗 nbcnews.com/author/ryan-re...
📅 Joined July 2007

**9,903** Following    **199.9K** Followers



Followed by ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮others you follow



Sedition Hunters: How January 6th Broke the Justice S...    ⋮

$32.50

296 posts



## SeditionData
@SeditionData

#SeditionHunter Capitol suspects database at bit.ly/CapitolSuspect.... Evidence at jan6evidence.com. Submit official tips to tips.fbi.gov.

📅 Joined January 2021

**47** Following     **4,762** Followers

---

 **SeditionData** @SeditionData · Sep 2, 2021          · · ·

And the best #SeditionHunters Tweet goes to @OSINTyeti 🏆

>  **Kay** @OSINTyeti · Sep 1, 2021
>
> ~my spreadsheets put all the boys in the yard~

Bernard of Chartres used to say that we are like dwarfs on the shoulders of giants, so that
...n see more than they, and things at a greater distance, not by virtue of any sharpness
...our part, or any physical distinction, but because we are carried high and raised
...iant size.          (John of Salisbury, 1159, McGarry translation, 167)

         

## Kay
@OSINTyeti

graduate student, MLIS 2026, J6 researcher, she/her.

📍 PNW   🔗 bit.ly/Jan6Analysis   📅 Joined February 2021

**475** Following     **1,550** Followers

15.3K posts



# Patr10tic
@patr10tic

#SeditionHunters - facial recognition and AI engineer tracking domestic terrorists

📍 inside your head   🔗 capitolmap.com   📅 Joined January 2021

**740** Following   **2,737** Followers

📌 Pinned

**Patr10tic** @patr10tic · Feb 8, 2021    ···
A local news station gave me a robot voice. Thanks @khou and
@JRogalskiKHOU!

article here about the #SeditionHunters community (@donk_enby @RiotFaces
@SeditionHunters @tommycarstensen @capitolhunters @seditiontrack
@SeditionData, and many many others) : khou.com/article/news/i...



[Source, 'X' post with video and link to article: x.com/patr10tic/status/1358860991610589184]

# "Interactive map tracks videos recorded during Capitol riot"

**"Sedition Hunters" are out to expose the rioters who took part in the raid at the U.S. Capitol in January.**

**Author: Jeremy Rogalski**
**Published: 3:34 PM CST February 7, 2021 - Updated: 10:46 PM CST February 7, 2021**

**[Source: khou.com/article/news/investigations/map-videos-capitol-riot/285-b0cd8bc9-d86e-4522-b321-6afbee84bc27]**

HOUSTON — Using GPS metadata, videos and high-tech face recognition tools, a growing online movement that uses the hashtag #SeditionHunters is exposing those involved in the January attack on the U.S. Capitol.

One of those efforts is an interactive map developed by a **California man who uses the Twitter handle Patr10tic** and describes himself as an intelligence expert with years of experience in the private security field. The online tool plots hundreds of videos taken outside and inside the Capitol the day of the riot.

"The most important objective, I think, is to make sure that no one forgets what happened that day and everyone is exposed to the brutal reality of how close we came to a complete falling apart of our country," the map's creator said.

He requested anonymity out of fear for his own safety. "I think what happened at the Capitol is really frightening," he said. "Scared the hell out of me and scared the hell out of a lot of people."

The videos were publicly posted on the social media platform Parler and archived by a researcher known as "crash override" before the app was shut down last month. From them, the California private security used artificial intelligence to build a face recognition tool where people can upload a photo of someone they know to see if it matches someone at the riot.

"I think that a tool like the one that I built is this helpful for family members to say, 'Hey, I know you're there, I think you should maybe disconnect some of these people, they're dangerous,'" the map's creator said.

He conceded the online tool is not without controversy and carries potential privacy concerns. "I'm constantly evaluating whether or not the tool that I've created is a net harm or benefit to society, and I'm trying to figure out what the balance is," the creator said.

