# Tanya Johnson

| | |
|---|---|
| **From:** | Mariano, Anthony (ATR) <Anthony.Mariano@usdoj.gov> |
| **Sent:** | Tuesday, November 19, 2024 11:09 AM |
| **To:** | Tanya Johnson |
| **Cc:** | chernan7_aol.com |
| **Subject:** | FW: [EXTERNAL] Re: 11:00 AM zoom hearing - 11/19/24 |
| **Attachments:** | nosubject (2).zip |

**CAUTION - EXTERNAL:**

*LEAVE TO FILE GRANTED*
*[signature] 11/19/2024*

**From:** Mariano, Anthony (USASPC) <AMariano@usa.doj.gov>
**Sent:** Tuesday, November 19, 2024 10:55 AM
**To:** Mariano, Anthony (ATR) <Anthony.Mariano@usdoj.gov>
**Subject:** FW: [EXTERNAL] Re: 11:00 AM zoom hearing - 11/19/24

---

**From:** Christina Kelso <christinakelso@gmail.com>
**Sent:** Tuesday, November 19, 2024 10:49:57 AM (UTC-05:00) Eastern Time (US & Canada)
**To:** Carmen D. Hernandez <chernan7@aol.com>; dcd_cmecf_cr@dcd.uscourts.gov <dcd_cmecf_cr@dcd.uscourts.gov>; Mariano, Anthony (USASPC) <AMariano@usa.doj.gov>
**Subject:** [EXTERNAL] Re: 11:00 AM zoom hearing - 11/19/24

I have received an email from Carmen Hernandez with a Zoom link this morning.

As seen from the transcripts attached to this email I am sending now, Mr. Contreras has previously shown interest in the jurisdictional issues that I have mentioned at the hearings of those transcripts that I would be submitting for the record - now published and granted by Mr. Contreras himself for Doc 26, as seen on the docket.

Despite Doc 26 initially being filed on October 31st as a pro se litigant representing myself, now nearly three weeks ago, Mr. Contreras has still not responded to it on record - as if it were a motion or otherwise.

The record has shown that these issues contained in that filing are jurisdictional matters that cannot be avoided or waived. However, that is exactly what has happened, on behalf of this "Court" and government ignoring these legal facts that they could clearly now read.

I have already made my **demand for case closure of USA v. KELSO with charges dismissed with prejudice** - granted leave to file by Mr. Contreras, as there should be no further discussion to be had with no officers presiding over this Court or prosecution, due to bonding issues.

I see this as bad business. Carmen is not my attorney, and yet she is still messaging me, alluding to the fact that this case is still open and there would be more to discuss.

Especially without a response by Mr. Contreras on record for these three weeks, I cannot imagine what needs to be discussed further - unless this is a signal that my due process rights are to be violated further, which will result in a harsher legal response from me for all of the actors involved in this case, post-inauguration of President-elect Donald J. Trump with a pardon imminent.

1

Considering that I am being contacted, I would like an immediate response as to why I would need to appear for this Status Conference today, with all of these brought forth issues in mind.

I am pro se.

My filing that has been published on record must be responded to, first.

Thank you,
Christina.


See the following applicable U.S. Code violations:

https://www.law.cornell.edu/uscode/text/18/912
https://www.law.cornell.edu/uscode/text/18/2384
https://www.law.cornell.edu/uscode/text/18/2381



On Tue, Nov 19, 2024 at 5:39 AM Carmen D. Hernandez <chernan7@aol.com> wrote:

Courtroom 23 is inviting you to a scheduled ZoomGov meeting.

Join ZoomGov Meeting
https://uscourts-dcd.zoomgov.com/j/1614931905?pwd=RwAFHXHcQgNkrtNvCdWWdagrMhgfeJ.1

Meeting ID: 161 493 1905
Passcode: 235418



**Carmen D. Hernandez**
Attorney at Law
7166 Mink Hollow Rd
Highland, MD 20777
240-472-3391; 301-854-0076 (fax)

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.