UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA  :
:
v.  : Criminal Action No.: 24-233 (RC)
:
CHRISTINA KELSO,  :
:
Defendant.  :

## ORDER

Defendant Christina Kelso is **HEREBY ORDERED** to appear before the Court for a status conference on **Friday, November 22, 2024**, at 3:00 p.m. EST, by **Zoom**. Ms. Kelso failed to appear for a scheduled status conference on Tuesday, November 19, 2024. Ms. Kelso's rationale for not appearing, set forth in her November 19, 2024 email (ECF No. 28), is not valid under the law. If Ms. Kelso fails to appear at the November 22, 2024 hearing, the Court intends to issue a bench warrant for her arrest.

**SO ORDERED.**

Dated: November 19, 2024

RUDOLPH CONTRERAS
United States District Judge