Case 1:24-cr-00233-RC Document 26 Filed 11/12/24 Page 14 of 119

LEAVE TO FILE GRANTED in USA v. Kelso, 24-cr-233
11/21/2024

# OATH OF OFFICE FOR UNITED STATES JUDGES

(Title 28, Sec. 453 and Title 5, Sec. 3331, United States Code)

I, Rudolph Contreras, do solemnly swear (or affirm) that I will administer justice without respect to persons, and do equal right to the poor and to the rich, and that I will faithfully and impartially discharge and perform all the duties incumbent upon me as United States District Judge for the District of Columbia under the Constitution and laws of the United States; and that I will support and defend the Constitution of the United States against all enemies, foreign and domestic; that I will bear true faith and allegiance to the same; that I take this obligation freely, without any mental reservation or purpose of evasion; and that I will well and faithfully discharge the duties of the office on which I am about to enter. SO HELP ME GOD. No!

Refusal for Cause

(Signature of Appointee)

Subscribed and sworn to (or affirmed) before me this 1st day of April 2012.

Chief Judge, U.S. District Court

Actual abode: (b)(6)

Official station*

Date of birth (b)(6)

Date of Entry on Duty 04/01/2012

* Title 28, sec. 456 United States Code as amended.

*uscode.house.gov* provides the legal **text** prescribed by Congress on the judicial oath statute:

## Title 28 USC §453. Oaths of justices and judges

Each justice or judge of the United States shall take the following oath or affirmation before performing the duties of his office: "I, ______ XXX, do solemnly swear (or affirm) that I will administer justice without respect to persons, and do equal right to the poor and to the rich, and that I will faithfully and impartially discharge and perform all the duties incumbent upon me as ______ under the Constitution and laws of the United States. **So help me God**."

***[The plain English of "So help me God" as the prescribed text by law is emphasized.]***

(June 25, 1948, ch. 646, 62 Stat. 907 ; Pub. L. 101–650, title IV, §404, Dec. 1, 1990, 104 Stat. 5124 .)

### Historical and Revision Notes

Based on title 28, U.S.C., 1940 ed., §§241, 372, and District of Columbia Code, 1940 ed., §§11–203, 11–303 (R.S.D.C., §752, 18 Stat. pt. II, 90; Feb. 9, 1893, ch. 74, §3, 27 Stat. 435 ; Mar. 3, 1901, ch. 854, §223, 31 Stat. 1224 ; Mar. 3, 1911, ch. 231, §§136, 137, 257, 36 Stat. 1135 , 1161; Feb. 25, 1919, ch. 29, §4, 40 Stat. 1157 ).

This section consolidates sections 11–203 and 11–303 of District of Columbia Code, 1940 ed., and section 372 of title 28, U.S.C., 1940 ed., with that portion of section 241 of said title 28 providing that judges of the Court of Claims shall take an oath of office. The remainder of said section 241 comprises sections 171 and 173 of this title.

The phrase "justice or judge of the United States" was substituted for "justices of the Supreme Court, the circuit judges, and the district judges" appearing in said section 372, in order to extend the provisions of this section to judges of the Court of Claims, Customs Court, and Court of Customs and Patent Appeals and to all judges of any court which may be created by enactment of Congress. See definition in section 451 of this title.

The Attorney General has ruled that the expression "any judge of any court of the United States" applied to the Chief Justice and all judges of the Court of Claims. (21 Op. Atty. Gen. 449.)

### Editorial Notes

#### Amendments

**1990**-Pub. L. 101–650 substituted "under the Constitution" for "according to the best of my abilities and understanding, agreeably to the Constitution".

### Statutory Notes and Related Subsidiaries

#### Effective Date of 1990 Amendment

Amendment by Pub. L. 101–650 effective 90 days after Dec. 1, 1990, see section 407 of Pub. L. 101–650, set out as a note under section 332 of this title.

POLITICO

LEGAL

# Judges delay Jan. 6 trials on verge of Trump presidency

It's the first time federal judges have acquiesced to the demands of Jan. 6 defendants for delays in anticipation of potential pardons from Trump.



U.S. District Judges Rudolph Contreras (above) and Carl Nichols said they wanted to conserve court resources and avoid hauling in dozens of potential jurors for cases that might be called off in a few weeks. | Alex Wong/Getty Images

By KYLE CHENEY
11/14/2024 11:30 AM EST
Updated: 11/14/2024 11:52 AM EST

   

Two federal judges agreed Thursday to delay key deadlines in criminal trials for defendants accused of breaching the Capitol on Jan. 6, 2021, agreeing that President-elect Donald Trump's imminent inauguration could make the proceedings unnecessary.

Over the objection of the Justice Department, U.S. District Judges Carl Nichols and Rudolph Contreras — Trump and Obama appointees, respectively — said they wanted to conserve court resources and avoid hauling in dozens of potential jurors for cases that might be called off in a few weeks.

It's the first time federal judges have acquiesced to the demands of Jan. 6 defendants for delays in anticipation of potential pardons from Trump, who has pledged to grant clemency to many people charged for their role in the attack on the Capitol.

"There's a real possibility of that happening," Contreras said after granting the delay motion offered by defendant William Pope.

Pope, who is representing himself, had been slated to go on trial in December on misdemeanor charges. (A felony obstruction charge against him had already been dropped as a result of the Supreme Court's June ruling on the matter.) Instead, Contreras is eyeing trial dates in late February.

Nichols, similarly, declined to set a firm trial date for three Jan. 6 defendants charged with misdemeanors for trespassing in the Capitol. Without prompting, he asked prosecutors whether they expected the trial would go on even after Trump took over the Justice Department. When the prosecutor in the case could not confirm either way, Nichols agreed to a tentative April trial date and declined to set other standard pretrial deadlines, allowing time for the Justice Department to recalibrate after Trump takes office. Nichols asked the attorneys to meet again in February, anticipating that the Trump administration's posture would be clear by then.

