**UNITED STATES DISTRICT COURT<br>
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| **v.** : | Case No. 24-cr-233 |
| : | |
| **CHRISTINA KELSO,** : | |
| : | |
| **Defendant.** : | |

**UNITED STATES' OPPOSITION TO DEFENDANT'S MOTION TO DISMISS**

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, respectfully submits its Opposition to defendant Christina Kelso's Motion To Dismiss. ECF No. 26 ("the Motion" or "Mot."). In the Motion, the defendant offers nothing beyond speculation—untethered from relevant facts or legal analysis—to support her argument that the case should be dismissed because, she claims, the players at all levels of the justice system, including the Court and prosecutors, are "impersonators of officers . . . in violation of [the defendant]'s owed due process." Mot. at 2. The defendant does not offer a substantive argument; instead, she merely refuses to acknowledge the authority of the Court. *See* Mot. at 110 ("Acting 'Judge' Rudolph CONTRERAS as an administrative Article I bank teller—not a 'real judge'—lacks the necessary original jurisdiction in Article III to make any 'judgments' against Christina in a criminal cause due to his 'fraud' on the Court.").

The defendant's entire argument boils down to this: in certain instances, the oaths of judges, prosecutors, and other public officials, capitalizes the language "so help me God." *See* Mot. at 15–16, 112. The defendant interprets the capitalization of these four words as contrary to the statutory text and so thoroughly defective as to divest this Court of jurisdiction. *See id*. But the defendant offers no legal basis to believe that the capitalization here is of any legal significance,

1

and the government is aware of none. *Cf. Merrill v. United States*, No. 15-1416C, 2015 WL 9437535, at *1 (Fed. Cl. Dec. 23, 2015) ("The Court still fails to understand the unusual theory of Mr. Merrill concerning the typeface used to print "So Help Me God" on the certificate memorializing the oath of office."); *Wik v. Rochester*, 07-cv-6541, 2009 WL 10641996, at *1 (W.D.N.Y. Apr. 14, 2009) (collecting cases rejecting similar arguments surrounding the capitalization—or not—of a litigant's name). As other courts have recognized, the true purpose of pleadings like the defendant's is not to raise and resolve genuine legal disputes, but to attempt to delay judicial proceedings. *See United States v. McLaughlin*, 949 F.3d 780, 781 (2d Cir. 2019) (noting that defendant who do not recognize the authority of courts raise frivolous arguments in an effort to "clog the wheels of justice" and "delay proceedings so justice won't ultimately be [d]one"). "They do so by raising numerous—often frivolous—arguments, many alleging that the Courts or the Constitution lack any authority whatsoever." *Id.* The defendant's motion is a prime example of such frivolous filings, the Court may dispense with it promptly.

In the absence of any substantive argument from the defendant to justify her motion, the United States respectfully requests that the defendant's motion to dismiss be denied.

        Respectfully submitted,

        MATTHEW M. GRAVES
        UNITED STATES ATTORNEY
        D.C. Bar Number 481052

By:   */s/ Anthony W. Mariano*
      ANTHONY W. MARIANO
      MA Bar No. 688559
      Trial Attorney, Detailee
      Capitol Siege Section
      United States Attorney's Office

          for the District of Columbia
          601 D Street N.W.
          Washington, D.C. 20530
          (202) 476-0319
          Anthony.Mariano2@usdoj.gov