**LEAVE TO FILE GRANTED**
*[signature] 12/16/2024*

| | |
|---|---|
| United States District Court for the District of Columbia 333 Constitution Ave N.W. Washington D.C. 20001 | Evidence Repository # 1:24-cr-00233-RC |
| In Re; **Redemption of Katherine Christina** *On and for the behalf of the* UNITED STATES | |

### Refusal for Cause

**COMES NOW**, Katherine Christina of the family KELSO (Christina) and Redeemed. Demand is made for redemption of central banking currency in Lawful Money in all transactions pursuant to Title 12 U.S.C. §411 as amended from §16 of the 1913 Federal Reserve Act.

The Department of Justice Response is Refused for Cause. As is Rudolph CONTRERAS' statement on the Transcript of the Status Conference on 11/22/24 that Christina has not cited law behind her assertions that Rudolph CONTRERAS is not a judicial officer because his oath is deviant from the form prescribed by law. Here is an example of law:

## Title 31 U.S.C. §3124 - Exemption from taxation

(a) Stocks and obligations of the United States Government are exempt from taxation by a State or political subdivision of a State. The exemption applies to each form of taxation that would require the obligation, the interest on the obligation, or both, to be considered in computing a tax, except—

(1) a nondiscriminatory franchise tax or another nonproperty tax instead of a franchise tax, imposed on a corporation; and
(2) an estate or inheritance tax.
(b) The tax status of interest on obligations and dividends, earnings, or other income from evidences of ownership issued by the Government or an agency and the tax treatment of gain and loss from the disposition of those obligations and evidences of ownership is decided under the Internal Revenue Code of 1986 (26 U.S.C. 1 et seq.). An obligation that the Federal Housing Administration had agreed, under a contract made before March 1, 1941, to issue at a future date, has the tax exemption privileges provided by the authorizing law at the time of the contract. This subsection does not apply to obligations and evidences of ownership issued by the District of Columbia, a territory or possession of the United States, or a department, agency, instrumentality, or political subdivision of the District, territory, or possession.

(Pub. L. 97–258, Sept. 13, 1982, 96 Stat. 945; Pub. L. 99–514, § 2, Oct. 22, 1986, 100 Stat. 2095.)

*Historical and Revision Notes*

| *Revised Section* | *Source (U.S. Code)* | *Source (Statutes at Large)* |
|---|---|---|
| *3124(a)* | *31:742.* | R.S. §3701; Sept. 22, 1959, Pub. L. 86–346, §105(a), 73 Stat. 622. |
| *3124(b)* | *31:742a.* | Feb. 19, 1941, ch. 7, §4, 55 Stat. 9 ; Mar. 28, 1942, ch. 205, §6, 56 Stat. 190; restated June 25, 1947, ch. 147, 61 Stat. 180 ; Sept. 22, 1959, Pub. L. 86–346, §202, 73 Stat. 624 . |

*In subsection (a), before clause (1), the words "Except as otherwise provided by law, all . . . bonds, Treasury notes, and other" are omitted as surplus. The words "political subdivision of a State" are substituted for "municipal or local authority" for clarity and consistency. The word "applies" is substituted for "extends" for clarity. The words "directly or indirectly" are omitted as surplus. In clause (1), the word "instead" is substituted for "in lieu" for clarity.*

*In subsection (b), the words "shares, certificates, stock, or other" and "sale or other" are omitted as surplus. The words "The tax status of . . . and the tax treatment of . . . is decided under the Internal Revenue Code of 1954 (26 U.S.C. 1 et seq.)" are substituted for "shall not have any exemption, as such . . . shall not have any special treatment, as such, except as provided under the Internal Revenue Code of 1954" for clarity. The words "on or after March 28, 1942" and 31:742a(a)(1st sentence words after semicolon related to the United States Maritime Commission) are omitted as executed. The last sentence is substituted for 31:742a(a)(last sentence) for clarity. The words "any political subdivision thereof" are omitted as included in "agency or instrumentality". The text of 31:742a(b) and (c) is omitted as unnecessary.*

###### Editorial Notes

###### Amendments

**1986**-Subsec. (b). Pub. L. 99–514 substituted "Internal Revenue Code of 1986" for "Internal Revenue Code of 1954".

The italics, Times New Roman in 13 size is emphasized because in this law's history, any little change that Congress might make is recorded and made very clear, even why the change. This is common law, the United States Code. Instead of showing where, "So help me God." on any federal judge oath has been changed to, "SO HELP ME GOD." by Congress, the prosecutor cites rather precarious case law from the Court of Federal Claims and citing from a know ideologue, Victor John WOLSKI. A passage from the Senate Confirmation hearings is highlighted below. WOLSKI, a self-admitted ideologue has jumped on the chance to legislate from his bench, the legality of judicial officers changing the form of their oaths of office.