**Both the FBI and U.S. Department of Justice have readily used the Parler videos to investigate and charge people involved in the U.S. Capitol attack. As to whether they are actively cooperating with the so-called "sedition hunters," both agencies officially had no comment. [Emphasized] [End.]**



Home    Perp Sheet    #SeditionBomber

Sedition Hunters

# About Us

**Our History**

On January 6th, 2021 a protest turned into violent assault on the Capitol Building in Washington, D.C. On that day our work began.

We are a global community of open-source intelligence investigators (OSINT) working together to assist the U.S. FBI and Washington D.C. Capitol Police to find those who committed crimes on January 6 at the Capitol.

- We investigate publicly available videos and photographs to find additional information about individuals who are wanted by the FBI and/or Capitol police.

- We create "Do You Know" posters and composites and ask the public to share them on social media platforms including but not limited to Twitter, Facebook, Instagram and YouTube.

**Our Goals**

- Gather quality images of individuals

- Research videos of individuals and record timestamps

- Create Do You Know me images with quality images

- Use social media site to spread Do you Know me images

- Close out our research when we have clear identifiable face shots, a composite if needed, video links and notes.

- Send info to FBI

Christina pictured below as maliciously showcased, nicknamed and targeted by seditionhunters.org.



# #SanMarcosPonyTail

Person of Interest / by Sedition Hunters / April 4, 2021



Considering Christina has harmed no one and damaged nothing at the U.S. Capitol on January 6th, 2021, the only ones putting anyone in danger are the unbound "judges" and "attorneys" herein.

Regardless as to whether or not U.S. government agencies under the BIDEN administration such as the CDC and U.S. Department of Justice (alongside their willing aiders and abettors to fraud) have consistently proven themselves contemptuous towards Americans exercising their civil rights and sovereignty *before, during and after* attending the January 6th, 2021 protest like Christina has – this case cannot proceed, let alone **any** case conducted with such obvious jurisdictional issues involved.

Precedent has been set for contractual fraud in case law by the U.S. Supreme Court itself. See **UNITED STATES v. THROCKMORTON. (98 U.S. 61) [1878]**

> *"There is no question of the general doctrine that fraud vitiates the most solemn contracts, documents, and even judgments."*
>
> *"Fraud vitiates every thing, and a judgment equally with a contract…"*

An oath of office **prescribed** by law is sworn to the Constitution as the supreme law of the land. There is no contract more *"solemn"* than an oath of office, as an agreement to the 'We the People'. Fraudulent *"documents"* mimicking bonds herein would make a fair trial with Christina impossible. Acting "Judge" Rudolph CONTRERAS as an administrative Article I bank teller – not a "real judge" – lacks the necessary original jurisdiction in Article III to make any *"judgments"* against Christina in a criminal case due to his *"fraud"* on the Court.

Ironically, the 18 U.S.C. § 1512 that has been applied to Christina and other 'J6'ers' (including Donald J. TRUMP) is what the acting federal "judges" of D.C. have actually been in violation of, as they themselves have signed tampered documents – being their own oaths of of office, while interfering with 'J6' criminal court proceedings as "administrative law judges" instead of actual judicial officers.

As of 10/24/24, Donald J. TRUMP's defense for his own 'J6' case have filed a new motion to dismiss – paralleling Christina's extremely similar concerns on **USA v. KELSO** affecting jurisdiction. See **USA v. TRUMP case 1:23-cr-00257-TSC, Document 270.** This latest proposal from TRUMP gives "Judge" CHUTKAN the same reasons to dismiss his 'J6' case over jurisdictional issues for which "Judge" CANNON dismissed **USA v. Trump, et al., case #9:23-cr-80101-AMC. Doc 270** reads;