"As soon as the prosecutor asked for a trial date, Judge Nichols confronted her on whether she could assure the court that this matter would be moving forward to trial once the new administration takes office," said Marina Medvin, an attorney for two of the defendants in Nichols' courtroom. "Of course, the prosecutor could make no such assurances."

Other judges on the federal bench in D.C. had declined to go as far as Contreras and Nichols. Instead, they've described defendants' requests for pardons as "speculative" and said the courts can't operate on the "potential" for a pardon, which is a function of the executive branch, not the judiciary.

"Whatever the President-elect may or may not do with respect to some of those convicted for their conduct at the Capitol on Jan. 6, 2021, is irrelevant to the court's independent obligations and legal responsibilities under Article III of the Constitution," U.S. District Judge Paul Friedman, an Obama appointee, wrote in a one-page ruling Thursday denying an effort by two Jan. 6 defendants to postpone their sentencing.

Contreras acknowledged those decisions but said most of them were not made in cases about to go to jury trials, which involve much more extensive preparation and days of time for citizens called to serve.

"I'm focused on conservation of the resources of the parties, the court and citizens," Contreras said.

Assistant U.S. Attorney Benet Kearney pushed back, saying that a handful of judges opted to maintain trial schedules despite the uncertainty caused by Trump's inauguration. She said prosecutors planned to put on an "efficient" case that would allay the judge's concern about court resources.

"I'm not reconsidering," Contreras replied.

*CORRECTION: A previous version of this report misstated the status of the trial date in a Jan. 6 case. A date had not yet been set when U.S. District Judge Carl Nichols put it on the calendar for a tentative April start date.*

# OATH OF OFFICE FOR UNITED STATES JUDGES

(Title 28, Sec. 453 and Title 5, Sec. 3331, United States Code)

I, Beryl Alaine Howell, do solemnly swear (or affirm) that I will administer justice without respect to persons, and do equal right to the poor and to the rich, and that I will faithfully and impartially discharge and perform all the duties incumbent upon me as United States District Judge for the District of Columbia under the Constitution and laws of the United States; and that I will support and defend the Constitution of the United States against all enemies, foreign and domestic; that I will bear true faith and allegiance to the same; that I take this obligation freely, without any mental reservation or purpose of evasion; and that I will well and faithfully discharge the duties of the office on which I am about to enter. SO HELP ME GOD.

Refusal For Cause

NO!!

Beryl A. Howell
(Signature of Appointee)

Subscribed and sworn to (or affirmed) before me this 21st day of January, 2011.

Royce C. Lamberth

Actual abode: (b) (6)
Official station* United States District Court for the District of Columbia
Date of birth (b) (6)
Date of Entry on Duty January 21, 2011

* Title 28, sec. 456 United States Code as amended.

# APPOINTMENT AFFIDAVITS

United States Attorney — *(Position to which Appointed)*

11/05/2021 — *(Date Appointed)*

Department of Justice — *(Department or Agency)*

U.S. Attorney's Office — *(Bureau or Division)*

District of Columbia — *(Place of Employment)*

I, Matthew M. Graves, do solemnly swear (or affirm) that--

## A. OATH OF OFFICE

I will support and defend the Constitution of the United States against all enemies, foreign and domestic; that I will bear true faith and allegiance to the same; that I take this obligation freely, without any mental reservation or purpose of evasion; and that I will well and faithfully discharge the duties of the office on which I am about to enter. So help me God.

## B. AFFIDAVIT AS TO STRIKING AGAINST THE FEDERAL GOVERNMENT

I am not participating in any strike against the Government of the United States or any agency thereof, and I will not so participate while an employee of the Government of the United States or any agency thereof.

## C. AFFIDAVIT AS TO THE PURCHASE AND SALE OF OFFICE

I have not, nor has anyone acting in my behalf, given, transferred, promised or paid any consideration for or in expectation or hope of receiving assistance in securing this appointment.

Refusal for Cause

No!!

(b)(6)

(Signature of Appointee)

Subscribed and sworn (or affirmed) before me this 5th day of November, 2021

at Washington (City) DC (State)

No!!

Beryl A. Howell

(Signature of Officer)

Chief Judge

(SEAL)

Commission expires N/A
(If by a Notary Public, the date of his/her Commission should be shown)

Note - If the appointee objects to the form of the oath on religious grounds, certain modifications may be permitted pursuant to the Religious Freedom Restoration Act. Please contact your agency's legal counsel for advice.

# OATH OF OFFICE FOR UNITED STATES JUDGES

(Title 28, Sec. 453 and Title 5, Sec. 3331, United States Code)

I, James Emanuel Boasberg, do solemnly swear (or affirm) that I will administer justice without respect to persons, and do equal right to the poor and to the rich, and that I will faithfully and impartially discharge and perform all the duties incumbent upon me as United States District Judge for the District of Columbia under the Constitution and laws of the United States; and that I will support and defend the Constitution of the United States against all enemies, foreign and domestic; that I will bear true faith and allegiance to the same; that I take this obligation freely, without any mental reservation or purpose of evasion; and that I will well and faithfully discharge the duties of the office on which I am about to enter. SO HELP ME GOD.

Refusal for Cause

No!!

(Signature of Appointee)

Subscribed and sworn to (or affirmed) before me this 1st day of April, 2011.

Truman Morrison

Actual abode: (b) (6)

Official station*

Date of birth (b) (6)

Date of Entry on Duty 4/1/11

* Title 28, sec. 456 United States Code as amended.




'Justice' has a name. Giustino.