It would appear that the prosecutor is simply saying that it is okay to alter, amend or otherwise change an oath of office. And by Rudolph CONTRERAS dismissive attitude toward Christina KELSO's carefully crafted 119-page Refusal for Cause, it becomes convincing that WOLSKI, the Department of Justice (DoJ) and CONTRERAS are in collusion to gaslight[1] Defendant KELSO into thinking that the oath of office for CONTRERAS is okay, even though it has been altered. And that by ideologue Victor John WOLSKI becoming confused about his own oath in 2015, he is allowed to create law *stare decisis*.

---

[1] Term from an old movie - majority in collusion (briefly dimming the lights) behaving like nothing is wrong, while the minority (victim) is left doubting they have a proper grasp on reality.

Then the clerk of court removed or deleted the case from PACER (on and around 12/7/24); then thought better of it and posted it back on PACER (12/11/24).



Between the Prosecution and CONTRERAS' criminal impersonation of a federal judge, we have collusion and conspiracy, and compounded by all federal "judges" being actually non-judicial officers — criminal syndicalism. Especially when one shines a truthful light upon the national debt and Federal Reserve System being behind such a SUBTLE PLOY.

This response to the response will focus on CONTRERAS' point that Christina has not cited any law. Untrue. The law is cited at the top of CONTRERAS' oath of office:

# OATH OF OFFICE FOR UNITED STATES JUDGES

(Title 28, Sec. 453 and Title 5, Sec. 3331, United States Code)

I, _____ Rudolph Contreras _____, do solemnly swear (or affirm) that I will administer justice without respect to persons, and do equal right to the poor and to the rich, and that I will faithfully and impartially discharge and perform all the duties incumbent upon me as <u>United States District Judge for the District of Columbia</u> under the Constitution and laws of the United States; and that I will support and defend the Constitution of the United States against all enemies, foreign and domestic; that I will bear true faith and allegiance to the same; that I take this obligation freely, without any mental reservation or purpose of evasion; and that I will well and faithfully discharge the duties of the office on which I am about to enter, SO HELP ME GOD.

*[handwritten annotation: "Refusal for Cause" across text; "No!" near "SO HELP ME GOD"]*

_____
(Signature of Appointee)

Subscribed and sworn to (or affirmed) before me this ___ 1st ___ day of ___ April 2012 ___.

_____
Royce C. Lamberth
Chief Judge, U.S. District Court

Actual abode: (b)(6)
Official station*
Date of birth: (b)(6)
Date of Entry on Duty: 04/01/2012

---

* Title 28, sec. 456 United States Code as amended.

The "Combined" federal oath in itself is a deviation in form – mixing the civil oath with the judicial oath like we see with Rudolph CONTRERAS above. This invention is attributed to Justices of the U.S. Supreme Court (SCOTUS) and the form of oath is clearly a matter of law. The SCOTUS is a judicial body and has no business creating or amending law. The Congress is the Legislative Branch of the U.S. Government and the Congress has never entertained the amendment of the oaths to the "Combined Oath".

Regardless of how you might trace through the legislation and history of the oath of office, there will never be any authoritative explanation why CONTRERAS has changed the sentence, "So help me God." to "SO HELP ME GOD." And rather than gaslighting Christina that she quibbles about gnats he might simply explain why his oath is different in form, than that prescribed by law:

> clerk.
>
> **Oath of Justices of supreme court and judges of the district court.**
>
> SEC. 8. *And be it further enacted,* That the justices of the Supreme Court, and the district judges, before they proceed to execute the duties of their respective offices, shall take the following oath or affirmation, to wit: "I, A. B., do solemnly swear or affirm, that I will administer justice without respect to persons, and do equal right to the poor and to the rich, and that I will faithfully and impartially discharge and perform all the duties incumbent on me as _____, according to the best of my abilities and understanding, agreeably to the constitution and laws of the United States. So help me God."
>
> **District courts exclusive jurisdiction.**
>
> SEC. 9. *And be it further enacted,* That the district courts(c) shall have, exclusively of the courts of the several States, cognizance of all