*__Leave should be granted.__ In an intervening opinion issued while this case was stayed, Justice Thomas observed that "there are serious questions whether the Attorney General has violated [our Constitutional] structure by creating an office of the Special Counsel that has not been established by law," and he instructed that "[t]hose questions must be answered before this prosecution can proceed." Trump v. United States, 144 S. Ct. 2312, 2351-52 (2024) (Thomas, J., concurring) (emphasis added). __These issues are jurisdictional, and they cannot be forfeited or waived.__ In another intervening decision, a District Court issued a thorough and well-reasoned opinion that relied in part on Justice Thomas's concurrence, credited many of the arguments raised in President Trump's proposed motion, and dismissed charges unlawfully filed by Special Counsel Case 1:23-cr-00257-TSC Document 270 Filed 10/24/24 Page 1 of 30 2 Jack Smith. United States v. Trump, 2024 WL 3404555, at \*47 (S.D. Fla. 2024).1 The Superseding Indictment is a new charging instrument, filed after both of these intervening decisions, which warrants a new set of Rule 12 deadlines. That is how the Court proceeded in connection with the statutory motions to dismiss, and __there is no countervailing reason to deny leave here__. Accordingly, there is no procedural bar to the proposed motion. __The proposed motion establishes that this unjust case was dead on arrival— unconstitutional even before its inception.__* [Emphasized.]


**[Also emphasized;]**

*__The Court does not have jurisdiction over a criminal prosecution maintained by someone other than an attorney for the United States,__ and so must address this issue at __"any time"__ raised.*

## REFUSAL FOR CAUSE – CONCLUSION

## Oath Issues Involving Fraud are Jurisdictional and Cannot be Forfeited or Waived.

*"So help me God"* has been illegally changed to *"SO HELP ME GOD"* on the refused for cause 'Combined Oaths' of "U.S. Judges" – voiding oaths as contractual bonds. The Administrative Office has admitted that "U.S. Judges" are not bonded, against an officer's requirements by law. The "Court" would still not have jurisdiction over a criminal prosecution maintained by someone other than a U.S. attorney, which Matthew M. GRAVES is not, with his oath not executed due to his fraudulent witness.

**USA v. KELSO,** case #1:24-cr-00233-RC and its charges must be **DISMISSED** immediately with prejudice, just as CANNON had for Donald J. TRUMP on **case #9:23-cr-80101-AMC** – with no countervailing reason by CONTRERAS to deny illegally deviant oaths as a relative jurisdictional issue. The question at this time of writing: Will CHUTKAN illegally countervail CANNON's own decision? Deprivation of Christina's rights under the 14th Amendment due process clause as applicable to U.S. citizens and private Americans alike have already occurred by false arrest with property stolen without Court bonding – assuredly to be denied a fair trial in front of bad actors were Christina to be forced.

*"Fraud vitiates every thing…"* and there is no sovereign or judicial immunity against such fraud.

Close USA v. KELSO, as DEMANDED,

GINA M. REYES
Notary Public · California
Riverside County
Commission # 2478908
My Comm. Expires Jan 8, 2028

Notary:

Gina m Reyes
please see attached
acknowledgment

Christina
Christina

**Redeemed Lawful Money
Pursuant to 12 USC §411
https://uscode.house.gov/**

# ACKNOWLEDGMENT

A notary public or other officer completing this
certificate verifies only the identity of the individual
who signed the document to which this certificate is
attached, and not the truthfulness, accuracy, or
validity of that document.

State of California
County of _Riverside_ )

On _10 / 31 / 24_ before me, _Gina M Reyes, Notary Public_
(insert name and title of the officer)

personally appeared _Christine_
who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are
subscribed to the within instrument and acknowledged to me that he/she/they executed the same in
his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the
person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing
paragraph is true and correct.

WITNESS my hand and official seal.