From Congressional Records, September 1789

Justices Neil McGill GORSUCH and Brett Michael KAVANAUGH should not be considered extremist minority purists for simply conforming to law. Justice KAVANAUGH has said publicly that Justice REHNQUIST is his all time Mentor figure. But the law in action shows that the only oath of office available from the DoJ for John Glover ROBERTS is from his Circuit

Justice days and it does not conform to law. The ROBERTS oath is however signed by Justice REHNQUIST and presuming people read these oaths before signing, indicates that an Article III Justice, REHNQUIST can sign for whatever (Administrative Law Officer?/central bank teller?) ROBERTS is officially. But looking at judicial oaths of Justices KAVANAUGH and GORSUCH, it does not work with authority the other way around.

## OATH OF OFFICE FOR UNITED STATES JUDGES

(Title 28, Sec. 453 and Title 5, Sec. 3331, United States Code)

I, John G. Roberts, Jr. ......, do solemnly swear (or affirm) that I will administer justice without respect to persons, and do equal right to the poor and to the rich, and that I will faithfully and impartially discharge and perform all the duties incumbent upon me as United States Circuit Judge under the Constitution and laws of the United States: and that I will support and defend the Constitution of the United States against all enemies, foreign and domestic; that I will bear true faith and allegiance to the same; that I take this obligation freely, without any mental reservation or purpose of evasion; and that I will well and faithfully discharge the duties of the office on which I am about to enter. So Help Me God.

*[handwritten annotations across the document: "Refusal for cause", "NO!!"]*

[signature: Roberts]

Subscribed and sworn to (or affirmed) before me this Second day of June, 2003

[signature: William H. Rehnquist]

Actual abode (b) (6)
Official station* District of Columbia
Date of birth (b) (6)
Date of entry on duty June 2, 2003

William E. Rehnquist
Chief Justice of the United States

*Title 28 sec. 456 United States Code, as amended

The big point Katherine Christina KELSO is making before the court is a matter of common law maxim, too - *Never leave the fox in charge of guarding the henhouse!* Whatever the reasoning and history leading up to the deviation, the mission behind the Motion to Dismiss is to expose that Rudolph is not just not a judicial officer, but that he pretends to be a judicial officer and that is fraud.

It is absurd to think that this acute approach to exposing this lack of bonding might lead to punishment or penalty like revocation of her bond. Or that Christina might be considered mentally unfit for trial and railroaded into a psychological evaluation for simply wanting a coherent explanation why CONTRERAS, who deigns to judge her, is deviant in form. It is absurd to think that once Christina became aware of the deviant oath, that she might ever be arraigned without any coherent explanation why CONTRERAS has signed to: "SO HELP ME GOD."

Christina has made it sparkling clear that she feels the deviant oath and fraud leave the Court devoid of jurisdiction and authority. Christina is fully aware she has 'dodged the bullet' by attempting to abate this nuisance, and not being penalized. Christina fully intends to honor any obligations to appear and to defend at trial as though things are up front and kosher.

It would indeed be cruel and petty to revoke Christina's bonding and bind her in jail until trial in September. Simply noticing the fatal flaws in CONTRERAS' oath is not a sign of mental illness or incompetency.

**Senate Floor, July 9, 2003**

Mr. SCHUMER. Mr. President, I will talk today about the nomination of Victor Wolski to the Court of Federal Claims. This nomination admittedly has not gotten much attention from our colleagues because the Court of Federal Claims does not handle the breadth or the number of cases that the courts of appeals do or even Federal district courts.

However, I remind my colleagues that in one area these courts are extremely important--they are important in many areas, but in one area where we have our usual ideological discussions and battles, the area of the environment. The Court of Federal Claims is the place where claims of takings reside. Takings have been the way many have opposed the advances we have made in the environment. They make their arguments this is a government taking from you your right to use your property as you see fit.

When the Government says you cannot pollute the water on the land you own or you cannot pollute the air on the land above which you own, some have come up with the theory that the Government is taking something from you. It is sort of denying the theory of compact that we all live together and we all have to be responsible for our land and our water.

I argue that the vast majority of Americans do not agree with this argument. However, there is a small group of people who tend to be propertied, tend to be quite well off in society, who are very much for this argument.