GINA M. REYES
Notary Public - California
Riverside County
Commission # 2478908
My Comm. Expires Jan 8, 2028

Signature _____   (Seal)

Refusal for Cause
Rules B(1)(c) and E(4)(f)
117 page Document

Attached on the following pages are additional refused for cause oaths of federal "judges":

# OATH OF OFFICE FOR UNITED STATES JUDGES

### (Title 28, Sec. 453 and Title 5, Sec. 3331, United States Code)

I, _____ Dabney L. Friedrich _____, do solemnly swear (or affirm) that I will administer justice without respect to persons, and do equal right to the poor and to the rich, and that I will faithfully and impartially discharge and perform all the duties incumbent upon me as United States District Judge for the District of Columbia under the Constitution and laws of the United States; and that I will support and defend the Constitution of the United States against all enemies, foreign and domestic; that I will bear true faith and allegiance to the same; that I take this obligation freely, without any mental reservation or purpose of evasion; and that I will well and faithfully discharge the duties of the office on which I am about to enter. SO HELP ME GOD.

(Signature of Appointee)

Subscribed and sworn to (or affirmed) before me this 1st

day of December 2017

Chief Judge

Actual abode: (b) (6)

Official station* Washington DC

Date of birth (b) (6)

Date of Entry on Duty 12/1/17

---

* Title 28, sec. 456 United States Code as amended.

# OATH OF OFFICE FOR UNITED STATES JUDGES

(Title 28, Sec. 453 and Title 5, Sec. 3331, United States Code)

I, ............ Thomas F. Hogan ................................, do solemnly swear (or affirm) that I will administer justice without respect to persons, and do equal right to the poor and to the rich, and that I will faithfully and impartially discharge and perform all the duties incumbent upon me as ........ U.S. District Court Judge ........, according to the best of my abilities and understanding, agreeably to the Constitution and laws of the United States; and that I will support and defend the Constitution of the United States against all enemies, foreign and domestic; that I will bear true faith and allegiance to the same; that I take this obligation freely, without any mental reservation or purpose of evasion; and that I will well and faithfully discharge the duties of the office on which I am about to enter. SO HELP ME GOD.

Subscribed and sworn to (or affirmed) before me this ............ fourth ............ day

of ............ October ............, 19 ..82..

FOIA EXEMPTION (b)(6)

Actual abode ............

Official station * .. Washington, D. C.

Date of birth .. 5/31/38

Date of entry on duty .. October 4, 1982

John Lewis Smith, Jr.
Judge, United States
District Court for the
District United States District Court
for the District of Columbia
A TRUE COPY

JAMES F. DAVEY, CLERK.

By

Note—The Act of May 1, 1876 (Title 48, sec. 1466, United States Code), provides that the oaths of Territorial Officers shall be administered in the Territory in which the office is held.

* Title 28, sec. 456 United States Code, as amended.

# OATH OF OFFICE FOR UNITED STATES JUDGES

(Title 28, Sec. 453 and Title 5, Sec. 3331, United States Code)

I, .......John G. Roberts, Jr............................., do solemnly swear (or affirm) that I will administer justice without respect to persons, and do equal right to the poor and to the rich, and that I will faithfully and impartially discharge and perform all the duties incumbent upon me as ...United States Circuit Judge....... under the Constitution and laws of the United States: and that I will support and defend the Constitution of the United States against all enemies, foreign and domestic: that I will bear true faith and allegiance to the same: that I take this obligation freely, without any mental reservation or purpose of evasion: and that I will well and faithfully discharge the duties of the office on which I am about to enter. So HELP ME GOD.

Subscribed and sworn to (or affirmed) before me this ......Second................ day of ....June, 2003.........................

Actual abode  (b) (6)

Official station* .District of Columbia.

Date of birth (b) (6)

Date of entry on duty .June 2, 2003..

William E. Rehnquist.........
Chief Justice of the United States

*Title 28, sec. 456 United States Code, as amended.

# OATH OF OFFICE FOR UNITED STATES JUDGES

(Title 28, Sec. 453 and Title 5, Sec. 3331, United States Code)

I, .......... John G. Roberts, Jr. ........................., do solemnly swear (or affirm) that I will administer justice without respect to persons, and do equal right to the poor and to the rich, and that I will faithfully and impartially discharge and perform all the duties incumbent upon me as .... United States Circuit Judge ........ under the Constitution and laws of the United States; and that I will support and defend the Constitution of the United States against all enemies, foreign and domestic; that I will bear true faith and allegiance to the same; that I take this obligation freely, without any mental reservation or purpose of evasion; and that I will well and faithfully discharge the duties of the office on which I am about to enter.