The nominee to the Court of Federal Claims, Victor Wolski, if we nominate him, if we approve him, we are approving somebody who has led the charge in this area--not somebody who sees some merit to the taking argument and sees the other side but somebody who is a committed ideologue, not somebody who would have the balance we need on the courts. If anyone does not believe me, I take Mr. Wolski's own words to the National Journal: "Every single job that I have taken since college has been ideologically oriented trying to further my principles."

He then goes on to describe his principles as ``a libertarian belief in property rights and limited government.''

This man is a self-described ideologue. I thought we had been making some progress in this body, that while some would propose more conservative nominees and some would propose more liberal nominees, that it was a bad idea to put ideologues on the bench, ideologues of the left or the right.

Mr. Wolski is clearly an ideologue and does not belong on this sensitive court. For that reason, he is opposed by 13 national environmental groups. When he was counsel for the Pacific Legal Foundation, Mr. Wolski consistently furthered his ideology through sweeping arguments that would have dramatically undermined the Nation's environmental laws.

My guess is he preferred an America of the 1890s or the 1930s where our air was much dirtier, our water was much filthier. Whether you are a Democrat or Republican, if you believe at all in preserving the environment, it would seem to me it would make a good deal of sense not to further this nomination. We can find people who might be more consistent with the President's views, with many views on the other side in terms of not extending environmental laws or making sure that the excesses of environmental laws are limited. Mr. Wolski is just not that. He is so committed to this ideological view that the Government has virtually no right to tell you you cannot pollute the air or the water, that if he had his way, we would turn the clock back dramatically in the environmental area. As a result, as I mentioned, 13 national environmental groups oppose his nomination.

In addition, a broad coalition of groups, civil rights, women's rights, [Page: S9065] human rights organizations, including the Leadership Conference on Civil Rights, the National Fair Housing Alliance, and the National Women's Law Center have expressed serious concerns with Wolski's ``extreme views on governmental power and his troubling record in race and sex discrimination cases.''

Admittedly, this court does not handle race and sex discrimination cases, but it does handle the takings cases that relate to our environment.

In addition, I argue to my colleagues, Mr. Wolski does not really have the judicial temperament to be a Federal judge. He argued a case where there were ponds that were providing habitat for migratory birds. I know from my own experience that some would think every piece of water, every pond and every lake is a wetlands and cannot be touched, and sometimes the advocates, I would be the first to say, go overboard. However, in this case, Mr. Wolski called ponds ``puddles,'' and he belittled the possibility that there might be any interest in protecting migratory birds. ``Jurisdiction over puddles was justified by the Ninth Circuit on the basis that birds might frolic in these puddles.''

He wrote: Will one fewer puddle for the birds to bathe in have some impact on the market for these birds? In the argument he is making--I don't know, the facts of the case might be right--the language does not show the temperament, a fair and balanced temperament, that we seek in nominations to the bench, whether they be Democrat or Republican.

In a letter to the San Francisco Chronicle, Wolski derided what he called ``a rogue Congress'' and referred to the Members of Congress as ``bums.'' Again, many of our constituents have hard words about Congress Members, but I don't think a lawyer, a trained advocate, ought to be using that kind of language. Again, it shows the kind of temperament Mr. Wolski has.

On the merits of his views, he is way over to the extreme. On his judicial temperament he has used incendiary language that is inappropriate for a lawyer or a judge. Mr. Wolski should not be put on the bench.

I make one other argument in this regard. The Federal Court of Claims has some vacancies. It has 16 slots. It now has 13 senior judges in addition to the 11 regular judges. This court does not have much of a caseload. The average number of cases the United States District Court judge handles is 355 cases; the number of cases a current judge of the Court of Federal Claims handles is 24.

If we add the new nominees, each will handle 19 cases.

Let's say you don't agree with CHUCK SCHUMER on the environment. Let's say you even agree with Victor Wolski, but you are a fiscal conservative. Why are we adding more judges to a bench that does not need any help?

The Washington Post editorial--and, as you know, the Washington Post on the issue of judges has not agreed with many of us on this side--called the CFC: ..... a court of extravagance and an unnecessary waste of judicial resources that should be abolished.

Each of these judges costs a million dollars. I would say to my colleagues, those on the other side of the aisle did not allow nominees to the Court of Federal Claims when President Clinton was in office because, they said, the caseload was too low. Today the caseload is even lower, and there is a rush to nominate. This should not be dispositive.