SO HELP ME GOD.

Subscribed and sworn to (or affirmed) before me this ...... Second .................. day

of .... June, 2003 ......................................

William H. Rehnquist
Chief Justice of the United States

Actual abode (b)(6)

Official station* District of Columbia

Date of birth (b)(6)

Date of entry on duty June 2, 2003

*Title 28, sec. 456 United States Code, as amended.

**LEGAL NOTICE DISCLAIMER: Any ad hominem attacks made against Christina by <u>anyone</u> for the purpose of wrongfully associating her with 'The Sovereign Citizen Movement' or any variation of the phrase "Sovereign Citizen" or "Sov Cit" to misconstrue her evidence-based legal stance and her filings will be considered defamatory, but also a potential threat made on her life. The FBI have labeled 'The Sovereign Citizen Movement' as a "Domestic Terrorism" threat. Christina and Frank Rocco (according to his court record) take no part in any such movement. [Source: <u>https://archives.fbi.gov/archives/news/stories/2010/april/sovereigncitizens_041310/</u> <u>domestic-terrorism-the-sovereign-citizen-movement</u>]**

**EXAMPLE: *Do not* be like the below anonymous account owner of 'M & M Enterprises' (found at <u>x.com</u>/sfoguj & <u>sfba.social</u>/@sfoguj) who is publicly misreporting on Christina's court filing by stating it contains a *"SovCit rule."* Once identified, this owner can be held legally accountable for defamation and directly threatening Christina's safety for the above disclaimed reasons.**



**M & M Enterprises** @sfoguj · Aug 20                              ・・・
Turns out the letter was from christina: of the house of kelso (all lowercase is mandated by some SovCit rule I'm not familiar with) that dismisses her lawyer.

> temporari Caber dan 17 August 2023
>
> blan/woman act ing as Judge Rudolph Centreras RUDOLPH CONTRERAS, man/woman acting as Attorney of the United States used for the District of Columbia Matthew M. Graves MATTHEW M. GRAVES, prosecutor and Mary W. Morrison MARY W. MORRISON and anyone else that these certain may be told of's.
>
> United States District Court for the District of Columbia
>
> 333 Constitution Avenue, N.W.
>
> Washington, D.C. 20001
>
> Notice of dismissal of public defender Carmen O. Hernandez CARMEN B. HERNANDEZ and rescission of all powers of attorney and all consent of, to, for, at, as, from him, attorneys, courts, states of, US, USA, corporations, government's, agents, agencies, department's, persons.

Notice (Other) – #20 in United States v. KELSO (D.D.C., 1:24-cr-00233) – CourtList...

From courtlistener.com

**[Source, @sfoguj 'X' post as defamation/threat: <u>x.com/sfoguj/status/1826008924086219049</u>]**

**Proof of Server**

**(attached after notarization)**

**One Source Process, LLC**
1133 13th Street NW, Suite C4
Washington, DC 20005

INVOICE: 12092272
Issued:  Oct 31, 2024

**Christina Kelso**
Christina Kelso

PAY TO:
**One Source Process, LLC**
1133 13th Street NW, Suite C4
Washington, DC 20005

| Case: 1:24-cr-00233-RC | Plaintiff / Petitioner:  USA |
|---|---|
| Job:  12092272 | Defendant / Respondent:  Christina Kelso |

| Item | Description | Cost | Quantity | Total |
|---|---|---|---|---|
| SERVICE FEE - Pro Se | United States District Court for the District of Columbia- Court Filing<br>333 Constitution Avenue N.W.<br>Washington, DC 20001 | $105.00 | 1 | $105.00 |
| RUSH FEE - SAME DAY (DMV) | | $60.00 | 1 | $60.00 |
| PRINTING FEE | | $0.15 | 119 | $17.85 |