If Wolski were a good man, if the caseload were growing, I would support him no matter what was done between 1995 and 2000. But I have to tell my colleagues on the other side, it is extremely galling to us that the very arguments that have been used in the past now seem irrelevant, now that there is a new President making different appointments. If the Court of Federal Claims should not have had appointees under the Clinton administration and the Republican-controlled Senate did not allow any because the caseload was too low--24-- why are we now nominating 4 and bringing the caseload down to 19? It is just not right. It is not fair. There ought to be some consistency to the argument. There is not. There absolutely is not.

So for these grounds, I urge Mr. Wolski's defeat. No. 1, he is a good man--he may be a good man, I don't know him personally, but when I said ``a good man'' before, I did not mean in terms of his views for this court. He is an extremist. By his own words, he is an ideologue. He does not believe in the progress we have made on the environment.

If the President wishes, as our great process unfolds, to nominate somebody who would cut back a little bit on the environmental laws, or not make decisions that move them forward, that is a fair and legitimate argument. To nominate an ideologue--a self-admitted ideologue who has made it his career to say that anytime the Clean Water Act or Clean Air Act has effect, it often means it is a taking--is really not what the American people want. My guess is maybe half of the people on this side of the aisle, on the Republican side of the aisle, do not agree with these views at all--in terms of their voting record. His temperament is poor. He uses inflammatory and derogatory language. That makes sense, in a certain sense--that when you nominate ideologues, they are not dispassionate. They are not going to interpret the law, which is what the Founding Fathers wanted; they are going to make law. I have rejected nominees from the left in my own judicial panel because they are ideologues, too, and they want to make law. We want judges to interpret the law. Those far right and those far left tend to want to make law. On temperament and ideological grounds, he is not the right man for the job.

One other argument to boot. Even if you think he is the right person for the job--and I argue, I plead with you to think otherwise--this court has no caseload. This court could handle many more cases without an additional new judge. This is a total boondoggle. This is a waste of the taxpayers' money. If it was right that this court did not have the caseload under the Clinton administration so we would fill the vacancies, with the caseload even lower today, why are we doing that?

I respectfully urge my colleagues to vote no on Victor Wolski.

----------------------------------------

Mr. SCHUMER . Mr. President, I want to repeat the arguments against Mr. Wolski. Something new has happened since I spoke an hour ago. The AFL-CIO has come out against him, which is understandable, because of his ideology.

Mr. Wolski should be defeated for two reasons. First, he is an ideolog. This important court, when it comes to the environment, does not deal with much else we would care about, other than just claims issues, and we should not have somebody who is a self-described ideolog. Let me repeat that Victor Wolski, in his own words, said every single job he has taken since college has been ideologically oriented, trying to further his principles, which he describes as a libertarian belief in property rights and limited government.

I do not think the Founding Fathers intended judges to be ideologs. That is why they have us advise and consent, so that if a President, as this President does, sees judges through an ideological prism and does not nominate moderates--I do not like judges far right or far left--when he nominates them, we can be the check. We have used that power judiciously. We have defeated or filibustered only two of the 134 nominees the President has made.

This man deserves to be defeated. He is an ideolog, way over. If my colleagues believe we have made advances in clean water and clean air, his theory is that any type of environmental law is a taking, which denies the compact on which we all live: That if someone lives upstream on a river from somebody else, they do not have the right to dirty that river and foul the water of the person who lives downstream. If someone lives 100 miles east and they own a factory where the winds blow in that direction, they do not have a right to spew SO2 and NO2 in the air and foul the lungs of people who live downwind.

Mr. Wolski does not believe in that. He says if someone has the money and can build the plant, go build it. That is the core of his beliefs in terms of takings. So he is an ideolog. He does not have the temperament for the bench, as mentioned. He said that Members of Congress were, and this is his word, bums. If he does not like us, he has a right to denounce us, but that is not the kind of word of a person we want to see as a judge.

Just as importantly, whatever one's views on Wolski, this is a boondoggle, a waste of money. The average number of cases a court of appeals judge handles is 355. The Court of Federal Claims handles 24. If we add these judges, it will go down to 19--a million-dollar boondoggle.

The Washington Post, in an editorial, called it the ``Court of Extravagance.'' When President Clinton was President, Members of the other side refused to fill these vacancies, stating there were too few cases and too small a workload. Well, the workload is even smaller and we are nominating four judges. We do not have money for all of what we are talking about--prescription drugs health care, education--and we are doing this. It is wrong. It is hypocritical of those who have said in the past that this court should not be filled, because it has such a low caseload, to fill it now.

I urge Mr. Wolski's nomination be defeated.

**William Hubbs REHNQUIST has signed a properly formed judicial oath.**

### Supreme Court of the United States

No. ----- October Term, 1985

    I, WILLIAM H. REHNQUIST, do solemnly swear that I will administer justice without respect to persons, and do equal right to the poor and to the rich, and that I will faithfully and impartially discharge and perform all the duties incumbent upon me as Chief Justice of the United States according to the best of my abilities and understanding, agreeably to the Constitution and laws of the United States.

    So help me God.

*[signature: William H. Rehnquist]*

Subscribed and sworn to before me this
this twenty-sixth day of September, 1986.

*[signature: Warren E. Burger]*

**John Glover ROBERTS has signed a deviant oath "SO HELP ME GOD."**
**His USSC Appointment has no oath according to the Department of Justice.**



**U.S. Department of Justice**
Office of Information Policy
*Suite 11050*
*1425 New York Avenue, NW*
*Washington, DC 20530-0001*

*Telephone: (202) 514-3642*

Re:   Appeal No. DOJ-AP-2018-005543
      Request No. DOJ-2018-003795
      CDT:MTC

**VIA: U.S. Mail**

Dear Mr.       :

You attempted to appeal from the failure of the Initial Request Staff (IR Staff) of the Office of Information Policy, acting on behalf of the Office of Legal Policy, to respond to your Freedom of Information Act request for access to records concerning Supreme Court Justice John Roberts.

Department of Justice regulations provide for an administrative appeal to the Office of Information Policy only after there has been an adverse determination by a component. See 28 C.F.R. § 16.8(a) (2017). As no adverse determination has yet been made by the IR Staff, there is no action for this Office to consider on appeal.

As you may know, the FOIA authorizes requesters to file a lawsuit when an agency takes longer than the statutory time period to respond. See 5 U.S.C. § 552(a)(6)(C)(i). However, I can assure you that this Office has contacted the IR Staff and has been advised that your request is being processed. If you are dissatisfied with the IR Staff's final response, you may appeal again to this Office.

This Office has forwarded a copy of your letter to the IR Staff. You should contact the IR Staff's Requester Service Center at 202-514-3642 for further updates regarding the status of your request.

If you have any questions regarding the action this Office has taken on your appeal, you may contact this Office's FOIA Public Liaison for your appeal. Specifically, you may speak with the undersigned agency official by calling (202) 514-3642.

Sincerely,

6/19/2018

X _____

Christina D. Troiani, Associate Chief, for
Sean O'Neill, Chief, Administrative Appeals Staff
Signed by: OIP

# Supreme Court of the United States

*October Term, 2018*

I, Brett M. Kavanaugh, do solemnly swear that I will support and defend the Constitution of the United States against all enemies, foreign and domestic; that I will bear true faith and allegiance to the same; that I take this obligation freely, without any mental reservation or purpose of evasion; and that I will well and faithfully discharge the duties of the office on which I am about to enter.

So help me God.

*Brett M. Kavanaugh*

Subscribed and sworn to before me
this 6th day of October, 2018

*[signature]*

Chief Justice of the United States

**ROBERTS signs witness to the civil oath.**

# Supreme Court of the United States

*October Term, 2018*

    I, Brett M. Kavanaugh, do solemnly swear that I will administer justice without respect to persons, and do equal right to the poor and to the rich, and that I will faithfully and impartially discharge and perform all the duties incumbent upon me as Associate Justice of the Supreme Court of the United States under the Constitution and laws of the United States.

    So help me God.

*[signature: Brett M. Kavanaugh]*

Subscribed and sworn to before me
this 6th day of October, 2018

*[signature]*
Associate Justice of the Supreme Court

    **The point being that John Glover ROBERTS will sign a civil oath of office for an Associate Justice but will not sign a judicial oath, on the same day even! Same thing with GORSUCH; ROBERTS signs only civil oaths, not judicial oaths.**

# Supreme Court of the United States

*October Term, 2016*

I, NEIL M. GORSUCH, do solemnly swear that I will administer justice without respect to persons, and do equal right to the poor and to the rich, and that I will faithfully and impartially discharge and perform all the duties incumbent upon me as Associate Justice of the Supreme Court of the United States under the Constitution and laws of the United States.

So help me God.

*[signature]*

Subscribed and sworn to before me this 10th day of April, 2017

*[signature]*

Associate Justice of the Supreme Court

# Supreme Court of the United States

*October Term, 2016*

I, NEIL M. GORSUCH, do solemnly swear that I will support and defend the Constitution of the United States against all enemies, foreign and domestic; that I will bear true faith and allegiance to the same; that I take this obligation freely, without any mental reservation or purpose of evasion; and that I will well and faithfully discharge the duties of the office on which I am about to enter.

So help me God.

*[signature: Neil Gorsuch]*

Subscribed and sworn to before me
this 10th day of April, 2017

*[signature]*

Chief Justice of the United States

**A final note:** There may be good reasons to avoid creating embarrassing case law at this moment in American history.

STATEMENTS & RELEASES

# Statement from the Press Secretary Regarding Executive Grant of Clemency for General Michael T. Flynn

LAW & JUSTICE    Issued on: November 25, 2020

★ ★ ★

Today, President Donald J. Trump signed an Executive Grant of Clemency granting a Full Pardon to General Michael T. Flynn. The President has pardoned General Flynn because he should never have been prosecuted. An independent review of General Flynn's case by the Department of Justice—conducted by respected career professionals—supports this conclusion. In fact, the Department of Justice has firmly concluded that the charges against General Flynn should be dropped. This Full Pardon achieves that objective, finally bringing to an end the relentless, partisan pursuit of an innocent man.

General Flynn should not require a pardon. He is an innocent man. Even the FBI agents who interviewed General Flynn did not think he was lying. Multiple investigations have produced evidence establishing that General Flynn was the victim of partisan government officials engaged in a coordinated attempt to subvert the election of 2016. These individuals sought to prevent Donald Trump from being elected to the Presidency, to block him from assuming that office upon his election, to remove him from office after his inauguration, and to undermine his Administration at every turn.

The prosecution of General Flynn is yet another reminder of something that has long been clear: After the 2016 election, individuals within the outgoing administration refused to accept the choice the American people had made at the ballot box and worked to undermine the peaceful transition of power. These efforts were enabled by a complicit media that willingly published falsehoods and hid inconvenient facts from public view, including with respect to General Flynn. They amounted to a brazen assault on our democracy and a direct attack on our fundamental political values.

While today's action sets right an injustice against an innocent man and an American hero, it should also serve as a reminder to all of us that we must remain vigilant over those in whom we place our trust and confidence. The people who sit atop our intelligence and law enforcement agencies have tremendous power to affect the lives of their fellow citizens. The American people must always take care to scrutinize their actions, to hold them accountable, and to ensure that they use their immense power to uphold the rule of law rather than to harass, persecute, and jail their political opponents in pursuit of partisan political agendas.

Happy Thanksgiving to General Flynn and his family, and thank you all for your great service to our Nation!

## CALIFORNIA JURAT WITH AFFIANT STATEMENT

GOVERNMENT CODE § 8202

☒ See Attached Document (Notary to cross out lines 1–6 below)
☐ See Statement Below (Lines 1–6 to be completed only by document signer[s], not Notary)

Refusal for Cause attached

_____Christina_____
Signature of Document Signer No. 1

_____
Signature of Document Signer No. 2 (if any)

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California
County of Riverside

Subscribed and sworn to (or affirmed) before me on this 16th day of December, 2024,
by
(1) Christina
(and 2) _____
Name(s) of Signer(s)

proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

Signature _____
Signature of Notary Public

GINA M. REYES
Notary Public · California
Riverside County
Commission # 2478906
My Comm. Expires Jan 8, 2028

Seal
Place Notary Seal Above

---OPTIONAL---

Though this section is optional, completing this information can deter alteration of the document or fraudulent reattachment of this form to an unintended document.

Description of Attached Document
Title or Type of Document: Refusal for Cause   Document Date: December 16, 2024
Number of Pages: 19   Signer(s) Other Than Named Above: _____

©2014 National Notary Association · www.NationalNotary.org · 1-800-US NOTARY (1-800-876-6827)   Item #5910